# ATTACHMENT TO CIVIL COVER SHEET

**(a)** Defendants

Bob Ferguson, in his official capacity as Washington State Attorney General;
John R. Batiste, in his official capacity as Chief of the Washington State Patrol;
Patti Cole-Tindall, in her official capacity as Interim Sheriff for King County, Washington;
John Gese, in his official capacity as Sheriff for Kitsap County, Washington;
Rick Scott, in his official capacity as Sheriff for Grays Harbor County, Washington;
Dan Satterberg, in his official capacity as County Prosecutor for King County, Washington;
Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington;
Katie Svoboda, in her official capacity as County Prosecutor for Grays Harbor County, Washington,

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Joel B. Ard, WSBA #40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
joel@ard.law

David H. Thompson
Pete Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

Cody J. Wisniewski
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80237
(303) 292-2021
cody@mslegal.org

*Attorneys for Plaintiffs*