1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

Gabriella Sullivan; Rainier Arms, LLC; Second
Amendment Foundation; and Firearms Policy
Coalition, Inc.,

                        *Plaintiffs*,

      v.

Bob Ferguson, in his official capacity as
Washington State Attorney General; John R.
Batiste, in his official capacity as Chief of the
Washington State Patrol; Patti Cole-Tindall, in
her official capacity as Interim Sheriff for King
County, Washington; John Gese, in his official
capacity as Sheriff for Kitsap County,
Washington; Rick Scott, in his official capacity
as Sheriff for Grays Harbor County,
Washington; Dan Satterberg, in his official
capacity as County Prosecutor for King County,
Washington; Chad M. Enright, in his official
capacity as County Prosecutor for Kitsap
County, Washington; and Katie Svoboda, in her
official capacity as County Prosecutor for Grays
Harbor County, Washington,

                        *Defendants*.

Case No. 3:22-cv-5403

**PLAINTIFF RAINIER ARMS, LLC'S
CORPORATE DISCLOSURE
STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1(a), Plaintiff Rainier Arms, LLC submits the following corporate disclosure statement.

Rainier Arms, LLC is a for-profit limited liability company, formed and in good standing in the State of Washington.  Rainier Arms, LLC is not publicly traded and has no parent corporation or limited liability company. There is no publicly held corporation or limited liability company that owns ten percent or more of its stock.

Plaintiff Rainier Arms, LLC's
Corporate Disclosure Statement | 1

*Sullivan v. Ferguson*, No. 3:22-cv-5403

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

June 3, 2022.

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

COOPER & KIRK, PLLC

/s/ David H. Thompson
David H. Thompson*
dthompson@cooperkirk.com

/s/ Peter A. Patterson
Peter A. Patterson*
ppatterson@cooperkirk.com

/s/ William V. Bergstrom
William V. Bergstrom*
wbergstrom@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Cody J. Wisniewski
Cody J. Wisniewski*

2596 S. Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021

*Pro hac vice applications forthcoming

Plaintiff Rainier Arms, LLC's
Corporate Disclosure Statement | 2

*Sullivan v. Ferguson*, No. 3:22-cv-5403

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243