**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Gabriella Sullivan; Rainier Arms, LLC; Second Amendment Foundation; and Firearms Policy Coalition, Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Bob Ferguson, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; Patti Cole-Tindall, in her official capacity as Interim Sheriff for King County, Washington; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Rick Scott, in his official capacity as Sheriff for Grays Harbor County, Washington; Dan Satterberg, in his official capacity as County Prosecutor for King County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; and Katie Svoboda, in her official capacity as County Prosecutor for Grays Harbor County, Washington, <br><br> *Defendants*. | Case No. 3:22-cv-5403 <br><br> **PLAINTIFF FIREARMS POLICY COALITION, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

In accordance with Federal Rule of Civil Procedure 7.1(a), Plaintiff Firearms Policy Coalition, Inc. submits the following corporate disclosure statement.

Firearms Policy Coalition, Inc. is a nonprofit membership corporation, formed and in good standing in the State of Delaware under Section 501(c)(4) of the Internal Revenue Code. Firearms Policy Coalition, Inc. is not publicly traded and has no parent corporation. There is no publicly held corporation that owns ten percent or more of its stock.

Plaintiff Firearms Policy Coalition, Inc.'s
Corporate Disclosure Statement | 1

*Sullivan v. Ferguson*, No. 3:22-cv-5403

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

June 3, 2022.

ARD LAW GROUP PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs

COOPER & KIRK, PLLC

/s/ David H. Thompson
David H. Thompson*
dthompson@cooperkirk.com

/s/ Peter A. Patterson
Peter A. Patterson*
ppatterson@cooperkirk.com

/s/ William V. Bergstrom
William V. Bergstrom*
wbergstrom@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Cody J. Wisniewski
Cody J. Wisniewski*

2596 S. Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021

*Pro hac vice applications forthcoming

Plaintiff Firearms Policy Coalition, Inc.'s
Corporate Disclosure Statement | 2

*Sullivan v. Ferguson*, No. 3:22-cv-5403

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243