1
2
3
4
5
6

The Honorable David G. Estudillo

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

**AT SEATTLE**

9  GABRIELLA SULLIVAN, et al.,                  NO. 3:22-cv-05403-DGE

10                          Plaintiffs,          NOTICE OF APPEARANCE

11          v.                                    **(CLERK'S ACTION REQUIRED)**

12  BOB FERGUSON, et al.,

13                          Defendants.

14
15  TO:        JOEL B. ARD, DAVID H. THOMPSON, PETER A. PATTERSON, WILLIAM V. BERGSTROM, and CODY J. WISNIEWSKI, Counsel of Record

16  AND TO:    CLERK OF THE COURT

17          You, and each of you, will please take notice that R. July Simpson, Assistant Attorney

18  General, hereby enters her notice of appearance on behalf of Bob Ferguson, Attorney General of

19  the State of Washington, and John Batiste, Chief of the Washington State Patrol, in the

20  above-entitled action without waiving objections as to improper service, jurisdiction, or venue,

21  and requests that notice of any and all further proceedings in said action except original process

22  be served upon the undersigned attorneys at the address below stated.

23  //

24  //

25  //

26

NOTICE OF APPEARANCE                     1
NO. 3:22-CV-05403-DGE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470

1    TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE

2    SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY

3    COURT RULE.

4         DATED this 16th day of June 2022.

5                                          ROBERT W. FERGUSON
                                           Attorney General
6
                                           */s/ R. July Simpson*
7                                          R. JULY SIMPSON, WSBA #45869
                                           Assistant Attorney General
8                                          7141 Cleanwater Dr. SW
                                           PO Box 40111
9                                          Olympia, WA 98504-0111
                                           (360) 709-6470
10                                         July.Simpson@atg.wa.gov
                                           *Attorney for Defendants Bob Ferguson*
11                                         *and John Batiste*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470

1

**<u>DECLARATION OF SERVICE</u>**

2

      I hereby declare that on this day I caused the foregoing document to be electronically

3

filed with the Clerk of the Court using the Court's CM/ECF System, which will send notification

4

of such filing to all counsel of record.

5

      I declare under penalty of perjury under the laws of the State of Washington and the

6

United States of America that the foregoing is true and correct.

7

      DATED this 16th day of June 2022, at Olympia, Washington.

8

9

                            */s/ R. July Simpson*
                            R. JULY SIMPSON, WSBA #45869

10

                            Assistant Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

        3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470