IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.*<br>   *Defendants*. | No. 3:22-cv-05403-DGE<br><br>**[PROPOSED] ORDER TO SUBSTITUTE PARTIES** |

 Upon the Motion of Plaintiffs to Substitute Parties, it is hereby ORDERED that Norma Tillotson, Grays County Prosecutor, is substituted as defendant in the above-captioned action in place of Katie Svoboda.

Date:                      _____

                          David G. Estudillo

                          United States District Judge