THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:22-cv-05403-DGE <br><br> NOTICE OF APPEARANCE |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that CHAD M. ENRIGHT and JOHN GESE, without waiving defenses, appears in the above-entitled action by and through the Kitsap County Prosecuting Attorney's Office, IONE S. GEORGE, Chief Deputy Prosecuting Attorney, and requests all further pleadings, except original process in said matter, be served on IONE S. GEORGE at the address stated below.

///

///

///

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 21st day of June, 2022.

                      CHAD M. ENRIGHT
                      Kitsap County Prosecuting Attorney

                      */s/ Ione S. George*
                      IONE S. GEORGE, WSBA No. 18236
                      Chief Deputy Prosecuting Attorney
                      Attorney for Defendants Chad M. Enright and John Gese

NOTICE OF APPEARANCE  (3:22-cv-05403-DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on June 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cody J. Wisniewski
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
cody@mslegal.org

David H. Thompson
Peter A. Patterson
William Bergstrom
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

Kristin Beneski
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
kristin.beneski@atg.wa.gov

Joel B Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110
joel@ard.law

R. July Simpson
William McGinty
Attorney General's Office
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0100
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov

Jeffrey T. Even
Attorney General's Office
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
Jeffrey.Even@atg.wa.gov

SIGNED in Port Orchard, Washington this 21st day of June, 2022.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF APPEARANCE  (3:22-cv-05403-DGE) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros