IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.* <br> *Defendants*. | No. 3:22-cv-05403-DGE <br><br> **ORDER TO SUBSTITUTE PARTIES** |

Upon the Motion of Plaintiffs to Substitute Parties, it is hereby ORDERED that Norma Tillotson, Grays County Prosecutor, is substituted as defendant in the above-captioned action in place of Katie Svoboda.

Date: June 22, 2022

_____
David G. Estudillo
United States District Judge

Order to Substitute Parties - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE