The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

    Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and KATIE SVOBODA, in her official capacity as County Prosecutor for Grays Harbor County, Washington,

    Defendants.

No. 3:22-cv-5403-DGE

NOTICE OF APPEARANCE

**TO: CLERK OF THE COURT;**

**AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.**

NOTICE OF APPEARANCE [No. 3:22-cv-5403-DGE] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

YOU AND EACH OF YOU will please take notice that DAVID HACKETT hereby appears in the above-entitled action on behalf of Defendants PATTI COLE-TINDALL and DAN SATTERBERG (hereafter King County Defendants), without waiving question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;
7. Fraud;
8. Failure to join a party under Rule 19;
9. Statute(s) of Limitation; and
10. Doctrine of Laches.

You are hereby notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorneys at the address below stated.

DATED this 23rd day of June, 2022.

           DANIEL T. SATTERBERG
           King County Prosecuting Attorney

           By: *s/ David Hackett*
           DAVID J. HACKETT, WSBA #21236
           Senior Deputy Prosecuting Attorney
           Attorneys for King County Defendants
           1191 Second Avenue, Suite 1700
           Seattle, WA 98101
           Phone: (206) 296-0430/Fax: (206) 296-8819
           david.hackett@kingcounty.gov

NOTICE OF APPEARANCE [No. 3:22-cv-5403-DGE] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will automatically send copy to the following:

Cody J Wisniewski
MOUNTAIN STATES LEGAL FOUNDATION
2596 S LEWIS WAY
LAKEWOOD, CO 80227
cody@mslegal.org
*Attorney for Plaintiffs*

David H Thompson
Peter Patterson
William Bergstrom
COOPER & KIRK PLLC
1523 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Attorneys for Plaintiffs*

Joel B. Ard
ARD LAW GROUP PLLC
PO BOX 11633
BAINBRIDGE ISLAND, WA 98110 206-701-9243
Joel@ard.law
*Attorney for Plaintiffs*

Jeffrey T. Even
Kristin Beneski
R. July Simpson
William McGinty
ATTORNEY GENERAL'S OFFICE
PO BOX 40100
OLYMPIA, WA 98504-0100
jeffe@atg.wa.gov
kristin.beneski@atg.wa.gov
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov
*Attorneys for Co-Defendants*

NOTICE OF APPEARANCE [No. 3:22-cv-5403-DGE] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

Christine M. Palmer
Ione S. George
KITSAP COUNTY
PROSECUTOR'S OFFICE
614 DIVISION ST MS-35A
PORT ORCHARD, WA 98366-7148
cmpalmer@kitsap.gov
igeorge@kitsap.gov
***Attorneys for Co-Defendants***

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 23rd day of June, 2022.

_____
RAFAEL MUNOZ-CINTRON
Legal Assistant – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF APPEARANCE [No. 3:22-cv-5403-DGE] - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819