1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN, et al.,

               Plaintiffs,

-vs-

BOB FERGUSON, in his official capacity as
Washington State Attorney General, et al.,

               Defendants.

NO.  3:22-cv-05403-DGE

NOTICE OF
UNAVAILABILITY

TO:    THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

      PLEASE TAKE NOTICE that IONE S. GEORGE, attorney for defendants Chad M.

Enright and John Gese, will be unavailable on the following dates:

      June 24, 2022
      July 18-25, 2022
      August 4-5, 2022
      August 18-19, 2022
      September 15-16, 2022
      October 12-17, 2022.

The undersigned respectfully requests that no matters be scheduled on these dates which require

NOTICE OF UNAVAILABILITY (3:22-cv-05403-DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

the attention of the undersigned.

      Respectfully submitted this 23rd day of June, 2022.

                            CHAD M. ENRIGHT
                            Kitsap County Prosecuting Attorney


                            */s/ Ione S. George*
                            IONE S. GEORGE, WSBA No. 18236
                            Chief Deputy Prosecuting Attorney
                            Attorney for Defendants Chad M. Enright and
                            John Gese

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cody J. Wisniewski
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
cody@mslegal.org

Joel B Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110
joel@ard.law

David H. Thompson
Peter A. Patterson
William Bergstrom
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

R. July Simpson
William McGinty
Attorney General's Office
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0100
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov

Kristin Beneski
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
kristin.beneski@atg.wa.gov

Jeffrey T. Even
Attorney General's Office
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
Jeffrey.Even@atg.wa.gov

David J. Hackett
Ann M. Summers
King County Prosecutor's Office
1191 Second Avenue, Suite 1700
Seattle, WA 98101
david.hackett@kingcounty.gov
ann.summers@kingcounty.gov

SIGNED in Port Orchard, Washington this 23rd day of June, 2022.

Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF UNAVAILABILITY (3:22-cv-05403-DGE) – Page 3

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros