The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., | NO. 3:22-cv-05403-DGE |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | **(CLERK'S ACTION REQUIRED)** |
| BOB FERGUSON, et al., | |
| Defendants. | |

TO: JOEL B. ARD, DAVID H. THOMPSON, PETER A. PATTERSON, WILLIAM V. BERGSTROM, and CODY J. WISNIEWSKI, Counsel of Record

AND TO: CLERK OF THE COURT

You, and each of you, will please take notice that Brian Hunt Rowe, Assistant Attorney General, hereby enters his notice of appearance on behalf of Bob Ferguson, Attorney General of the State of Washington, and John R. Batiste, Chief of the Washington State Patrol, in the above-entitled action without waiving objections as to improper service, jurisdiction, or venue and requests that notice of any and all further proceedings in said action except original process be served upon the undersigned attorneys at the address below stated.

//

//

//

NOTICE OF APPEARANCE
NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470

1  TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE
2  SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY
3  COURT RULE.

4  DATED this 30th day of June 2022.

ROBERT W. FERGUSON
Attorney General

*/s/ Brian Hunt Rowe*
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744
Brian.Rowe@atg.wa.gov
*Attorney for Defendants Bob Ferguson and John R. Batiste*

NOTICE OF APPEARANCE
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 30th day of June 2022, at Seattle, Washington.

*/s/ Brian Hunt Rowe*
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorney General

NOTICE OF APPEARANCE
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Drive SW
PO Box 40111
Olympia, WA  98504-0111
(360) 709-6470