THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN, et al.,

    Plaintiffs,

-vs-

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

    Defendants.

NO. 3:22-cv-05403 DGE

[PROPOSED] ORDER GRANTING DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) & FED. R. CIV. P. 12(B)(6)

NOTE ON MOTION CALENDAR:
July 29, 2022

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon Defendants John Gese and Chad M. Enright's Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6); the Court having read the files and records herein and being fully advised in the premises; now, therefore, it is hereby

ORDERED that Defendants John Gese and Chad M. Enright's Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) is GRANTED and that all of Plaintiffs' claims against Defendants Gese and Enright are dismissed with prejudice.

[PROPOSED] ORDER GRANTING DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) & FED. R. CIV. P. 12(B)(6) (3:22-cv-05403 DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

DONE IN OPEN COURT this _____ day of _____, 2022

_____
HON. DAVID G. ESTUDILLO
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) & FED. R. CIV. P. 12(B)(6) (3:22-cv-05403 DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros