HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>BOB FERGUSON, et al.,<br><br>　　　　　　　Defendants. | No. 3:22-cv-05403-DGE<br><br>ORDER GRANTING ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT<br><br>[PROPOSED] |

This matter came before the Court on the Alliance for Gun Responsibility's (the "Alliance's") Motion to Intervene as a Defendant ("Motion"). The Court has considered the following papers and pleadings in deciding the Motion:

1. The Alliance's Motion;

2. Declaration of Renee Hopkins in Support of the Motion and the exhibits attached thereto;

3. Plaintiffs' Opposition to the Motion and supporting declarations, if any;

4. Defendants' Responses to the Motion and supporting declarations, if any;

5. The Alliance's Reply in Support of the Motion, if any; and

6. _____

ORDER GRANTING ALLIANCE FOR GUN
RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT - 1
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Based on the above, it is hereby ORDERED as follows:

1. The Alliance's Motion to Intervene as a Defendant is GRANTED.

DATED this _____ day of July, 2022.

_____
HONORABLE DAVID G. ESTUDILLO
UNITED STATES DISTRICT COURT JUDGE

Presented by:

PACIFICA LAW GROUP LLP

s/ Kai A. Smith
Zachary J. Pekelis, WSBA #44557
Kai A. Smith, WSBA #54749

*Attorneys for Intervenor-Defendant
Alliance for Gun Responsibility*

ORDER GRANTING ALLIANCE FOR GUN
RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT - 2
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750