HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN, et al.

Plaintiffs,

v.

BOB FERGUSON, et al.,

Defendants.

No. 3:22-cv-05403-DGE

DECLARATION OF RENÉE HOPKINS IN SUPPORT OF INTERVENOR-DEFENDANT ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT

I, Renée Hopkins, declare as follows:

1. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. I am the Chief Executive Officer of the Alliance for Gun Responsibility ("Alliance"). The Alliance is a nonprofit organization based in Seattle, Washington, that is dedicated to ending gun violence and promoting a culture of gun ownership that balances rights with responsibilities. The Alliance collaborates with experts, civic leaders, and citizens at the

DECLARATION OF RENÉE HOPKINS IN SUPPORT
OF INTERVENOR-DEFENDANT ALLIANCE FOR
GUN RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT - 1
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

local and national level to identify and advocate for evidence-based solutions to the crisis of gun violence. The Alliance then promotes those solutions at the local, regional, and state levels.

3. The Alliance has successfully led statewide coalitions to pass several landmark ballot measures to improve Washington's firearm laws. Those measures include Initiative Measure 594, which required background checks for all gun sales, closing a loophole that had allowed sales by "private sellers" at gun shows, on the internet, and in other situations without background checks. They also include Initiative Measure 1491, which allowed courts to issue Extreme Risk Protections Orders (ERPOs) at the request of law-enforcement officers, family members, and others to keep firearms out of the hands of someone deemed a danger to themselves or others. And In 2018, the Alliance successfully led the campaign—through a political committee we established, Safe Schools Safe Communities—for Initiative Measure 1639, which established requirements for firearm safety training, adopted a 10-day waiting period to purchase a semi-automatic assault rifles, and raised the age for purchase of semi-automatic assault rifles from 18 to 21.

4. The Alliance successfully intervened to defend the legality of both I-594 and I-1639.

5. The Alliance also spent more than six years working to enact the restrictions on large-capacity magazines ("LCM") that ultimately were contained in Engrossed Senate Bill 5078 ("ESSB 5078"). The Alliance actively assisted in policy research and development, assisted in drafting proposed bill language, and recruited experts to provide analysis of and legislative testimony on the special dangers of LCMs and the efficacy of restrictions on their sale and distribution. Furthermore, the Alliance was the primary organizer of public support for passage

DECLARATION OF RENÉE HOPKINS IN SUPPORT
OF INTERVENOR-DEFENDANT ALLIANCE FOR
GUN RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT - 2
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

of ESSB 5078, developing fact-sheets, policy analysis, and other advocacy content for its website, email lists, social media, and other forums for public engagement. Among other efforts, the Alliance coordinated thousands of advocates in support of the bill and tens of thousands of communications made directly to legislators. The Alliance also organized testimony in support of ESSB 5078 from numerous people with firsthand experience with gun violence, including survivors, health care providers, law enforcement officials, veterans, and educators. Alliance staff and board members also testified in support of the bill.

6. After six years of investment and hard work, the Washington Legislature passed ESSB 5078, and on March 23, 2022, Governor Jay Inslee signed the bill into law. I and other members of the Alliance were in attendance at the signing ceremony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of July, 2022.

Renée Hopkins, CEO
Alliance for Gun Responsibility

DECLARATION OF RENÉE HOPKINS IN SUPPORT
OF INTERVENOR-DEFENDANT ALLIANCE FOR
GUN RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT - 3
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750