1

2

3

4

5

6

The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   GABRIELLA SULLIVAN; RAINIER ARMS,   )
    LLC; SECOND AMENDMENT              )
8   FOUNDATION; and FIREARMS POLICY    )   No. 3:22-cv-5403-DGE
    COALITION, INC.,                   )
                         Plaintiffs,   )
9          v.                          )   ANSWER OF KING COUNTY
                                       )   SHERIFF PATTI COLE-TINDALL
10  BOB FERGUSON, in his official capacity as   )   AND KING COUNTY
    Washington State Attorney General; JOHN R.   )   PROSECUTING ATTORNEY DAN
11  BATISTE, in his official capacity as Chief of the   )   SATTERBERG TO FIRST
    Washington State Patrol; PATTI COLE-   )   AMENDED COMPLAINT
12  TINDALL, in her official capacity as Interim   )
    Sheriff for King County, Washington; JOHN   )
13  GESE, in his official capacity as Sheriff for   )
    Kitsap County, Washington; RICK SCOTT, in   )
14  his official capacity as Sheriff for Grays Harbor   )
    County, Washington; DAN SATTERBERG, in   )
15  his official capacity as County Prosecutor for   )
    King County, Washington; CHAD M.   )
16  ENRIGHT, in his official capacity as County   )
    Prosecutor for Kitsap County, Washington; and   )
17  NORMA TILLOTSON, in her official capacity as   )
    County Prosecutor for Grays Harbor County,   )
18  Washington,   )
                         Defendants.   )
19                                     )

20         COMES NOW Defendants Patti Cole-Tindall,  Sheriff for King County and Dan

21  Satterberg, King County Prosecuting Attorney, in their respective official capacities (hereinafter

22  "King County Defendants"), to answer Plaintiffs' First Amended Complaint for Declaratory and

23  Injunctive Relief ("Complaint").  In answer to Plaintiffs' Complaint, King County Defendants

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1  admit, deny, and allege as set forth below.  Each allegation contained in Plaintiffs' Complaint not

2  expressly admitted in full below is denied.  The paragraph numbers below correspond to the

3  paragraph numbers in Plaintiffs' Complaint.

## I.      Introduction

5  **1.** In answering paragraph 1 and the preceding paragraph of Plaintiffs' Complaint, King

6  County Defendants make no response as the allegations appear to contain only a characterization

7  of Plaintiff's case and legal conclusions for which no response is required.  To the extent they

8  may be deemed allegations of fact, King County Defendants deny the allegations of paragraph 1

9  and the preceding paragraph.

10  **2.** In answering paragraph 2 of Plaintiffs' Complaint, King County Defendants make no

11  response as the allegations appear to contain only legal conclusions for which no response is

12  required.  To the extent they may be deemed allegations of fact, King County Defendants deny

13  the allegations of paragraph 2.

14  **3.** In answering paragraph 3 of Plaintiffs' Complaint, King County Defendants deny.

15  **4.** In answering paragraph 4 of Plaintiffs' Complaint, King County Defendants make no

16  response as the allegations appear to contain only legal conclusions for which no response is

17  required.  To the extent they may be deemed allegations of fact, King County Defendants deny

18  the allegations of paragraph 4

19  **5.** In answering paragraph 5 of Plaintiffs' Complaint, King County Defendants make no

20  response as the allegations appear to contain only legal conclusions for which no response is

21  required.  To the extent they may be deemed allegations of fact, King County Defendants deny

22  the allegations of paragraph 5.

23

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

**6.** In answering paragraph 6 of Plaintiffs' Complaint, King County Defendants make no response as the allegations appear to contain only legal conclusions for which no response is required.  To the extent they may be deemed allegations of fact, King County Defendants deny the allegations of paragraph 6.

**7.** In answering paragraph 7 of Plaintiffs' Complaint, King County Defendants make no response as the allegations appear to contain only legal conclusions for which no response is required.  To the extent they may be deemed allegations of fact, King County Defendants deny the allegations of paragraph 7.

## JURISDICTION AND VENUE

**8.** In answering paragraph 8 of Plaintiffs' Complaint, King County Defendants leave the matters of jurisdiction and venue to the Court.

