The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Gabriella Sullivan; Rainier Arms, LLC; Daniel Martin; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,<br><br>Plaintiffs,<br>vs.<br><br>Bob Ferguson, et al<br><br>Defendants. | NO. 3:22-cv-05403-DGE<br><br>**NOTICE OF APPEARANCE** |

TO:	ALL PARTIES AND THEIR ATTORNEYS OF RECORD

AND TO:	CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that John E. Justice of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., without waving objections to service of process, hereby makes his appearance for and on behalf of defendants Rick Scott and Norma J. Tillotson, and requests that all further notices and pleadings, except original process, be served upon said defendants and their attorney at the address stated below.

//

//

//

**NOTICE OF APPEARANCE – 1**
**Cause No.: 3:22-cv-05403-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1  DATED this 21st day of July, 2022.

2  LAW, LYMAN, DANIEL,
   KAMERRER & BOGDANOVICH, P.S.

3

4  */s/ John E. Justice*

   _____
5  John E. Justice, WSBA No. 23042
   Attorney for Defendants Rick Scott
6  and Norma J. Tillotson
   P.O. Box 11880, Olympia, WA 98508
7  Phone:  (360) 754-3480 Fax: 360-754-3480
   Email: jjustice@lldkb.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**NOTICE OF APPEARANCE – 2**
**Cause No.: 3:22-cv-05403-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

# CERTIFICATE OF FILING & SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

**_Counsel for Plaintiffs:_**
Joel B. Ard
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
joel@ard.law

**Admitted pro hac vice:**

David H. Thompson
Peter A. Patterson
William W. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

Cody J. Wisniewski
Erin M. Erhardt
MOUTAIN STATES LEGAL
FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
cody@mslegal.org
eerhardt@mslegal.org

**_Counsel for Defendants Bob Ferguson & John R. Batiste:_**
Andrew R W Hughes
Brian Hunt Rowe
Kristin Beneski
Attorney General's Office
800 5th Ave, Ste 2000
Seattle, WA 98104
andrew.hughes@atg.wa.gov
brian.rowe@atg.wa.gov
kristin.beneski@atg.wa.gov

Jeffrey T. Even
R July Simpson
William McGinty
Attorney General's Office
P.O. Box 40111
Olympia, WA 98504
jeffe@atg.wa.gov
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov

**_Counsel for Defendants Patti Cole-Tindall & Dan Satterberg:_**
David J. Hackett
Ann M. Summers
King County Prosecuting Attorney
1191 Second Ave, Suite 1700
Seattle, WA 98101
david.hackett@kingcounty.gov
ann.summers@kingcounty.gov

NOTICE OF APPEARANCE – 3
Cause No.: 3:22-cv-05403-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

| | |
|---|---|
| **_Counsel for Defendants John Gese & Chad M. Enright:_** | **_Counsel for Intervenor-Defendant Alliance for Gun Responsibility:_** |
| Ione S. George | Zachary J. Pekelis |
| Christine M. Palmer | Kai A. Smith |
| Kitsap County Prosecuting Attorney | PACIFICA LAW GROUP LLP |
| 614 Division Street, MS-35A | 1191 Second Ave, Suite 2000 |
| Port Orchard, WA 98366 | Seattle, WA 98101 |
| george@kitsap.gov | kai.smith@pacificalawgroup.com |
| cmpalmer@kitsap.gov | zach.pekelis@pacificalawgroup.com |

DATED this 21st day of July 2022, at Tumwater, WA.

/s/ Tam Truong

Tam Truong, Legal Assistant

**NOTICE OF APPEARANCE – 4**
**Cause No.: 3:22-cv-05403-DGE**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*