The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO. 3:22-cv-05403-DGE <br><br> STATE DEFENDANTS' RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT |

State Defendants Attorney General Ferguson and Chief Batiste respectfully submit this response in support of the Alliance for Gun Responsibility's Motion to Intervene as a Defendant (Dkt. # 45).

The State of Washington has been involved in several matters litigating the validity and constitutionality of state statutes proposed and promoted by various sponsors that have intervened to defend the law. *See, e.g.*, *Thorsted v. Gregoire*, 841 F. Supp. 1068 (W.D. Wash. 1994), *aff'd*, 75 F.3d 454 (9th Cir. 1996); *Int'l Ass'n of Indep. Tanker Owners v. Lowry*, 947 F. Supp. 1484 (W.D. Wash. 1996), *aff'd in part, reversed in part sub nom. Int'l Ass'n of Indep. Tanker Owners v. Locke*, 148 F.3d 1053 (9th Cir. 1998), *reversed*, *United States v. Locke*, 529 U.S. 89 (2000); *Washington State Republican Party v. Logan*, 377 F. Supp. 2d 907 (W.D. Wash. 2005), *aff'd sub nom. Washington State Republican Party v. Washington*, 460 F.3d 1108 (9th Cir. 2006), *reversed sub nom.*

STATE DEFENDANTS' RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

*Washington State Grange v. Washington State Republican Party*, 552 U.S. 442 (2008); *Washington Ass'n for Substance Abuse & Violence Prevention v. Washington*, 278 P.3d 632 (2012). The State's experience is that the sponsor's participation is generally constructive.

The State Defendants support the Motion to Intervene.

DATED this 25th day of July 2022.

>ROBERT W. FERGUSON
>Attorney General
>
>*/s/ R. July Simpson*
>R. JULY SIMPSON, WSBA #45869
>WILLIAM MCGINTY, WSBA #41868
>ANDREW HUGHES, WSBA #49515
>BRIAN HUNT ROWE, WSBA #56817
>Assistant Attorneys General
>JEFFREY T. EVEN, WSBA #20367
>Deputy Solicitor General
>KRISTIN BENESKI, WSBA #45478
>First Assistant Attorney General
>July.Simpson@atg.wa.gov
>William.McGinty@atg.wa.gov
>Andrew.Hughes@atg.wa.gov
>Brian.Rowe@atg.wa.gov
>Jeffrey.Even@atg.wa.gov
>Kristin.Beneski@atg.wa.gov
>*Attorneys for Defendants Bob Ferguson and John R. Batiste*

STATE DEFENDANTS' RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 25th day of July 2022, at Tacoma, Washington.

/s/ R. July Simpson
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

STATE DEFENDANTS' RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470