THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 3:22-cv-05403 DGE<br><br>DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT<br><br>NOTE ON MOTION CALENDAR:<br>July 29, 2022 |

Defendants Chad Enright and John Gese, by and through their counsel of record Chief Prosecuting Attorney Ione S. George and Senior Deputy Prosecuting Attorney Christine M. Palmer, respond to Defendant Alliance for Gun Responsibility's Motion to Intervene as follows:

Defendants Chad Enright and John Gese do not object to Alliance for Gun Responsibility intervening as a defendant in this case.

Respectfully submitted this 25th day of July, 2022.

          CHAD M. ENRIGHT
          Kitsap County Prosecuting Attorney

          */s/ Christine M. Palmer*
          IONE S. GEORGE, WSBA No. 18236
          CHRISTINE M. PALMER, WSBA No. 42560
          Attorneys for Chad M. Enright and John Gese

DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S RESPONSE TO ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS A DEFENDANT (3:22-cv-05403 DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

# CERTIFICATE OF SERVICE

I certify that on July 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cody J. Wisniewski
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
cody@mslegal.org

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110
joel@ard.law

David H. Thompson
Peter A. Patterson
William Bergstrom
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

R. July Simpson
William McGinty
Attorney General's Office
7141 Cleanwater Dr. SW
PO Box 40111
Olympia, WA 98504-0100
July.Simpson@atg.wa.gov
william.mcginty@atg.wa.gov

Kristin Beneski
Andrew Hughes
Brian Hunt Rowe
Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
kristin.beneski@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov

Jeffrey T. Even
Attorney General's Office
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
Jeffrey.Even@atg.wa.gov

David J. Hackett
Ann M. Summers
King County Prosecutor's Office
1191 Second Avenue, Suite 1700
Seattle, WA 98101
david.hackett@kingcounty.gov
ann.summers@kingcounty.gov

Erin M. Erhardt
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227
eerhardt@mslegal.org

John E. Justice
Law Lyman Daniel Kamerrer & Bogdanovich
P.O. Box 11880
Olympia, WA 98508
jjustice@lldkb.com

Kai A. Smith
Zachary J. Pekelis
Pacifica Law Group LLP
1191 Second Avenue, Ste 2000
Seattle, WA 98101
kai.smith@pacificalawgroup.com
zach.pekelis@pacificalawgroup.com

DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S RESPONSE TO
ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT (3:22-cv-05403 DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

SIGNED in Port Orchard, Washington this 25th day of July, 2022.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

DEFENDANTS JOHN GESE AND CHAD ENRIGHT'S RESPONSE TO
ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE
AS A DEFENDANT (3:22-cv-05403 DGE) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros