The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., | NO. 3:22-cv-05403-DGE |
| Plaintiffs, | LCR 3(h) NOTICE OF PENDENCY OF OTHER ACTION |
| v. | |
| BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., | |
| Defendants. | |

## NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION

Pursuant to LCR 3(h), Defendants Bob Ferguson and John R. Batiste hereby notify the Court of a pending action in another jurisdiction that involves part of the same subject matter and two of the same parties (Robert W. Ferguson and John R. Batiste) as this case. The other action, *Brumback, et al. v. Ferguson, et al.*, No. 1:22-cv-03093-MKD (E.D. Wash.), presents a challenge to SB 5078 (Washington's large-capacity magazine law) under the Second Amendment to the U.S. Constitution and article 1, section 24 of the Washington State Constitution.

Defendants Ferguson and Batiste do not believe that transfer should be effected pursuant to 28 U.S.C. § 1407 at this time. Defendants Ferguson and Batiste do anticipate that some form of coordination between the actions (such as coordination of case schedules and

LCR 3(h) NOTICE OF PENDENCY OF
OTHER ACTION
NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

1  discovery) could avoid conflicts, conserve resources and promote an efficient determination of
2  the actions due to the likelihood of common questions of fact and law.
3      DATED this 26th day of July 2022.

ROBERT W. FERGUSON
Attorney General

*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Jeffrey.Even@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants Bob Ferguson and John R. Batiste*

LCR 3(h) NOTICE OF PENDENCY OF OTHER ACTION
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 26th day of July 2022, at Tacoma, Washington.

*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

LCR 3(h) NOTICE OF PENDENCY OF OTHER ACTION
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470