THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | Case No. 3:22-cv-05403-DGE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS RICK SCOTT AND NORMA TILLOTSON<br><br>**NOTE ON MOTION CALENDAR: AUGUST 2, 2022**<br><br>**<u>CLERK'S ACTION REQUIRED</u>** |

## STIPULATION

Pursuant to LCR 83.2(b)(1), Defendants Rick Scott and Norma Tillotson, in their official capacities as Sheriff and Prosecuting Attorney for Grays Harbor County (collectively the Grays

---

STIPULATED AND [PROPOSED] ORDER SUBSTITUTING
COUNSEL - 1
Case No. 3:22-cv-05403-DGE

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

444444.3353/9077912.1

Harbor County Defendants), respectively, and Plaintiffs, through undersigned counsel, hereby stipulate and agree that JOHN E. JUSTICE and his law firm, LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S., should be withdrawn as counsel to the Grays Harbor County Defendants in this action, and that CALLIE A. CASTILLO and LANE POWELL PC, should substitute in as counsel in their place.

DATED: August 2, 2022

    LANE POWELL PC

By *s/Callie A. Castillo*
    CALLIE A. CASTILLO, WSBA No. 38214
    castilloc@lanepowell.com
    Telephone: 206.223.7000
    Facsimile: 206.223.7107

*Substituting Attorneys for Defendants Rick Scott and Norma J. Tillotson, in their official capacities*

ARD LAW GROUP PLLC

By: */s/ Joel B. Ard*
Joel B. Ard, WSBA #40104
Joel@Ard.law

P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243

COOPER & KIRK, PLLC

*/s/ David H. Thompson*
David H. Thompson*
dthompson@cooperkirk.com

*/s/ Peter A. Patterson*
Peter A. Patterson*
ppatterson@cooperkirk.com

STIPULATED AND [PROPOSED] ORDER SUBSTITUTING COUNSEL - 2
Case No. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

444444.3353/9077912.1

*/s/ William v. Bergstrom*
William V. Bergstrom\*
wbergstrom@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

MOUNTAIN STATES LEGAL FOUNDATION

*/s/ Erin M. Erhardt*
Erin M. Erhardt\*
eerhardt@mslegal.org

2596 S. Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021

*Attorneys for Plaintiffs*

FIREARMS POLICY COALITION, INC.

*/s/ Cody J. Wisnieweski*
Cody J. Wisniewski\*
cwi@fpchq.org

5550 Painted Mirage Road
Las Vegas, NV 89149
Phone: (916) 378-5785

*Attorney for Plaintiffs Gabriella Sullivan, Rainier Arms LLC, Daniel Martin, and Firearms Policy Coalition, Inc.*

\*Admitted pro hac vice

STIPULATED AND [PROPOSED] ORDER SUBSTITUTING COUNSEL - 3
Case No. 3:22-cv-05403-DGE

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

444444.3353/9077912.1

**PROPOSED ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2022.

_____
THE HONORABLE DAVID G. ESTUDILLO

Presented by:

LANE POWELL PC

By *s/Callie A. Castillo*
CALLIE A. CASTILLO, WSBA No. 38214
castilloc@lanepowell.com
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Substituting Attorneys for Defendants Rick Scott and Norma J. Tillotson, in their official capacities*

STIPULATED AND [PROPOSED] ORDER SUBSTITUTING COUNSEL - 4
Case No. 3:22-cv-05403-DGE

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

444444.3353/9077912.1