THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | Case No. 3:22-cv-05403-DGE<br><br>STIPULATED MOTION AND ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS RICK SCOTT AND NORMA TILLOTSON<br><br>**NOTE ON MOTION CALENDAR: AUGUST 2, 2022**<br><br><u>**CLERK'S ACTION REQUIRED**</u> |

## STIPULATION

Pursuant to LCR 83.2(b)(1), Defendants Rick Scott and Norma Tillotson, in their official

capacities as Sheriff and Prosecuting Attorney for Grays Harbor County (collectively the Grays

---

STIPULATION AND ORDER SUBSTITUTING
COUNSEL - 1
Case No. 3:22-cv-05403-DGE

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

444444.3353/9077912.1

1  Harbor County Defendants), respectively, and Plaintiffs, through undersigned counsel, hereby

2  stipulate and agree that JOHN E. JUSTICE and his law firm, LAW, LYMAN, DANIEL,

3  KAMERRER & BOGDANOVICH, P.S., should be withdrawn as counsel to the Grays Harbor

4  County Defendants in this action, and that CALLIE A. CASTILLO and LANE POWELL PC,

5  should substitute in as counsel in their place.

6      DATED:  August 2, 2022

7

8          LANE POWELL PC

9

10  By *s/Callie A. Castillo*
    CALLIE A. CASTILLO, WSBA No. 38214
    castilloc@lanepowell.com
11      Telephone: 206.223.7000
    Facsimile: 206.223.7107
12

13  *Substituting Attorneys for Defendants Rick Scott and Norma J. Tillotson, in their official capacities*

14

15

16  ARD LAW GROUP PLLC

17  By: */s/ Joel B. Ard*
    Joel B. Ard, WSBA #40104
18      Joel@Ard.law

19
    P.O. Box 11633
20      Bainbridge Island, WA 98110
    206.701.9243
21

22  COOPER & KIRK, PLLC

23  */s/ David H. Thompson*
    David H. Thompson*
24      dthompson@cooperkirk.com

25  */s/ Peter A. Patterson*
    Peter A. Patterson*
26      ppatterson@cooperkirk.com

27

STIPULATION AND ORDER SUBSTITUTING
COUNSEL - 2
Case No. 3:22-cv-05403-DGE

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

444444.3353/9077912.1

/s/ William v. Bergstrom
William V. Bergstrom*
wbergstrom@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Erin M. Erhardt
Erin M. Erhardt*
eerhardt@mslegal.org

2596 S. Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021

*Attorneys for Plaintiffs*

FIREARMS POLICY COALITION, INC.

/s/ Cody J. Wisnieweski
Cody J. Wisniewski*
cwi@fpchq.org

5550 Painted Mirage Road
Las Vegas, NV 89149
Phone: (916) 378-5785

*Attorney for Plaintiffs Gabriella Sullivan, Rainier Arms LLC, Daniel Martin, and Firearms Policy Coalition, Inc.*

*Admitted pro hac vice

STIPULATION AND ORDER SUBSTITUTING
COUNSEL - 3
Case No. 3:22-cv-05403-DGE

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

444444.3353/9077912.1

## ORDER

IT IS SO ORDERED.

DATED this 8th day of August, 2022.

                                                     David G. Estudillo
                                                     United States District Judge

Presented by:

LANE POWELL PC

By *s/Callie A. Castillo*
CALLIE A. CASTILLO, WSBA No. 38214
castilloc@lanepowell.com
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Substituting Attorneys for Defendants Rick Scott and Norma J. Tillotson, in their official capacities*

STIPULATION AND ORDER SUBSTITUTING COUNSEL - 4
Case No. 3:22-cv-05403-DGE

444444.3353/9077912.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107