The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | No. 3:22-cv-5403-DGE<br><br>(Proposed) ORDER GRANTING DEFENDANT KING COUNTY'S FRCP 12(c) MOTION TO DISMISS<br><br>*Noted for September 2, 2022*<br>*Without Oral Argument* |

THIS MATTER, having come before the Court on Defendant King County's Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(c), and the Court having considered the pleadings filed and the following evidence filed herein, including:

1. King County's Motion;

(Proposed) ORDER GRANTING DEFENDANT KING COUNTY'S
FRCP 12(c) MOTION TO DISMISS [No. 3:22-cv-5403-DGE] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

2. Plaintiff's Opposition, if any;

3. King County's Reply, if any;

4. And the records and pleadings filed in this matter.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant King County's Motion to Dismiss is GRANTED and all of claims against Defendants King County Sheriff Patti Cole-Tindall and King County Prosecuting Attorney Dan Satterberg are dismissed with prejudice for lack of subject matter jurisdiction.  Also, Plaintiffs' claim against King County Defendants based on 42 U.S.C. § 1983 are hereby dismissed for failure to sufficiently plead a *Monell* claim.

DONE IN OPEN COURT this _____ day of _____, 2022.

_____
The Honorable Judge David G. Estudillo

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ Ann Summers*
ANN M. SUMMERS, WSBA #21509

By: *s/ David Hackett*
DAVID J. HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants

(Proposed) ORDER GRANTING DEFENDANT KING COUNTY'S
FRCP 12(c) MOTION TO DISMISS [No. 3:22-cv-5403-DGE] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819