HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN, SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | Case No.  3:22-cv-05403-DGE<br><br>**DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington, and Defendant NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington (collectively "the Grays Harbor Defendants") answer

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S ANSWER TO FIRST AMENDED COMPLAINT - 1
CASE NO. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Plaintiffs' First Amended Complaint as follows:

## INTRODUCTION

1. In answer to the prefatory statement and paragraphs 1-7, the Grays Harbor Defendants make no response to the characterization of the Plaintiffs' case and stated legal conclusions. To the extent the paragraphs contain any allegations of fact, the Grays Harbor Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations.

## JURISDICTION AND VENUE

2. In answer to paragraphs 8 and 10, the Grays Harbor County Defendants leave the matters of jurisdiction and venue to the Court.

3. In answer to paragraph 9, no response is necessary as it only states the statutory provisions under which Plaintiffs seek a remedy.

## PARTIES

4. In answer to paragraphs 11-19 and 21-22, the Grays Harbor Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations.

5. In answer to paragraph 20, the Grays Harbor County Defendants admit that Defendant Rick Scott has been named in this action in his official capacity as Grays Harbor County Sheriff. RCW 36.28.010 sets forth the general duties of all County Sheriffs in Washington State and the statute speaks for itself.

6. In answer to paragraph 23, the Grays Harbor Defendants admit that Defendant Norma Tillotson has been named in this action in her official capacity as Grays Harbor County Prosecuting Attorney. RCW 32.27.020 sets forth the duties of all County Prosecuting Attorneys in Washington State and the statute speaks for itself.

## FACTUAL ALLEGATIONS

7. In answer to paragraphs 24-51, the Grays Harbor County Defendants admit that Engrossed Substitute Senate Bill 5078 was signed by Washington Governor Jay Inslee on March 23, 2022, and that the statutes codified at RCW 94.41.010 and 9.41.370 speaks for themselves.

DEFENDANTS RICK SCOTT AND NORMA
TILLOTSON'S ANSWER TO FIRST AMENDED
COMPLAINT - 2
CASE NO. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

The Grays Harbor County Defendants are without sufficient information to form a belief as to the truth or falsity of the remaining factual allegations.

**STATEMENTS OF FACTS RELATING TO GABRIELLA SULLIVAN, RAINIER ARMS LLC, AND DANIEL MARTIN**

8.  In answer to paragraphs 52-72, the Grays Harbor Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations.

**COUNT ONE**

9.  In answer to paragraphs 73-80, the Grays Harbor Defendants make no response to the stated legal conclusions.

**PLAINTIFFS' RELIEF**

10. The Grays Harbor County Defendants do not take a position on whether Plaintiffs are entitled to relief in this action with respect to their declaratory, injunctive, equitable or alternative legal remedy requests related to the constitutionality of Engrossed Substitute Senate Bill 5078.

11. The Grays Harbor County Defendants deny that Plaintiffs are entitled to actual, compensatory, punitive, or nominal damages against them.

12. The Grays Harbor County Defendants deny that Plaintiffs are entitled to costs and attorneys' fees and expenses under 42 U.S.C. § 1988 against them.

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S ANSWER TO FIRST AMENDED COMPLAINT - 3
CASE NO. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: August 15, 2022

LANE POWELL PC

By:  s/ *Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
castilloc@lanepowell.com
Attorneys for Attorneys for Defendants Rick Scott and Norma Tillotson

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S ANSWER TO FIRST AMENDED COMPLAINT - 4
CASE NO. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

By *s/Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S ANSWER TO FIRST AMENDED COMPLAINT - 5
CASE NO. 3:22-cv-05403-DGE

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107