UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN et al.,

                     Plaintiff(s),

      v.

BOB FERGUSON et al.,

                     Defendant(s).

CASE NO. 3:22−cv−05403−DGE

ORDER SETTING BENCH TRIAL AND PRETRIAL DATES

## TRIAL AND PRETRIAL DATES

| | |
|---|---|
| EIGHT DAY BENCH TRIAL set for 09:00 AM | December 4, 2023 |
| Deadline for filing motion to join parties | October 26, 2022 |
| Deadline for amending pleadings | November 7, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 1, 2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | May 30, 2023 |
| All motions related to discovery must be filed by | June 9, 2023 |
| Discovery completed by | July 10, 2023 |
| All dispositive motions must be filed by | August 7, 2023 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | October 30, 2023 |

ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

| Agreed pretrial order filed with the Court by | November 13, 2023 |
|---|---|
| Pretrial conference will be held at 10:00 AM on | November 20, 2023 |
| Trial briefs, proposed findings and conclusions and deposition designations due by | November 13, 2023 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.**

## ALTERATION TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alteration to the Filing Procedures applies in all cases pending before Judge Estudillo: **Mandatory chambers copies are required for all e–filed motions, responses, replies, and surreplies, and all supporting documentation relating to motions, regardless of page length.**

The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement does not apply to pleadings filed under seal.

The Western District of Washington will no longer accept courtesy copies in 3–ring binders. All courtesy copies must be 3–hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3–ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

## PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Gretchen Craft at gretchen_craft@wawd.uscourts.gov. *See* Fed. R. Civ. P. 16(b)(3)(B)(v). Thereafter, the Court will direct the parties to submit a **joint** statement to the Court briefly identifying the issue(s) in dispute. The joint statement shall be no more than three pages (preferably shorter).

## TRIAL EXHIBITS

The original trial exhibits are to be delivered to the courtroom deputy and one copy of the trial exhibits are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be

numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three–ring binder with appropriately numbered tabs.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk at gretchen_craft@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The foregoing Minute Order entered by /s/ Gretchen Craft  Deputy Clerk, **BY DIRECTION OF THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.**

DATED: The 26th of September 2022