HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, *et al.*,<br><br>　　　　　　　Defendants. | No. 3:22-cv-05403-DGE<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Pursuant to LCR 7(n), Proposed Intervenor-Defendant Alliance for Gun Responsibility (the "Alliance") respectfully submits this notice to bring to the Court's attention the attached order in *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD, Dkt. #19 (E.D.W.A Sept. 27, 2022), permitting the Alliance to intervene as a defendant under Federal Rule of Civil Procedure 24(b). This supplemental authority is submitted in support of the Alliance's Motion to Intervene as a Defendant (Dkt. No. 4).

///

///

///

NOTICE OF SUPPLEMENTAL AUTHORITY - 1
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 29th day of September, 2022.

                        PACIFICA LAW GROUP LLP

                        *s/ Kai A. Smith*
                        Zachary J. Pekelis, WSBA #44557
                        Kai A. Smith, WSBA #54749

                        *Attorneys for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

NOTICE OF SUPPLEMENTAL AUTHORITY - 2
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750