The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

                   Plaintiffs,

   v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,

                   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:22-cv-5403-DGE

DECLARATION OF ANN SUMMERS IN SUPPORT OF KING COUNTY DEFENDANTS' RULE 12(C) MOTION TO DISMISS

I, ANN SUMMERS, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am a King County Senior Deputy Prosecuting Attorney and one of the assigned attorneys for King County Sheriff Patti Cole-Tindall and King County Prosecuting

DECLARATION OF ANN SUMMERS IN SUPPORT OF KING COUNTY DEFENDANTS' RULE 12(C) MOTION TO DISMISS[No. 3:22-cv-5403-DGE] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430 Fax (206) 296-8819

Attorney Dan Satterberg in this case.  I am over eighteen years of age.  I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.  On July 20, 2022, I viewed the website for Plaintiff Rainier Arms at https://www.rainierarms.com.  The contact information posted on the home page of the website lists the address of Rainier Arms as 2504 Auburn Way N., Auburn, Washington.

3.  On July 19, 2022, I viewed the Washington Secretary of State website at https://www.sos.was.gov. I used the "business search" function to search for the registered address of Rainier Arms, LLC.  The principal office street address of Rainier Arms, LLC, as registered with the Secretary of State is 2504 Auburn Way N., Auburn, WA 98002.

4.  On July 20, 2022, I viewed the City of Auburn website at https://www.auburnwa.gov. I accessed the "City Limit Tool" located at https://www.auburnwa.gov/city_hall/community_development/permits_licenses_insp ections/city_limit_tool. I entered the address "2504 Auburn Way N."  The result that I received was that the address is within the Auburn city limits.   Attached as Exhibit 1 is a true and correct of the map on the City of Auburn website showing that 2504 Auburn Way N. is within the Auburn city limits.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF ANN SUMMERS IN SUPPORT OF
KING COUNTY DEFENDANTS' RULE 12(C) MOTION
TO DISMISS[No. 3:22-cv-5403-DGE] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    Signed this 21st day of  October, 2022 at Seattle, Washington.

2

3    _____

4    ANN M. SUMMERS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ANN SUMMERS IN SUPPORT OF
KING COUNTY DEFENDANTS' RULE 12(C) MOTION
TO DISMISS[No. 3:22-cv-5403-DGE] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

# Exhibit 1

