The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>                Plaintiffs,<br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>                Defendants. | No. 3:22-cv-5403-DGE<br><br>NOTICE OF CHANGE OF ADDRESS |

**TO:**      **CLERK OF THE COURT;**

**AND TO:**      **ALL PARTIES OF RECORD:**

      PLEASE BE ADVISED that the office/mailing address of the undersigning will change as of **October 31, 2022**:

NOTICE OF CHANGE OF ADDRESS [No. 3:22-cv-5403-DGE] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1
2      From:          1191 Second Avenue, Suite 1700
              Seattle, WA 98101

3      To:            516 3rd Avenue, #W554
              Seattle, WA 98104
4

5  Our phone number, fax number and email addresses will remain the same.

6  Except for service of process, it is requested that documents be forwarded electronically

7  by email or otherwise whenever possible.

   DATED this 26th day of October, 2022.
8

9                                              DANIEL T. SATTERBERG
                                               King County Prosecuting Attorney
10

11                                             By: *s/ David Hackett*
                                               DAVID J. HACKETT, WSBA #21236
12
                                               By: *s/ Ann Summers*
13                                             ANN M. SUMMERS, WSBA #21509

14                                             Senior Deputy Prosecuting Attorneys
                                               Attorneys for King County Defendants
15                                             1191 Second Avenue, Suite 1700
                                               Seattle, WA 98101
16                                             Phone: (206) 296-0430/Fax: (206) 296-8819
                                               david.hackett@kingcounty.gov
17                                             ann.summers@kingcounty.gov

18

19

20

21

22

23

NOTICE OF CHANGE OF ADDRESS [No. 3:22-cv-5403-DGE] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 26th day of October, 2022.

RAFAEL MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF CHANGE OF ADDRESS [No. 3:22-cv-5403-DGE] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819