UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN et al., <br><br> Plaintiffs, <br> v. <br><br> BOB FERGUSON et al., <br><br> Defendants. | CASE NO. 3:22-cv-05403-DGE <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion pursuant to Fed. R. Evid. 706(a). The Supreme Court in *Bruen* has directed "when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct. To justify its regulation . . . the government must demonstrate that the regulation is consistent with this Nation's historical tradition of firearm regulation." *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2126 (2022).  Courts, in turn, must "assess whether modern firearms regulations are consistent with the Second Amendment's text and historical understanding." *Id.* at 2131.

The parties are hereby ORDERED to show cause within 28 days of the issuance of this order why the Court should not appoint its own expert witness to assist the Court in evaluating historical sources in this matter to avoid "cherry-pick[ing]" the historical record. *See United States v. Bullock*, No. 3:18-CR-165-CWR-FKB, 2022 WL 16649175, at *2 (S.D. Miss. Oct. 27, 2022) (noting that "[t]his Court is not a trained historian" and that there is a "serious disconnect between the legal and historical communities" as to firearms history); *see also Baird v. Bonta*, No. 2:19-CV-00617-KJM-AC, 2022 WL 17542432, at *9 (E.D. Cal. Dec. 8, 2022).

Dated this 9th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2