THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO. 3:22-cv-05403 DGE<br><br>DEFENDANTS ENRIGHT AND GESE'S RESPONSE TO ORDER TO SHOW CAUSE |

The trial court has inherent power to appoint its own expert to aid the court in resolving a scientific or technical issue. *G.K. Las Vegas Ltd. P'ship v. Simon Prop. Grp., Inc.*, 671 F. Supp. 2d 1203, 1224 (D. Nev. 2009). Should the Court determine that a court-appointed expert would assist the court in this case, Defendants Enright and Gese do not oppose such an appointment.

Respectfully submitted this 6th day of February 2023.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

*/s/ Christine M. Palmer*
IONE S. GEORGE, WSBA No. 18236
CHRISTINE M. PALMER, WSBA No. 42560
Attorneys for Defendants Enright and Gese

DEFENDANTS ENRIGHT AND GESE'S RESPONSE
TO ORDER TO SHOW CAUSE (3:22-cv-05403 DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

# CERTIFICATE OF SERVICE

I certify that on February 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Cody J. Wisniewski<br>Erin M. Erhardt<br>Mountain States Legal Foundation<br>2596 S Lewis Way<br>Lakewood, CO 80227 | David H. Thompson<br>Peter A. Patterson<br>William Bergstrom<br>Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW<br>Washington, DC 20036 |
| Joel B. Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island, WA 98110 | R. July Simpson<br>William McGinty<br>Attorney General's Office<br>7141 Cleanwater Dr. SW<br>PO Box 40111<br>Olympia, WA 98504-0100 |
| Kristin Beneski<br>Andrew Hughes<br>Brian Hunt Rowe<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Jeffrey T. Even<br>Attorney General's Office<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |
| David J. Hackett<br>Ann M. Summers<br>King County Prosecutor's Office<br>516 3rd Avenue, #W554<br>Seattle, WA 98104 | Erin M Erhardt<br>Mountain States Legal Foundation<br>2596 S. Lewis Way<br>Lakewood, CO 80227 |
| John E. Justice<br>Law Lyman Daniel Kamerrer & Bogdanovich<br>P.O. Box 11880<br>Olympia, WA 98508 | Kai A. Smith<br>Zachary J. Pekelis<br>Pacifica Law Group LLP<br>1191 Second Avenue, Ste 2000<br>Seattle, WA 98101 |

SIGNED in Port Orchard, Washington this 6th day of February, 2023.

*/s/ Christine M. Palmer*
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA 98366
Phone: 360-337-7004

DEFENDANTS ENRIGHT AND GESE'S RESPONSE
TO ORDER TO SHOW CAUSE (3:22-cv-05403 DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros