The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | NO. 3:22-cv-05403-DGE<br><br>DECLARATION OF R. JULY SIMPSON IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE |

I, R. July Simpson, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Assistant Attorney General representing Attorney General Bob Ferguson and John Batiste, Chief of the Washington State Patrol, in this matter.

3. Attached as Exhibit 1 is a true and correct copy of the Declaration of Dr. Saul Cornell submitted in support of the State Defendants' Opposition to Plaintiffs' Motion for Injunctive and Declaratory Relief filed in *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD (E.D. Wash.), in the Eastern District of Washington on October 24, 2022. A true and correct copy of Dr. Cornell's curriculum vitae is attached to that declaration as Exhibit A.

DECLARATION OF R. JULY SIMPSON IN SUPPORT OF STATE DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE – NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

4. Attached as Exhibit 2 is a true and correct copy of the Declaration of Dr. Robert Spitzer submitted in support of the State Defendants' Opposition to Plaintiffs' Motion for Injunctive and Declaratory Relief filed in *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD (E.D. Wash.), in the Eastern District of Washington on October 24, 2022. A true and correct copy of Dr. Spitzer's curriculum vitae is attached to that declaration as Exhibit A.

5. Attached as Exhibit 3 is a true and correct copy of the Declaration of Dr. Brennan Rivas submitted in support of the State Defendants' Opposition to Plaintiffs' Motion for Injunctive and Declaratory Relief filed in *Brumback v. Ferguson*, No. 1:22-cv-03093-MKD (E.D. Wash.), in the Eastern District of Washington on October 24, 2022. A true and correct copy of Dr. Rivas' curriculum vitae is attached to that declaration as Exhibit A.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 6th day of February 2023 at Tacoma, Washington.

*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

DECLARATION OF R. JULY SIMPSON
IN SUPPORT OF STATE DEFENDANTS'
RESPONSE TO ORDER TO SHOW
CAUSE – NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of February 2023, at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

DECLARATION OF R. JULY SIMPSON
IN SUPPORT OF STATE DEFENDANTS'
RESPONSE TO ORDER TO SHOW
CAUSE – NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470