1

2          HONORABLE DAVID G. ESTUDILLO

3

4

5

6                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                         AT SEATTLE

8

GABRIELLA SULLIVAN; *et al.*,          No. 3:22-cv-05403-DGE
9
                    Plaintiffs,        INTERVENOR-DEFENDANT
10   v.                                ALLIANCE FOR GUN
                                       RESPONSIBILITY'S RESPONSE
11   BOB FERGUSON, in his official capacity    TO ORDER TO SHOW CAUSE
     as Washington State Attorney General, *et*
12   *al.*,

13                  Defendants,

14                  and

15   ALLIANCE FOR GUN
     RESPONSIBILITY,
16
                    Intervenor-
17                  Defendant.

18

19                         **RESPONSE**

20          Intervenor-Defendant Alliance for Gun Responsibility submits this brief response to the

21   Court's Order to Show Cause (the "Order"), Dkt. #82. For the reasons explained in State

22   Defendants' Response to the Order, Dkt. #86, a Court-appointed expert witness to evaluate

23   historical sources is unwarranted. In particular, the Court does not need to engage in any historical

24   analysis to resolve Plaintiffs' Second Amendment claim because Engrossed Substitute Senate Bill

25   INTERVENOR-DEFENDANT'S
     RESPONSE TO ORDER TO SHOW CAUSE - 1
     Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

26

5078 ("ESSB 5078") is constitutional under the threshold textual analysis established in *New York State Rifle and Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111, 2129–30 (2022) (asking "whether the Second Amendment's plain text covers [the plaintiff's] conduct" regulated by the challenged law). Plaintiffs carry the burden of persuasion on this textual question. *See Ocean State Tactical, LLC v. Rhode Island*, No. 22-CV-246 JJM-PAS, 2022 WL 17721175, at *12 (D.R.I. Dec. 14, 2022); *Oregon Firearms Fed'n, Inc. v. Brown*, No. 2:22-cv-01815-IM, 2022 WL 17454829, at *12 (D. Or. Dec. 6, 2022); *Nat'l Ass'n for Gun Rts., Inc. v. City of San Jose*, 2022 WL 3083715, at *8 (N.D. Cal. Aug. 3, 2022).

Even if the Court finds it necessary to proceed to the second phase of *Bruen* and engage in a historical inquiry, a Court-appointed expert will still be unnecessary because the parties will frame the historical issues through the adversarial process. *Bruen*, 142 S. Ct. at 2130 n.6 ("In our adversarial system of adjudication, we follow the principle of party presentation," under which courts analyze "the historical record compiled by the parties.") (emphases added) (cleaned up). Here, State Defendants intend to offer testimony from various experts, including three highly qualified historical experts. Dkt. #86. The Alliance may offer additional expert testimony, including on the historical tradition of firearms regulation. Although Plaintiffs do not intend to offer expert testimony, they do intend to introduce evidence they believe to be relevant to *Bruen*'s second prong of analysis, Dkt. #66 at 2–3. This expert testimony and other evidence will be sufficient for the Court to determine whether ESSB 5078 comports with our nation's historical tradition of regulating dangerous firearms, should that inquiry prove necessary to adjudicate Plaintiffs' Second Amendment claim.

For those reasons, the Court should not appoint a historical expert at this time.

INTERVENOR-DEFENDANT'S
RESPONSE TO ORDER TO SHOW CAUSE - 2
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    DATED this 6th day of February, 2023.

2

3                                    PACIFICA LAW GROUP LLP

4

5                                    _s/ Kai A. Smith_____
                                     Zachary J. Pekelis, WSBA #44557
6                                    Kai A. Smith, WSBA #54749

7                                    Attorneys for Intervenor-Defendant Alliance for
                                     Gun Responsibility

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   INTERVENOR-DEFENDANT'S
     RESPONSE TO ORDER TO SHOW CAUSE - 3
     Case No. 3:22-cv-05403-DGE

26

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 6th day of February, 2023.



_____
                    Sydney Henderson

INTERVENOR-DEFENDANT'S
RESPONSE TO ORDER TO SHOW CAUSE - 4
Case No. 3:22-cv-05403-DGE

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750