3cvUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN et al.,<br><br>Plaintiffs,<br>v.<br><br>BOB FERGUSON et al.,<br><br>Defendants. | CASE NO. 3:22-cv-05403-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court, having reviewed the parties' responses to the order to show cause (Dkt. No. 82), determines that appointing an expert witness pursuant to Federal Rule of Evidence 706 to assist the Court is not necessary at this time.

The Court reserves the right to appoint a court-appointed expert in the event it seeks further clarification of the evidence and testimony put forward by the parties' experts.  The Court appreciates the concerns raised by several of the parties as to the appropriateness of utilizing a

MINUTE ORDER - 1

court appointed expert in the *Bruen* context, as well as the practical difficulty of finding such an expert.

Dated this 17th day of February, 2023.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2