The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; LEESA MANION, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington, <br><br> Defendants. | No. 3:22-cv-5403-DGE <br><br> NOTICE OF CHANGE OF ADDRESS |

**TO:         CLERK OF THE COURT;**

**AND TO:    ALL PARTIES OF RECORD:**

PLEASE BE ADVISED that the office/mailing address of the undersigning will change as of **March 23, 2023**:

NOTICE OF CHANGE OF ADDRESS
[No. 3:22-cv-5403-DGE] - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Ave., #W554
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

From:   516 3rd Avenue, #W554
        Seattle, WA 98104

To:     701 5th Avenue, Suite 600
        Seattle, WA 98104

Our phone number, fax number and email addresses will remain the same. Except for service of process, it is requested that documents be forwarded electronically by email or otherwise whenever possible.

DATED this 14th day of March, 2023.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: _____
DAVID J. HACKETT, WSBA #21236
ANN M. SUMMERS, WSBA #21509

Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants
516 Third Avenue, #W554
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
david.hackett@kingcounty.gov
ann.summers@kingcounty.gov

NOTICE OF CHANGE OF ADDRESS
[No. 3:22-cv-5403-DGE] - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Ave., #W554
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will serve a copy of this document on all counsel of record.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 14th day of March, 2023.

_____
RAFAEL A. MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF CHANGE OF ADDRESS
[No. 3:22-cv-5403-DGE] - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
516 Third Ave., #W554
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819