The Honorable Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

Gabriella Sullivan, *et al.*,

    *Plaintiffs*,

  v.

Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.*

    *Defendants*.

No. 3:22-cv-05403-DGE

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:      THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOICE that ERIN M. ERHARDT hereby respectfully moves to withdraw her appearance for the Plaintiffs in this matter. Ms. Erhardt has accepted a new position, and her employment with Mountain States Legal Foundation ends May 19, 2023. Plaintiffs will continue to be represented by Brian A. Abbas, who has already noticed his appearance in this case. This withdrawal will not cause delay or prejudice to any party.

May 19, 2023.

*/s/ Erin M. Erhardt*
Erin M. Erhardt*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Tele: (303) 292-2021
eerhardt@mslegal.org

*Admitted *pro hac vice*

Notice of Withdrawal and Substitution of Counsel
*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
(303) 292-2021

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all parties who are registered with the CM/ECF system.

Dated this 19th day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Erin M. Erhardt
　　　　　　　　　　　　　　　　　　　　　　　Erin M. Erhardt

Notice of Withdrawal and Substitution of Counsel
*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
(303) 292-2021