THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants. | NO.  3:22-cv-05403 DGE<br><br>NOTICE OF UNAVAILABILITY |

TO:     THE CLERK OF THE COURT

AND TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that CHRISTINE M. PALMER, attorney for Defendants Chad M. Enright and John Gese, will be unavailable on the following dates:     July 10-12, 2023.  The undersigned respectfully requests that no matters be scheduled on these dates which require the attention of the undersigned.

Respectfully submitted this 29th day of June, 2023.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

*/s/ Christine M. Palmer*
CHRISTINE M. PALMER, WSBA No. 42560
Attorney for Defendants Chad M. Enright and John Gese

NOTICE OF UNAVAILABILITY
(3:22-cv-05403 DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Cody J. Wisniewski<br>Brian A. Abbas<br>Mountain States Legal Foundation<br>2596 S Lewis Way<br>Lakewood, CO 80227 | David H. Thompson<br>Peter A. Patterson<br>William Bergstrom<br>Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW<br>Washington, DC 20036 |
| Joel B. Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island, WA 98110 | R. July Simpson<br>William McGinty<br>Attorney General's Office<br>7141 Cleanwater Dr. SW<br>PO Box 40111<br>Olympia, WA 98504-0100 |
| Kristin Beneski<br>Andrew Hughes<br>Brian Hunt Rowe<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Jeffrey T. Even<br>Attorney General's Office<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |
| David J. Hackett<br>Ann M. Summers<br>King County Prosecutor's Office<br>516 3rd Avenue, #W554<br>Seattle, WA 98104 | Kai A. Smith<br>Zachary J. Pekelis<br>Pacifica Law Group LLP<br>1191 Second Avenue, Ste 2000<br>Seattle, WA 98101 |
| Callie A. Castillo<br>Lane Powell PC<br>1420 Fifth Avenue, Ste 4200<br>PO Box 91302<br>Seattle, WA 98111 | |

SIGNED in Port Orchard, Washington this 29th day of June, 2023.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA 98366

NOTICE OF UNAVAILABILITY
(3:22-cv-05403 DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

Phone: 360-337-7032

NOTICE OF UNAVAILABILITY
(3:22-cv-05403 DGE) – Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros