The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant | NO. 3:22-cv-05403-DGE<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:  Clerk of the Above-Entitled Court

AND TO:  Counsel for Plaintiffs

YOU AND EACH OF YOU will please take notice that Jeffrey T. Even, Deputy Solicitor General, hereby withdraws as the attorney for Defendant Bob Ferguson, in his official capacity as the Attorney General of Washington State. Defendant Ferguson is proceeding with Kristin Beneski, First Assistant Attorney General, and Assistant Attorneys General, R. July Simpson, Andrew R.W. Hughes, Brian H. Rowe and William McGinty, as counsel of record in the above-entitled action. All further pleadings and papers, exclusive of original process, should be served to Kristin Beneski, R. July Simpson, Andrew R. W. Hughes, Brian H. Rowe, and William McGinty at the addresses on file.

| | |
|---|---|
| 1 | DATED this 6th day of July 2023. |
| 2 | ROBERT W. FERGUSON<br>Attorney General |
| 4 | */s/ Jeffrey T. Even* |
| 5 | JEFFREY T. EVEN, WSBA #20367<br>Deputy Solicitor General<br>jeffrey.even@atg.wa.gov |
| 6 | *Attorney for Defendant Bob Ferguson* |

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing documents to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 6th day of July 2023, at Olympia, Washington.

*/s/ Jeffrey T. Even*
JEFFREY T. EVEN, WSBA #20367
Deputy Solicitor General