The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

GABRIELLA SULLIVAN, et al.,

Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

Defendants,

ALLIANCE FOR GUN RESPONSIBILITY,

Intervenor-Defendant.

NO. 3:22-cv-05403-DGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES

NOTE ON MOTION CALENDAR: July 7, 2023

**STIPULATION**

1. Plaintiffs and Defendants intend to file cross motions for summary judgment. Rather than each party filing separate briefs, resulting in six briefs, the parties have conferred and jointly agreed to a briefing schedule to allow for the submission of four briefs to the Court, pursuant to Local Civil Rule 7(k). The parties have also conferred and agreed to an extension of the word count limits given the combined briefing. Good cause exists for this request, and the parties hereby stipulate to the following:

2. Parties propose the following dispositive motion briefing schedule and word count limits:

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

- Plaintiffs file their Motion for Summary Judgment, not to exceed 8,400 words, August 7, noted for October 16.
- Any Defendants may file their Combined Cross Motions for Summary Judgment and Oppositions to Plaintiffs' Motion for Summary Judgment not to exceed 12,000 words, by September 4, noted for October 16. Intervenor Defendant may file a supplemental brief not to exceed 6,000 words. Defendants Norma J. Tillotson and Rick Scott will move/respond separately only on the issue of damages against them, with a filing not to exceed 4,000 words, by September 4.
- Plaintiffs will file their Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Joint Motions for Summary Judgment, not to exceed 10,000 words, by October 2.
- Defendants will file their Replies in Support of their Motions for Summary Judgment, not to exceed 4,200 words by October 16. Intervenor Defendant may file a supplemental brief not to exceed 2,100 words.

The parties believe that the issues in this case are appropriate for resolution on summary judgment and, particularly given that Plaintiffs will not be offering any expert testimony, that it is likely no trial will be necessary at all. As such, the Parties request that the other deadlines in this case be suspended pending resolution of the dispositive motions, to be reset if any issues or claims remain in this case following summary judgment.

DATED this 7th day of July 2023.

ROBERT W. FERGUSON
Attorney General

*/s R. July Simpson*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
KRISTIN BENESKI, WSBA #45478

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants Bob Ferguson and John R. Batiste*

Approved as to Form:

COOPER & KIRK PLLC

*/s William Bergstrom*
WILLIAM BERGSTROM, *Pro Hac Vice*
PETER PATTERSON, *Pro Hac Vice*
DAVID THOMPSON, *Pro Hac Vice*
Attorneys at Law
*Attorneys for Plaintiffs Gabriella Sullivan, Firearm Policy Coalition, Inc., Rainier Arms LLC, Second Amendment Foundation, Daniel Martin*

ARD LAW GROUP PLLC

JOEL B ARD, WSBA #40104
Attorney at Law
Joel@ardlaw.com
*Attorney for Plaintiffs Gabriella Sullivan, Firearm Policy Coalition, Inc., Rainier Arms LLC, Second Amendment Foundation, Daniel Martin*

FIREARMS POLICY COALITION

CODY WISNIEWSKI, *Pro Hac Vice*
BRIAN A. ABBAS, *Pro Hac Vice*
Attorneys at Law
cwi@fpchq.org
babbas@mslegal.org
*Attorneys for Plaintiffs Gabriella Sullivan, Firearm Policy Coalition, Inc., Rainier Arms LLC, Second Amendment Foundation, Daniel Martin*

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

LANE POWELL PC

*s/ Callie A. Castillo*
CALLIE A. CASTILLO, WSBA #38214
Attorney at Law
Castilloc@lanepowell.com
*Attorney for Defendants Norma J. Tillotson and Rick Scott*

KITSAP COUNTY PROSECUTOR'S OFFICE

*/s Christine Palmer*
IONE S. GEORGE, WSBA #18236
CHRISTINE PALMER, WSBA #42560
Prosecuting Attorneys
Igeorge@kitsap.gov
Cmpalmer@kitsap.gov
*Attorneys for Defendants Chad M. Enright and John Gese*

KING COUNTY PROSECUTOR'S OFFICE

*/s Ann Marie Summers*
ANN MARIE SUMMERS, WSBA #21509
DAVID HACKETT, WSBA #21236
Prosecuting Attorneys
Ann.Summers@kingcounty.gov
David.Hackett@kingcounty.gov
*Attorneys for Defendants Dan Satterberg and Patti Cole-Tindall*

PACIFICA LAW GROUP PLLC

*s/ Zachary J. Pekelis*
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
Attorneys at Law
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com
*Attorneys for Intervenor-Defendant Alliance for Gun Responsibility*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 3:22-cv-05403-DGE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

**ORDER**

**IT IS HEREBY ORDERED:**

That the stipulation of the Parties is APPROVED and ADOPTED.

DATED this ______ day of ____________ 2023.

____________________________________
HON. DAVID G. ESTUDILLO
Chief United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES
NO. 3:22-cv-05403-DGE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 7th day of July 2023, at Tacoma, Washington.

*s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470