The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

Gabriella Sullivan; Rainier Arms, LLC; Second Amendment Foundation; and Firearms Policy Coalition, Inc.,

*Plaintiffs*,

v.

Bob Ferguson, in his official capacity as Washington State Attorney General; John R. Batiste, in his official capacity as Chief of the Washington State Patrol; Patti Cole-Tindall, in her official capacity as Interim Sheriff for King County, Washington; John Gese, in his official capacity as Sheriff for Kitsap County, Washington; Rick Scott, in his official capacity as Sheriff for Grays Harbor County, Washington; Dan Satterberg, in his official capacity as County Prosecutor for King County, Washington; Chad M. Enright, in his official capacity as County Prosecutor for Kitsap County, Washington; and Katie Svoboda, in her official capacity as County Prosecutor for Grays Harbor County, Washington,

*Defendants*.

No. 3:22-cv-05403-DGE

[Proposed] Order Granting Plaintiffs' Motion for Summary Judgment

[Proposed] Order - i

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  This matter came to be heard upon the Motion of Plaintiffs Gabriella Sullivan, Rainier Arms, LLC, Second Amendment Foundation, and Firearms Policy Coalition, Inc. for Summary Judgment (the "Motion").

The Court, having considered the Complaint, the Motion, Declarations and Exhibits, and all other evidence and argument presented regarding the Motion, finds that there is no genuine dispute of relevant fact, and that the Motion is Hereby GRANTED.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
Hon. David G. Estudillo
United States District Judge

///
///
///

[Proposed] Order - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1. August 7, 2023.
2. Presented by:

[Proposed] Order

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

| | |
|---|---|
| Ard Law Group PLLC<br><br>By: [signature]<br><br>Joel B. Ard, WSBA # 40104<br>P.O. Box 11633<br>Bainbridge Island, WA 98110<br>206.701.9243<br>Joel@Ard.law<br><br>Attorneys For Plaintiffs | Cooper & Kirk, PLLC<br><br>*/s/ David H. Thompson*<br>David H. Thompson*<br>dthompson@cooperkirk.com<br><br>*/s/ Peter A. Patterson*<br>Peter A. Patterson*<br>ppatterson@cooperkirk.com<br><br>*/s/ William V. Bergstrom*<br>William V. Bergstrom*<br>wbergstrom@cooperkirk.com<br><br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br><br>Mountain States Legal Foundation<br><br>*/s/ Brian A. Abbas*<br>Brian A. Abbas*<br><br>2596 S. Lewis Way<br>Lakewood, CO 80227<br>Phone: (303) 292-2021<br><br>FPC Action Foundation<br><br>*/s/ Cody J. Wisniewski*<br>Cody J. Wisniewski*<br><br>5550 Painted Mirage Road<br>Las Vegas, NV 89149<br>Phone: (916) 517-1665<br><br>*Admitted pro hac vice |

[Proposed] Order

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243