The Honorable Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.* <br> *Defendants*. | No. 3:22-cv-05403-DGE <br><br> **DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Alan Gottlieb, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' motion for summary judgment.

2. I am the Executive Vice President of the Second Amendment Foundation ("SAF") which I founded in 1974. As Executive Vice President, I am duly authorized to act on behalf of the organization. SAF is a tax-exempt nonprofit educational organization under section 501(c)(3) of the Internal Revenue Code, incorporated under the laws of Washington, with its principle place of business in Washington.

3. In my role as Executive Vice President, I am familiar with SAF's purposes as an organization and SAF's membership.

Decl. of Alan Gottlieb - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC <br>
P.O. Box 11633 <br>
Bainbridge Island, WA 98110 <br>
Phone: (206) 701-9243

4. SAF seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutionally protected right to possess firearms and firearm ammunition, and the consequences of gun control.

5. SAF has over 700,000 members and supporters nationwide, including thousands of members in Washington.

6. Gabriella Sullivan and John Hwang are members of SAF.

7. One membership benefit SAF provides to its members is the ability to participate in SAF's mission and to support SAF's work.

8. SAF brings this lawsuit on behalf of its thousands of members in Washington, including Sullivan and Hwang.

DATED this 4th day of August, 2023

*Alan M. Gottlieb*
Alan Gottlieb, Executive Vice President
Second Amendment Foundation

Decl. of Alan Gottlieb - 2

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243