The Honorable Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.*<br>　　　　　Defendants. | No. 3:22-cv-05403-DGE<br><br>**DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Brandon Combs, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' motion for summary judgment.

2. I am the President of Firearms Policy Coalition, Inc. ("FPC") and have held that position since FPC was founded in 2014. As President, I am duly authorized to act on behalf of the organization. FPC is a nonprofit membership organization incorporated in Delaware with a primary place of business in Clark County, Nevada.

3. In my role as President, I am familiar with FPC's purposes as an organization and FPC's membership. I oversee and often participate directly in FPC's review of and commentary on issues affecting members, communication informing members of issues affecting them, and process for evaluating involvement in litigation.

Decl. of Brandon Combs - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

4. FPC seeks to create a world of maximal human liberty and freedom to promote and protect individual liberty, private property, and economic freedoms. In furtherance of this mission, FPC seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms.

5. FPC has thousands of members and supporters nationwide, including thousands of members in Washington.

6. Gabriella Sullivan, John Hwang, and Rainier Arms are members of FPC.

8. FPC brings this lawsuit on behalf of its thousands of members in Washington, including Sullivan and Hwang.

DATED this  4th  day of August, 2023

_____
Brandon Combs, President
Firearms Policy Coalition, Inc.

Decl. of Brandon Combs - 2

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243