The Honorable Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.*<br>      *Defendants*. | No. 3:22-cv-05403-DGE<br><br>**DECLARATION OF GABRIELLA SULLIVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Gabriella Sullivan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' motion for summary judgment.

2. I am a member of Second Amendment Foundation and Firearms Policy Coalition.

3. I own multiple firearms—a Sig Sauer P365 handgun, a Smith & Wesson M&P Sport .22 rifle, and a Colt AR-15 rifle—all of which may be equipped with magazines holding more than ten rounds of ammunition.

4. I own magazines of that size for each of these firearms.

5. I carry my Sig Sauer P365 handgun, equipped with a 12-round magazine, in public for self-defense.

6. Because of Washington's magazine ban, I cannot purchase additional magazines of this size. Nor can I purchase firearms that come standard with such magazines.

Decl. of Gabriella Sullivan - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

7. If it were not for the magazine ban, I would purchase additional magazines capable of holding more than 10 rounds of ammunition and firearms equipped with such magazines.

DATED this 4th day of August, 2023

*Gabriella Sullivan*

Decl. of Gabriella Sullivan - 2

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243