The Honorable Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Gabriella Sullivan, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>Bob Ferguson, in his official capacity as Washington State Attorney General, *et al.*<br>      *Defendants*. | No. 3:22-cv-05403-DGE<br><br>**DECLARATION OF JOHN HWANG IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, John Hwang, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' motion for summary judgment.

2. I am the CEO of Rainier Arms, a federally licensed firearms dealer with a retail store located in King County specializing in high end rifles, pistols, and shotguns, as well as parts, optics and accessories.

3. I am a member of Second Amendment Foundation and Firearms Policy Coalition.

4. Before the Washington Magazine Ban went into effect, Rainier Arms sold ammunition magazines capable of holding more than ten rounds of ammunition, both as standalone products and as standard equipment of the firearms it sells.

5. Because of the Magazine Ban, Rainier Arms has ceased selling such magazines to civilians in Washington and now only sells to government purchasers who are exempt.

Decl. of John Hwang - 1

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1      6.    As a result, Rainier Arms has lost sales and seen its business diminished.

3      DATED this __06__ day of August, 2023

*(signature)*
John Hwang, CEO
Rainier Arms

---

Decl. of John Hwang - 2

*Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243