1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

GABRIELLA SULLIVAN, *et al.*,

        Plaintiffs,

    v.

BOB FERGUSON, in his official capacity as
Washington State Attorney General, *et al.*,

        Defendants,

ALLIANCE FOR GUN RESPONSIBILITY,

        Intervenor-Defendant.

NO.  3:22-cv-05403-DGE

NOTICE OF APPEARANCE

TO:    Clerk of the Court; and

TO:    All Parties and Their Counsel of Record

        PLEASE TAKE NOTICE that amici curiae BRADY CENTER TO PREVENT GUN

VIOLENCE, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND MARCH

FOR OUR LIVES enter their appearance by the undersigned counsel.  Copies of all documents

and pleadings with regard to this litigation, with the exception of original process, are to be

served on the undersigned counsel.

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 21st day of August, 2023.

**GORDON TILDEN THOMAS & CORDELL** LLP
Attorneys for amici curiae Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and March for Our Lives

By    *s/Franklin D. Cordell*

    Franklin D. Cordell, WSBA #26392
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    fcordell@gordontilden.com

NOTICE OF APPEARANCE - 2
No.  3:22-cv-05403-DGE

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477