The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; LEESA MANION, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>    Defendants. | No. 3:22-cv-5403-DGE<br><br>NOTICE OF WITHDRAWAL |

**TO: CLERK OF THE COURT;**

**AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.**

YOU ARE HEREBY NOTIFIED of a withdrawal of attorney for Defendants Patti Cole-Tindall and Leesa Manion in the above-entitled action. Effective this date, Special Deputy

NOTICE OF WITHDRAWAL [No. 3:22-cv-5403-DGE] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-8819

Prosecuting Attorney DAVID J. HACKETT will withdraw, and Senior Deputy Prosecuting Attorney ANN SUMMERS will remain as attorney of record.

DATED this 30th day of August, 2023.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ David Hackett*
DAVID J. HACKETT, WSBA #21236
Special Deputy Prosecuting Attorney
Attorneys for King County Defendants
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-8819
david.hackett@kingcounty.gov

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 30th day of August, 2023.

RAFAEL MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF WITHDRAWAL [No. 3:22-cv-5403-DGE] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-8819