The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., | ) ) ) ) ) | No. 3:22-cv-5403-DGE |
| Plaintiffs, | ) ) | |
| v. | ) ) | (Proposed) ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING KING COUNTY DEFENDANTS PATTI COLE-TINDALL AND LEESA MANION'S MOTION FOR SUMMARY JUDGMENT |
| BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; LEESA MANION, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

(Proposed) ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING KING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

THIS MATTER, having come before the Court on Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motions for Summary Judgment, and the Court having considered the pleadings filed and the following evidence filed herein, including:

1. Plaintiffs' Motion for Summary Judgment and supporting documentation;
2. King County Defendants' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment and supporting documentation;
3. State Defendants' Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment and supporting documentation;
4. Intervenor Alliance for Gun Responsibility's Response to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment and supporting documentation;
5. Kitsap County Defendants' Response to Plaintiffs' Motion for Summary Judgment;
6. Grays Harbor County Defendants' Response to Plaintiffs' for Summary Judgment.
7. Plaintiffs' Combined Reply and Response to Defendants' Cross Motions for Summary Judgment;
8. King County Defendants' Reply, if any;
9. State Defendants' Reply, if any;
10. Intervenor Alliance for Gun Responsibility's Reply, if any;
11. And the records and pleadings filed in this matter.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED and King County Defendants' Motion for Summary Judgment is GRANTED and all of claims against Defendants King County Sheriff Patti Cole-Tindall and King County Prosecuting Attorney Lessa Manion are DISMISSED WITH PREJUDICE.

(Proposed) ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING KING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

DONE IN OPEN COURT this _____ day of _____, 2023.

_____
The Honorable Judge David G. Estudillo

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney


By: *s/ Ann Summers*
ANN M. SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants

(Proposed) ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING KING COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819