The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | No. 3:22-cv-5403-DGE<br><br>DECLARATION OF JESSE ANDERSON IN SUPPORT OF KING COUNTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT |

I, JESSE ANDERSON, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained

DECLARATION OF JESSE ANDERSON IN SUPPORT OF KING COUNTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT  [No. 3:22-cv-5403-DGE] - 1

Lessa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-8819

in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am the Undersheriff for the King County Sheriff's Office. I am a commissioned peace officer and have worked for the King County Sheriff's Office for 32 years.

3. The King County Sheriff's Office provides law enforcement in unincorporated areas of King County and twelve contract cities. The King County Sheriff's Office also provides police departments for Metro Transit and the King County International Airport.

4. The city of Auburn is not one of the cities that the King County Sheriff's Office contracts with to provide police services.

5. Generally crimes committed within the Auburn city limits would be investigated by the Auburn Police Department.

6. An exception to this general rule applies when the King County Sheriff's Office investigates crimes committed on Metro busses, on trains used for public transportation, or in a Metro bus shelter in an incorporated city.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 29th day of August, 2023 at Seattle, Washington.

_____
JESSE ANDERSON

DECLARATION OF JESSE ANDERSON IN SUPPORT
OF KING COUNTY DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT  [No. 3:22-cv-5403-DGE] - 2

Lessa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-8819