DocuSign Envelope ID: BDF100B9-B2AA-4C35-A56C-50B487BB0484

The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington, <br><br> Defendants. | No. 3:22-cv-5403-DGE <br><br> DECLARATION OF JAMES DANIELS IN SUPPORT OF KING COUNTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT |

I, JAMES DANIELS, declare under penalty of perjury under the laws of the State of Washington as follows:

DECLARATION OF JAMES DANIELS IN SUPPORT OF KING COUNTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a King County Senior Deputy Prosecuting Attorney. I work in the Criminal Division of the King County Prosecuting Attorney's Office. I am the Chair of the District Court unit of the Criminal Division. As chair, I supervise all the attorneys in the King County Prosecuting Attorneys who are assigned to one of the King County District Courts.

3. The King County District Court is a court of limited jurisdiction that handles misdemeanors and gross misdemeanors that occur in unincorporated King County or in a city that contracts for District Court services with King County. Auburn is one of the incorporated cities that contracts for District Court services with King County.

4. The King County Prosecuting Attorney's Office prosecutes felonies under state law that occur King County but generally only prosecutes misdemeanors and gross misdemeanors that occur within unincorporated King County and all major freeways and highways throughout King County.

5. The City of Auburn is an incorporated city within King County which has its own police department. Misdemeanors committed in the city of Auburn are generally investigated by the Auburn Police Department. The Auburn City Attorney is generally responsible for the prosecution of criminal misdemeanors that occur within the city limits of Auburn.

DECLARATION OF JAMES DANIELS IN SUPPORT OF KING COUNTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

6. The King County Prosecuting Attorney's Office would generally not prosecute a misdemeanor that occurred within an incorporated city with its own police department, such as the city of Auburn.

7. On rare occasions the King County Prosecuting Attorney's Office will handle a misdemeanor prosecution for a crime that occurred within the city limits of Auburn at the request of the Auburn City Attorney, generally due a potential or perceived conflict of interest that arises involving the Auburn City Attorney.

8. A search of the King County Prosecuting Attorney's database reveals that as of August 25, 2023, the King County Prosecuting Attorney's Office has not charged any person or corporate entity with the manufacture, importation, distribution, or sale of a large capacity magazine as defined by RCW 9.41.010(16) in violation of RCW 9.41.370(1).

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 8/29/2023 at Seattle, Washington.



JAMES DANIELS

DECLARATION OF JAMES DANIELS IN SUPPORT OF KING COUNTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [No. 3:22-cv-5403-DGE] - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120 Fax (206) 296-8819