The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants, <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Intervenor-Defendant. | NO. 3:22-cv-05403-DGE <br><br> ORDER GRANTING STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT [PROPOSED] <br><br> NOTE ON MOTION CALENDAR: <br> October 16, 2023 |

THIS MATTER having come before this Court on State Defendant' Cross-Motion for Summary Judgment, and the Court having considered the records and files herein, including:

1. State Defendants' Response and Cross-Motion for Summary Judgment;

2. Declaration of Lucy P. Allen;

3. Declaration of Dennis Baron;

4. Declaration of Ryan Busse;

5. Declaration Saul Cornell;

6. Declaration of Adrian Diaz;

7. Declaration of Andrew Hughes;

8. Declaration of Louis J. Klarevas;

9. Declaration of Brennan Rivas;

ORDER GRANTING STATE DFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT [PROPOSED] NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

10. Declaration of Robert J. Spitzer;

11. Plaintiffs' Response to State Defendants' Cross-Motion for Summary Judgment;

12. Reply in Support of State Defendants' Cross Motion for Summary Judgment;

and being fully advised; now therefore,

IT IS HEREBY ORDERED that State Defendants' Cross-Motion for Summary Judgment is GRANTED and the Plaintiffs' Complaint is hereby dismissed with prejudice. The Clerk of the Court is authorized to enter Judgment in accordance with this order.

DATED this _____ day of _____ 2023.

_____
HONORABLE DAVID G. ESTUDILLO
United States District Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew R.W. Hughes*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW R.W. HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants Bob Ferguson and John R. Batiste*

ORDER GRANTING STATE DFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of September 2023, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

ORDER GRANTING STATE
DFENDANTS' CROSS-MOTION FOR
SUMMARY JUDGMENT [PROPOSED]
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470