The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GABRIELLA SULLIVAN, et al.,

    Plaintiffs,

v.

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

    Defendants,

ALLIANCE FOR GUN RESPONSIBILITY,

    Intervenor-Defendant.

NO. 3:22-cv-05403-DGE

DECLARATION OF ANDREW HUGHES

I, Andrew Hughes, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Assistant Attorney General representing Attorney General Bob Ferguson and John Batiste, Chief of the Washington State Patrol, in this matter.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the August 3, 2023, Deposition of James Curcuruto in *Wiese v. Bonta*, No. 2:17-cv-00903-WBS-KJN (E.D. Cal.).

//

//

DECLARATION OF ANDREW HUGHES – NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States that the foregoing is true and correct.
3  DATED this 1st day of September 2023 at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF ANDREW HUGHES
– NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of September 2023, at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF ANDREW HUGHES – NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr. SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470