The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., | NO. 3:22-cv-05403-DGE |
| Plaintiffs, | DECLARATION OF BRENNAN RIVAS |
| v. | |
| BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., | |
| Defendants, | |
| ALLIANCE FOR GUN RESPONSIBILITY, | |
| Intervenor-Defendant. | |

I, Brennan Rivas, declare as follows:

1. I am over the age of 18 years and am competent to testify to the matters stated below and do so based on my personal knowledge.

2. **Exhibit 1** is a true and accurate copy of my expert report in the above-captioned matter and contains the opinions that I expect to testify to in the above-captioned matter.

I declare that the foregoing is true and correct to the best of my knowledge, and I do so under the penalty of perjury of the laws of the State of Washington and of the United States.

DATED this 31 day of August 2023, at Fort Worth, Texas

*Brennan Rivas*
Brennan Rivas, Ph.D.

DECLARATION OF BRENNAN RIVAS
NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 1st day of September 2023, at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF BRENNAN RIVAS
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470