HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN, SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | Case No. 3:22-cv-05403-DGE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER GRANTING DEFENDANT CLIFTONLARSONALLEN LLP'S MOTION TO DISMISS - 1

106610.0010/9498300.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

This matter comes before the Court on Defendants Rick Scott and Norma Tillotson's (collectively, "Grays Harbor County Defendants" or "Defendants") Motion for Summary Judgment. The Court, having considered the motion and the pleadings filed in support of and in opposition to the same, hereby GRANTS the motion for the reasons set forth in Defendants' motion and DISMISSES Plaintiffs' 42 U.S.C. § 1983 claim against the Grays Harbor County Defendants because they are not liable to Plaintiffs in their official capacity or personal capacity as a matter of law.

IT IS HEREBY ORDERED.

DATED this _____ day of _____, 2023.

_____
HONORABLE DAVID G. ESTUDILLO

Presented by:

LANE POWELL PC

BY: *s/ Callie A. Castillo*
    Callie A. Castillo, WSBA No. 38214
Attorneys for Defendants Rick Scott and Norma Tillotson

[PROPOSED] ORDER GRANTING DEFENDANT CLIFTONLARSONALLEN LLP'S MOTION TO DISMISS - 2

106610.0010/9498300.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107