**9.** In answering paragraph 9 of Plaintiffs' Complaint, King County Defendants make no response as the allegations appear to contain only legal conclusions for which no response is required.  To the extent they may be deemed allegations of fact, King County Defendants deny the allegations of paragraph 9.

**10.** In answering paragraph 10 of Plaintiffs' Complaint, King County Defendants leave the matters of jurisdiction and venue to the Court.

## PARTIES

**11.** In answering paragraph 11 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

**12.** In answering paragraph 12 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

**13.** In answering paragraph 13 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

**14.** In answering paragraph 14 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

**15.** In answering paragraph 15 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

**16.** In answering paragraph 16 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.  King County Defendants admit that RCW 43.10.030 speaks for itself.

**17.** In answering paragraph 17 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.  King County Defendants admit that RCW 43.43.030 speaks for itself.

**18.** In answering paragraph 18 of Plaintiffs' Complaint, King County Defendants admit that Patty Cole-Tindall's appointment as the chief officer of the King County Department of Public Safety and King County Sheriff was confirmed on May 24, 2022.  King County Defendants admit that RCW  36.28.010 speaks for itself.   King County Defendants deny any additional allegations.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 4

**19.** In answering paragraph 19 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.   King County Defendants admit that RCW  36.28.010 speaks for itself.

**20.** In answering paragraph 20 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.   King County Defendants admit that RCW  36.28.010 speaks for itself.

**21.** In answering paragraph 21 of Plaintiffs' Complaint, King County Defendants admit that Dan Satterberg is the elected Prosecuting Attorney of King County.  King County Defendants admit that RCW 36.27.020 speaks for itself.  King County Defendants deny any additional allegations.

**22.** In answering paragraph 22 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.  King County Defendants admit that RCW 36.27.020 speaks for itself.

**23.** In answering paragraph 23 of Plaintiffs' Complaint, King County Defendants make no response to these allegations as they pertain to another defendant.  King County Defendants admit that RCW 36.27.020 speaks for itself.

## FACTUAL ALLEGATIONS

**I.      Washington's Ban on Standard Capacity Magazines.**

**24.** In answering paragraph 24 of Plaintiffs' Complaint, King County Defendants admit that Engrossed Substitute Senate Bill 5078 was signed by Washington Governor Jay Inslee on March 23, 2022.  King County Defendants admit that RCW 9.41.010 and 9.41.370 speak for themselves.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    **25.** In answering paragraph 25 of Plaintiffs' Complaint, King County Defendants admit

2    only that RCW 9.41.010 and RCW 9.41.380 speaks for themselves.  King County Defendants

3    deny all additional allegations.

4    **26.** In answering paragraph 26 of Plaintiffs' Complaint, King County Defendants admit

5    only that RCW 9.41.010 and RCW 9.41.370  speak for themselves. King County Defendants

6    deny all additional allegations.

7    **27.** In answering paragraph 27 of Plaintiffs' Complaint, King County Defendants admit

8    only that RCW 9.41.010 and RCW 9.41.370  speak for themselves.

9    **28.** In answering paragraph 28 of Plaintiffs' Complaint, King County Defendants admit

10   only that RCW 9.41.370 and 9A.20.021 speak for themselves.

11   **29.** In answering paragraph 29 of Plaintiffs' Complaint, King County Defendants admit

12   that Engrossed Substitute Senate Bill 5078, passed as Washington Laws of 2022, chapter 104,

13   amending RCW 9A.41.010 and enacting RCW 9A.41.370 took effect July 1, 2022.

14   **II.    Washington Has Criminalized a Common and Important Means of Self-Defense.**

15   **30.** In answering paragraph 30 of Plaintiffs' Complaint, King County Defendants are

16   without sufficient information to form a belief as to the truth or falsity of the allegations

17   contained therein and, therefore, deny the same.

18   **31.** In answering paragraph 31 of Plaintiffs' Complaint, King County Defendants are

19   without sufficient information to form a belief as to the truth or falsity of the allegations

20   contained therein and, therefore, deny the same.

21   **32.** In answering paragraph 32 of Plaintiffs' Complaint, King County Defendants are

22   without sufficient information to form a belief as to the truth or falsity of the allegations

23   contained therein and, therefore, deny the same.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 6

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    **33.** In answering paragraph 33 of Plaintiffs' Complaint, King County Defendants are

2    without sufficient information to form a belief as to the truth or falsity of the allegations

3    contained therein and, therefore, deny the same.

4    **34.** In answering paragraph 34 of Plaintiffs' Complaint, King County Defendants are

5    without sufficient information to form a belief as to the truth or falsity of the allegations

6    contained therein and, therefore, deny the same.

7    **35.** In answering paragraph 35 of Plaintiffs' Complaint, King County Defendants are

8    without sufficient information to form a belief as to the truth or falsity of the allegations

9    contained therein and, therefore, deny the same.

10    **36.** In answering paragraph 36 of Plaintiffs' Complaint, King County Defendants are

11    without sufficient information to form a belief as to the truth or falsity of the allegations

12    contained therein and, therefore, deny the same.

13    **37.** In answering paragraph 37 of Plaintiffs' Complaint, King County Defendants are

14    without sufficient information to form a belief as to the truth or falsity of the allegations

15    contained therein and, therefore, deny the same.

16    **38.** In answering paragraph 38 of Plaintiffs' Complaint, King County Defendants are

17    without sufficient information to form a belief as to the truth or falsity of the allegations

18    contained therein and, therefore, deny the same.

19    **39.** In answering paragraph 39 of Plaintiffs' Complaint, King County Defendants are

20    without sufficient information to form a belief as to the truth or falsity of the allegations

21    contained therein and, therefore, deny the same.

22

23

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    **40.** In answering paragraph 40 of Plaintiffs' Complaint, King County Defendants are

2    without sufficient information to form a belief as to the truth or falsity of the allegations

3    contained therein and, therefore, deny the same.

4    **41.** In answering paragraph 41 of Plaintiffs' Complaint, King County Defendants are

5    without sufficient information to form a belief as to the truth or falsity of the allegations

6    contained therein and, therefore, deny the same.

7    **42.** In answering paragraph 42 of Plaintiffs' Complaint, King County are without

8    sufficient information to form a belief as to the truth or falsity of the allegations contained

9    therein and, therefore, deny the same.

10   **43.** In answering paragraph 43 of Plaintiffs' Complaint, King County Defendants are

11   without sufficient information to form a belief as to the truth or falsity of the allegations

12   contained therein and, therefore, deny the same.

13   **44.** In answering paragraph 44 of Plaintiffs' Complaint, King County Defendants are

14   without sufficient information to form a belief as to the truth or falsity of the remaining

15   allegations contained therein and, therefore, deny the same.

16   **45.** In answering paragraph 45 of Plaintiffs' Complaint, King County Defendants are

17   without sufficient information to form a belief as to the truth or falsity of the allegations

18   contained therein and, therefore, deny the same.

19   **46.** In answering paragraph 46 of Plaintiffs' Complaint, King County Defendants are

20   without sufficient information to form a belief as to the truth or falsity of the allegations

21   contained therein and, therefore, deny the same.

22

23

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1   **47.** In answering paragraph 47 of Plaintiffs' Complaint, King County Defendants are

2   without sufficient information to form a belief as to the truth or falsity of the allegations

3   contained therein and, therefore, deny the same.

4   **48.** In answering paragraph 48 of Plaintiffs' Complaint, King County Defendants deny

5   that large capacity magazines as defined by RCW 9.41.010(36) (effective July 1, 2022) are

6   protected by the Second Amendment's guarantee of the individual right to armed self-defense.

7   King County Defendants are without sufficient information to form a belief as to the truth or

8   falsity of the remaining allegations contained therein and, therefore, deny the same.

9   **49.** In answering paragraph 49 of Plaintiffs' Complaint, King County Defendants deny.

10  **50.** In answering paragraph 50 of Plaintiffs' Complaint, King County Defendants make

11  no response to these allegations as they pertain to another defendant.

12  **51.** In answering paragraph 51 of Plaintiffs' Complaint, King County Defendants admit

13  only that *Hecox v. Little*, 479 F. Supp. 3d 930, 367 (D. Idaho 2020) and *Virginia v. Am.*

14  *Booksellers Ass'n, Inc.*, 484 U.S. 383, 393 (1988) speak for themselves, but King County

15  Defendants make no response as the allegations appear to contain only legal conclusions for

16  which no response is required.

17  **STATEMENT OF FACTS RELATING TO GABRIELLA SULLIVAN**

18  **52.** In answering paragraph 52 of Plaintiffs' Complaint, King County Defendants

19  incorporate all responses and denials as set forth in the previous paragraphs of this answer.

20  **53.** In answering paragraph 53 of Plaintiffs' Complaint, King County Defendants are

21  without sufficient information to form a belief as to the truth or falsity of the allegations

22  contained therein and, therefore, deny the same.

23

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 9

1     **54.**  In answering paragraph 54 of Plaintiffs' Complaint, King County Defendants are

2     without sufficient information to form a belief as to the truth or falsity of the allegations

3     contained therein and, therefore, deny the same.

4     **55.**  In answering paragraph 55 of Plaintiffs' Complaint, King County Defendants are

5     without sufficient information to form a belief as to the truth or falsity of the allegations

6     contained therein and, therefore, deny the same.

7     **56.**  In answering paragraph 56 of Plaintiffs' Complaint, King County Defendants are

8     without sufficient information to form a belief as to the truth or falsity of the allegations

9     contained therein and, therefore, deny the same.

10     **57.**  In answering paragraph 57 of Plaintiffs' Complaint, King County Defendants are

11     without sufficient information to form a belief as to the truth or falsity of the allegations

12     contained therein and, therefore, deny the same.

13     **58.**  In answering paragraph 58 of Plaintiffs' Complaint, King County Defendants are

14     without sufficient information to form a belief as to the truth or falsity of the allegations

15     contained therein and, therefore, deny the same.

16     **59.**  In answering paragraph 59 of Plaintiffs' Complaint, King County Defendants are

17     without sufficient information to form a belief as to the truth or falsity of the allegations

18     contained therein and, therefore, deny the same.

19                 **STATEMENT OF FACTS RELATING TO RAINIER ARMS, LLC**

20     **60.**  In answering paragraph 60 of Plaintiffs' Complaint, King County Defendants

21     incorporate all responses and denials as set forth in the previous paragraphs of this answer.

22

23

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 10

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

61. In answering paragraph 61 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

62. In answering paragraph 62 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

63. In answering paragraph 63 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

64. In answering paragraph 64 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

### STATEMENT OF FACTS RELATING TO DANIEL MARTIN

65. In answering paragraph 65 of Plaintiffs' Complaint, King County Defendants incorporate all responses and denials as set forth in the previous paragraphs of this answer.

66. In answering paragraph 66 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

67. In answering paragraph 67 of Plaintiffs' Complaint, King County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 11

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    **68.** In answering paragraph 68 of Plaintiffs' Complaint, King County Defendants are

2    without sufficient information to form a belief as to the truth or falsity of the allegations

3    contained therein and, therefore, deny the same.

4    **69.** In answering paragraph 69 of Plaintiffs' Complaint, King County Defendants are

5    without sufficient information to form a belief as to the truth or falsity of the allegations

6    contained therein and, therefore, deny the same.

7    **70.** In answering paragraph 70 of Plaintiffs' Complaint, King County Defendants are

8    without sufficient information to form a belief as to the truth or falsity of the allegations

9    contained therein and, therefore, deny the same.

10   **71.** In answering paragraph 71 of Plaintiffs' Complaint, King County Defendants are

11   without sufficient information to form a belief as to the truth or falsity of the allegations

12   contained therein and, therefore, deny the same.

13   **72.** In answering paragraph 72 of Plaintiffs' Complaint, King County Defendants are

14   without sufficient information to form a belief as to the truth or falsity of the allegations

15   contained therein and, therefore, deny the same.

16                                    **COUNT ONE**

17        **The Act if Facially Unconstitutional Under the Second and**

18           **Fourteenth Amendment to the U.S. Constitution**

19   **73.** In Answering paragraph 73 of Plaintiffs' Complaint, King County Defendants

20   incorporate all responses and denials as set forth in the previous paragraphs of this answer.

21   **74.** In answering paragraph 74 of Plaintiffs' Complaint, King County Defendants admit

22   that the Second Amendment to the United States Constitution speaks for itself , but King County

23   Defendants deny any allegations contrary to the language of that document.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 12

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    **75.** In answering paragraph 75 of Plaintiffs' Complaint, King County Defendants admit.

2    **76.** In answering paragraph 76 of Plaintiffs' Complaint, King County Defendants make

3    no response as the allegations appear to contain only legal conclusions for which no response is

4    required.

5    **77.** In answering paragraph 77 of Plaintiffs' Complaint, King County Defendants  make

6    no response as the allegations appear to contain only legal conclusions for which no response is

7    required.  To the extent they may be deemed allegations of fact, King County Defendants deny

8    the allegations of paragraph 77.

9    **78.** In answering paragraph 78 of Plaintiffs' Complaint, King County Defendants make

10   no response as the allegations appear to contain only legal conclusions for which no response is

11   required.  To the extent they may be deemed allegations of fact, King County Defendants deny

12   the allegations of paragraph 78.

13   **79.** In answering paragraph 79 of Plaintiffs' Complaint, King County Defendants make

14   no response as the allegations appear to contain only legal conclusions for which no response is

15   required.  To the extent they may be deemed allegations of fact, King County Defendants deny

16   the allegations of paragraph 79.

17   **80.** In answering paragraph 80 of Plaintiffs' Complaint, King County Defendants make

18   no response as the allegations appear to contain only legal conclusions for which no response is

19   required.  To the extent they may be deemed allegations of fact, King County Defendants deny

20   the allegations of paragraph 80.

21   **PRAYER FOR RELIEF**

22   King County Defendants deny that Plaintiffs are entitled to any of the relief sought in their

23   Complaint.  King County Defendants further deny that Plaintiffs have any valid claim for relief

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 13

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1   or that they are entitled to any of the relief sought by them in any portion of their Complaint.  To

2   the extent factual allegations are intended and/or legal conclusions contrary to applicable law are

3   alleged, they are hereby denied.

4          BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSES, and without

5   admitting anything previously denied, King County Defendants state as follows:

6      1.    Plaintiffs have failed to state a claim upon which relief may be granted.

7      2.    Plaintiffs' claims in the action are barred in that they do not have standing to bring

8            them.

9      3.    Plaintiffs' claims are not ripe.

10     4.    The Complaint, and each cause of action therein, is improper as Plaintiffs have an

11           adequate remedy of law.

12     5.    To the extent that King County Defendants have undertaken conduct with regard to

13           subjects and events underlying Plaintiffs' Complaint, such conduct was, at all times

14           material thereto, undertaken in good faith and in reasonable reliance on existing law.

15     6.    King County Defendants have immunity.

16     7.    King County Defendants have not knowingly or intentionally waived any applicable

17           affirmative defense.  King County Defendants reserve the right to assert and rely

18           upon other defenses as may become available to apparent during discovery

19           proceedings or as may be raised or asserted by others in this case, and to amend the

20           Answer and/or affirmative defenses accordingly

21     8.    King County  is not liable for pre-judgment interest because the State of Washington

22           of which King County is a political subdivision, has not consented to pre-judgment

23           interest. RCW 4.56.115.

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 14

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

9.      King County Defendants reserve the right to amend this answer and these

affirmative defenses, if and when additional facts are discovered which support

such amendments.

WHEREFORE, King County Defendants pray as follows:

That Plaintiffs takes nothing by their Complaint, that their Complaint be dismissed with

prejudice and that King County Defendants be awarded their costs and reasonable attorneys' fees

incurred herein.

DATED this day 14th day of July, 2022.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ David Hackett*
DAVID J. HACKETT, WSBA #21236

By: *s/ Ann Summers*
ANN M. SUMMERS, WSBA #21509

Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants
1191 Second Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 296-0430/Fax: (206) 296-8819
david.hackett@kingcounty.gov
ann.summers@kingcounty.gov

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

4
I hereby certify that on July 14, 2022, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF E-filing system which will send notification of such

5
filing to all counsel of record.

6
I declare under penalty of perjury under the laws of the United States of America and the

7
State of Washington that the foregoing is true and correct.

8
DATED this 14th day of July, 2022.

9

10
*s/ Kris Bridgman*
KRIS BRIDGMAN

11
Paralegal – Litigation Section
King County Prosecuting Attorney's Office

12

13

14

15

16

17

18

19

20

21

22

23

ANSWER OF KING COUNTY DEFENDANTS
TO FIRST AMENDED COMPLAINT [No. 3:22-cv-5403-DGE] - 16

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819