HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN, et al.,

               *Plaintiffs,*

  v.

BOB FERGUSON, et al.,

               *Defendants,*

  and

ALLIANCE FOR GUN
RESPONSIBILITY,

               *Intervenor-Defendant.*

No. 3:22-cv-05403-DGE

DECLARATION OF DR. EILEEN
BULGER IN SUPPORT OF
ALLIANCE FOR GUN
RESPONSIBILITY'S CROSS-
MOTION FOR SUMMARY
JUDGMENT

NOTE ON MOTION CALENDAR:
October 16, 2023

I, Dr. Eileen Bulger, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge and information.

2.      I am a trauma surgeon at Harborview Medical Center ("Harborview") in Seattle, Washington. I currently serve in the roles of Surgeon-in-Chief at Harborview and Chief of the Division of Trauma, Burns, and Critical Care for the University of Washington, Department of Surgery. I frequently treat gunshot victims.

DECL. OF DR. EILEEN BULGER IN SUPPORT OF ALLIANCE'S
CROSS-MOTION FOR SUMMARY JUDGMENT - 1
3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    3.    I have been retained by Intervenor-Defendant, the Alliance for Gun

2  Responsibility, in the above-captioned case to render expert opinions in this case. I am providing

3  my services pro bono.

4    4.    Attached hereto as **Exhibit A** is a true and correct copy of the expert report and

5  my CV. My report is based on my training and professional experience as a trauma surgeon. My

6  report contains a complete statement of the opinions to which I would testify if called as a

7  witness at trial.

8    I hereby declare that the above statement is true to the best of my knowledge and belief,

9  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

10

11  Dated this  31  day of  August  , 2023 at  Seattle  ,  WA  .

12

13  _____

     Dr. Eileen Bulger

14

15

16

17

18

19

20

21

22

23

24  DECL. OF DR. EILEEN BULGER IN SUPPORT OF ALLIANCE'S
    CROSS-MOTION FOR SUMMARY JUDGMENT - 2
25  3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

26

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this  1st day of September, 2023, I electronically filed the

3

foregoing document with the Clerk of the United States District Court using the CM/ECF system

4

which will send notification of such filing to all parties who are registered with the CM/ECF

5

system.

6

DATED this 1st  day of September, 2023.

7

8

9

_____

Legal Assistant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECL. OF DR. EILEEN BULGER IN SUPPORT OF ALLIANCE'S
CROSS-MOTION FOR SUMMARY JUDGMENT - 3
3:22-cv-05403-DGE

25

26

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

# Expert Report of Dr. Eileen Bulger

**Prepared for Intervenor-Defendant Alliance for Gun Responsibility in**

**Western District of Washington Case No. 3:22-cv-05403-DGE**

*Gabriella Sullivan, et al.*, plaintiffs

*v.*

*Bob Ferguson, et al.*, defendants,

**and**

*Alliance for Gun Responsibility*, intervenor-defendant

Dated: April 30 2023          Signed:

Dr. Eileen Bulger
Surgeon-in-Chief
Harborview Medical Center

1.      I am a trauma surgeon at Harborview Medical Center ("Harborview") in Seattle, Washington. I currently serve in the roles of Surgeon-in-Chief at Harborview and Chief of the Division of Trauma, Burns, and Critical Care for the University of Washington, Department of Surgery.

2.      I attended medical school at Cornell University Medical College before doing my residency in general surgery at the University of Washington at Harborview. During residency, I completed an NIH trauma research fellowship and following residency I completed a surgical critical care fellowship, both at Harborview. Since then, I have worked as a trauma surgeon at Harborview. I am also a Professor in the Department of Surgery of the University of Washington. A copy of my CV is attached as **Exhibit A**, which includes a list of publications I have authored. I have not testified as an expert at trial or by deposition in any other case in the past four years.

3.      In preparing this report, I reviewed the declarations of two other physicians who have testified in similar lawsuits: Dr. Mackenzie Cook of Oregon Health and Science University (*Oregon Firearms Federation v. Kotek*, No. 2:22-cv-01815-IM (D. Or.) (lead case)) and Dr. Megan Ranney of the Brown University Medical School (*Ocean State Tactical, LLC v. State of Rhode Island*, No. 22-CV-246 JJM-PAS (D.R.I.)). I agree with the points made in their declarations, which

2

served as useful starting points for this report. In the interest of full disclosure, I helped train Dr. Cook during his surgical critical care fellowship at Harborview.

4.      Harborview is home to the only Level 1 Adult and Pediatric trauma center in Washington, and is the only such facility serving the states of Washington, Alaska, Montana, and Idaho. Harborview is one of the busiest trauma centers in the country; we treat more than 7,000 trauma patients a year.

5.      As part of my work, I frequently treat gunshot victims. There is some seasonality to gunshots wounds, and we generally see more victims of all categories of violent crime in the summer than we do in the winter. In the last few years, Harborview has treated over 500 cases of firearm injuries each year.

6.      The Alliance for Gun Responsibility asked me to share my perspective as a medical expert on the impact that multiple gunshot wounds can have on the patients that I treat. It is my hope that my testimony can lead to fewer deaths from gun violence in our state. I am not being compensated for my time or expert services.

7.      It may seem obvious that victims with more gunshot wounds are more likely to die or face serious health consequences. But the relationship is not linear, with each bullet wound increasing the risk of death or serious harm by a comparable degree. The risks to the patient increase markedly with each bullet wound, for several reasons.

Expert Report of Dr. Eileen Bulger (Case No. 3:22-cv-05403-DGE)

8.     The more times a patient has been shot, the more likely it is that a critical structure is struck. Critical structures include the heart, lungs, brain, liver, kidneys, major blood vessels, and other internal organs. Although even a single bullet wound can be fatal, gunshots to the chest, abdomen and head are often the most serious wounds. They are the most likely to lead rapidly to death, frequently before the patient arrives at the hospital. My experience with victims of multiple gunshot wounds to the chest and abdomen is that there are often multiple, simultaneous injuries—each of which is life threatening. When a critical structure such as the heart suffers serious damage, there is often little or nothing a surgical intervention can do to save the patient. In such cases, the patient may die at the scene or on the way to the hospital.

9.     Even without direct and significant damage to a critical structure, the presence of multiple bullet wounds complicates treatment decisions. Fundamentally, treating a patient with multiple gunshot wounds is a race against blood loss. For the patient, it is essential to control the bleeding and provide blood transfusions faster than the patient is losing blood. The more injuries there are, the more organ spaces they are spread across (e.g., chest, abdomen, pelvis, legs, arms), the harder it is to win that race. Multiple gun-shot wounds often require what we call a "damage control" approach, where we initially stop the bleeding and then pause the

operation—sometimes for days—to allow the patient to stabilize in the intensive care unit before returning for reconstruction of the injuries.

10.     Of course, many patients who are shot do not die. Patients who survive, however, have a very high risk of developing post-traumatic stress disorder (PTSD) and chronic pain.  In a recent study reviewing survivors of firearm injuries, 49%-60% screened positive for PTSD within 6 months of their injury.[1] The risk of PTSD may not be directly related to the severity of injury, and can be very debilitating. In fact, survivors of firearm injuries usually report worse long-term outcomes when compared to similarly injured motor vehicle collision survivors.[2] If their injuries are severe, their quality of life may be much less than before the injury. Bullet injuries to the spinal cord can be particularly devastating as they often result in life-long paralysis and there is nothing that can be done to repair this damage. I have also personally seen bullet wounds result in disfiguring facial wounds, loss of the use of a dominant hand, amputation of an extremity, severe kidney injury requiring dialysis, and intestinal injuries so severe that a life-long colostomy was required.

11.     A separate but related challenge can occur when a hospital receives multiple victims with gunshot wounds at the same time. Due to the nature of firearm

---

[1] C. Orlas, et al., *Long-term Outcomes of Firearm Injury Survivors in the United States: The National Trauma Research Action Plan Scoping Review*, 274 Annals of Surgery 6, 962-970 (Dec. 15, 2021).
[2] *Id.*

Expert Report of Dr. Eileen Bulger (Case No. 3:22-cv-05403-DGE)

injuries, it is usually significantly more challenging to treat multiple patients with gunshot wounds then, say, a comparable number of patients that were in traffic accidents. Patients with gunshot wounds are more likely to require blood transfusions and surgery.  Even at a Level 1 trauma center like Harborview, we have a limit to the available staff and resources on short notice. A large influx of patients with gunshot wounds, as would happen in the event of a mass shooting, or several shootings in one night, would strain our resources and can lead to delays in care while more staff are mobilized to respond. We would be forced to triage patients based on these limited resources and a mass casualty incident such as this would also significantly impact our ability to provide care to other patients in the hospital.

12.    We also could be affected by a mass shooting outside of the King County area. As the largest trauma center serving a four state area, we frequently receive patients from smaller hospitals. If a smaller hospital were overwhelmed as the result of a mass shooting, we would be called upon to help manage the load of patients, in conjunction with the entire regional trauma system. A large shooting event in a rural setting would likely have a very high mortality rate as the resources of a smaller hospital can be quickly overwhelmed and the time needed for transport to a larger hospital system makes it harder to win the race against blood loss.

13.    In recent years, doctors in trauma centers across the country have been troubled by what appears to be an increase in the number and severity of gunshot

victims that we treat.  For example, Harborview treated 308 gunshot victims in 2018, 401 gunshot victims in 2020, and 526 gunshot victims in 2022. Our colleagues studying the data have largely confirmed that this increase in gun violence is not limited to Western Washington.[3]

14.     As part of efforts to address the growing problem, many doctors have embraced the idea that we should take a public health approach to addressing gun violence.[4] This approach involves treating gun violence more similarly to things like motor vehicle crashes and smoking. I see Washington's restrictions on large capacity magazines as being consistent with such a public health approach.

---

[3] *See, e.g.*, B. Kalesan, et al., *A multi-decade joinpoint analysis of firearm injury severity*, 3 Trauma Surgery & Acute Care Open 1 (2018), https://tsaco.bmj.com/content/3/1/e000139; H.M. Bailey, et al., *Changes in patterns of mortality rates and years of life lost due to firearms in the United States, 1999 to 2016: A joinpoint analysis*, PLoS One 14(11) (Nov. 22, 2019), https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0225223; P.J. Brantingham, et al., *Assessment of Case Fatality Rates and Overall Prevalence of Firearm Violence in California, 2005-2019*, JAMA Netw Open (Jan. 28, 2022), https://pubmed.ncbi.nlm.nih.gov/35089356/.
[4] UW Medicine, *Harborview chief of trauma says a public health approach needed to address gun violence*, Kent Reporter, August 5, 2019, available at
https://www.kentreporter.com/news/harborview-chief-of-trauma-says-a-public-health-approach-needed-to-address-gun-violence/.

Expert Report of Dr. Eileen Bulger (Case No. 3:22-cv-05403-DGE)

# EXHIBIT A

CURRICULUM VITAE

# Eileen Metzger Bulger, M.D., F.A.C.S.

**WORK INFO:**

| | | |
|---|---|---|
| | Work Address: | Box 359796, Dept of Surgery |
| | | Harborview Medical Center |
| | | 325 Ninth Ave. |
| | | Seattle, WA 98104 |
| | Work Phone: | (206) 744-3564 |
| | Fax: | (206) 744-3656 |
| | E-mail: | ebulger@uw.edu |

**EDUCATION:**

| | | | |
|---|---|---|---|
| The Johns Hopkins University<br>Baltimore, Maryland | 1984-1988 | B.A. |
| Cornell University Medical College<br>New York, New York | 1988-1992 | M.D. |

**POSTGRADUATE EDUCATION:**

| | | |
|---|---|---|
| University of Washington<br>Seattle, Washington | 1992-1999 | Residency<br>General Surgery |
| University of Washington<br>Seattle, Washington | 1995-1997 | NIH Trauma<br>Research Fellowship |
| University of Washington<br>Seattle, Washington | 1999-2000 | Surgical Critical Care<br>Fellowship |

**ACADEMIC APPOINTMENTS:**

Assistant Professor                2000
Department of Surgery
University of Washington

Associate Professor                2004
Department of Surgery
University of Washington

Full Professor                2009
Department of Surgery
University of Washington

**HOSPITAL APPOINTMENTS:**

**Attending Surgeon**          University of Washington Hospitals          2000-present

|  |  |  |
|---|---|---|
|  | Harborview Medical Center University Hospital Seattle Cancer Care Alliance |  |
| **Surgeon-in-Chief** | Harborview Medical Center | 2022-present |
| **Chief, Division of Trauma, Burn, Critical Care Division** | University of Washington | 2022-present |
| **Associate Medical Director: Surgical Services** | Harborview Medical Center | 2021-present |
| **Chief of Trauma** | Harborview Medical Center Trauma Medical Director: Adult and Pediatric Level I designation | 2012-present |
| **ECLS Program Medical Director** | Harborview Medical Center | 2015-present |
| **Associate Medical Director: Emergency Services** | Harborview Medical Center | 2009-2012 |
| **Director of Emergency Services** | Harborview Medical Center | 2009-2012 |
| **Interim Director of Emergency Services** | Harborview Medical Center | 2008 |
| **Associate Director of Emergency Surgical Services** | Harborview Medical Center | 2000- 2008 |

**BOARD CERTIFICATION:**

| | |
|---|---|
| National Board of Medical Examiners | 1992 |
| Advanced Trauma Life Support Instructor | 2000 |
| Diplomat, The American Board of Surgery | 2000 |
|    Recertified (Term extended for ABS service) | 2008 |
|    Recertified | 2020, 2022 |
| Surgical Critical Care Certification, | |
|    The American Board of Surgery | 2001 |
|    Recertified (Term extended for ABS service) | 2009 |
|    Recertified | 2020, 2022 |

**LICENSURE TO PRACTICE:**

| | |
|---|---|
| Washington | 1992-present |

**HONORS  & AWARDS:**

*CURRENT*

Outstanding Contributions to International Trauma Care
    Academy of Sciences, Saudi Arabia, 2022
Norman McSwain Leadership in EMS Award
    National Association of Emergency Medical Technicians, 2022
John L. Stevenson Award for Resident Teaching 2021
UW Department of Surgery Distinguished Alumni Award, 2016
American College of Surgeons/American Surgical Association
Health Policy and Leadership Scholarship, 2016
HMC Cares Award: ECLS Leadership Team, 2016
Outstanding Consultant Award, UW Medicine Emergency
Medicine, 2013
Castle Connolly Top Doctor Recognition:  2012, 2013, 2016,
2019, 2020, 2022
US News and World Report Top Doctors Recognition 2011
Seattle's Top Doctors Recognition, Seattle Magazine:  2010, 2011,
2018, 2019, 2020, 2022
Mentor for Best Clinical Paper, State of Washington
    Sam Mandell, MD, ACS Committee on Trauma, 2008
UW Medicine Service Excellence Award (HMC Cares), 2008
Mentor for Western Trauma Association Resident/Student
    Best paper award Keir Warner, 2008
Mentor for Eastern Association for the Surgery of Trauma
    Resident Research Scholarship, Sam Mandell, 2008-2009
Mentor for Seattle Surgical Best Clinical Paper
    *Keir Warner, 2007*
Mentor for Region X Committee on Trauma Best Clinical Paper
    Sharmilla Dissanake, 2006
University of Washington, Department of Surgery
    *Resident Teaching Award, 2005*
Mentor for Henry Harkins Resident Paper Competition 1st Place
    Daniel Anaya, MD, Washington State Chapter ACS, 2005
Mentor for Surgical Infection Society Best Resident Poster
    Daniel Anaya, MD Surgical Infection Society, 2005
Peter C. Canizaro Award: American Association for the Surgery
    of Trauma, 2004
Mentor for Surgical Infection Society Best Resident Paper
    Daniel Anaya, MD Surgical Infection Society 2004
Mentor for Young Investigator Award Winner,
    David Gourlay, MD, Shock Society, 2002
American Association for the Surgery of Trauma
    Wyeth-Ayert Research Scholarship Award, 2001
    John H. Davis Research Scholarship Award, 2002

*RESIDENCY/FELLOWSHIP*   Henry Harkins Award- 2nd Place, Residents Paper Competition
ACS Washington State Chapter, 1994
Best Basic Science Paper- Regional resident paper competition,
ACS: Committee on Trauma, 1995
Seattle Surgical Society-Best Resident Paper 1996
Young Investigator Award Finalist-Shock Society 1996
Travel Award Grant- Shock Society 1996
Runner-up Best Basic Science Paper- Regional resident paper competition,
ACS: Committee on Trauma, 1996
Travel Award Grant- Shock Society, 1997
Travel Award Grant- Society for Leukocyte Biology, 1997
Pacific Northwest Vascular Society
Resident paper competition, 3rd place, 1998
Resident/Medical Student Teaching Award, 1999
Harborview Medical Center Resident of the Year, 1999
Best Basic Science Paper- Regional Resident paper competition, ACS-
Committee on Trauma, 1999
First place for best paper presented at the Helen & John Schilling Research
symposium, 2000

*MEDICAL SCHOOL*   Alpha Omega Alpha, Junior and Senior Year, 1991 &1992
NIH Summer research fellowship & Letter of Commendation, 1989
The John Metcalf Polk Prize, 1992
(Awarded to the 3 highest ranking graduates)
The Janet M. Glasgow Memorial Award, 1992
(Awarded to the highest ranking woman graduate)
The Clarence C. Coryell Prize in Surgery, 1992
Gate Pharmaceutical Award for Outstanding Achievement
in General Surgery, 1992
The Ralph I. Poucher Prize for Proficiency in
Obstetrics and Gynecology, 1992
The Elise Strang L'Esperance Prize in Public Health, 1992
Certificate of Commendation for Community Service
Veterans of Foreign Wars, 1989

*UNDERGRADUATE*   Phi Beta Kappa, 1988
Degree with Departmental and General Honors, 1988
Fight for Sight Student Fellowship, 1987

| | | |
|---|---|---|
| **PROFESSIONAL SOCIETIES:** | American College of Surgeons | |
| |     Associate member | 1992-2002 |
| |     Fellow | 2002-present |
| |   ACS Washington State Chapter | |
| |     Councilor | 2003 to 2006 |
| |     Program Chair | 2006 |
| |     President | 2010 |
| | The Henry N. Harkins Surgical Society | 1998-present |
| | Shock Society | 2000-present |
| |     Scientific Program Committee | 2003-2006 |
| |     Clinical Science Councilor | 2006-2009 |
| |     Honors and Awards Committee | 2010-2012 |
| |       Chair | 2012 |
| |     Publication Committee | 2021 |
| |     Membership Committee | 2020-2021 |
| | Society of Critical Care Medicine | 2000-2006 |
| |     Reviewer: Critical Care Medicine | |
| | Surgical Infection Society | 2001-present |
| |     Membership committee | 2002-2005 |
| |     Scientific Program Committee | 2006-2009 |
| | Association for Academic Surgery | 2002-2004 |
| |     Reviewer: Journal of Surgical Research | 2003-present |
| |     Editorial Board: J Surgical Research | 2006-2010 |
| | American Association for the | |
| |    Surgery of Trauma | 2002-present |
| |     Manager at Large | 2012-2015 |
| |     Secretary-Treasurer | 2016-2019 |
| |     President-Elect | 2021 |
| |   Injury Assessment & Outcome Committee | 2004-2008 |
| |   Program Committee | 2008-2010, 2016-2019 |
| |   Awards & Honors Committee | 2015-present |
| |   Disaster Committee | 2014-present |
| |   Acute Care Surgery Committee | 2016-present |
| |   Board of Managers | 2012-2019, 2021-present |
| | Seattle Surgical Society | 2002-present |
| | Association for Surgical Education | 2003-2006 |
| | ACS Committee on Trauma | 2002-present |
| |     Vice Chair Washington State | 2002-2003 |
| |     State Chair, Washington State | 2003-2006 |
| |     Region Chief, Region X | 2006-2012 |
| |     Disaster Preparedness Committee | 2003-present |
| |     Trauma System Committee | 2006-present |
| |     EMS Committee | 2003-present |
| |       Chair | 2011-2015 |
| |     Liaison to Evidence-based | |
| |     Prehospital Guidelines Consortium | 2013-2018 |

| | |
|---|---|
| Rural Trauma Committee | 2003-present |
| Resident Paper Competition Judge | 2006-2009 |
| Regional Committee on Trauma | |
|   Board of Directors | 2010-2012 |
| Chair, Membership Committee | 2014-2018 |
| Executive Committee | 2014-present |
| Verification Site Reviewer | 2016-present |
| Chair, National Committee | 2018-2022 |
| Medical Director | 2022-2026 |
| Society of University Surgeons | 2004-2018 |
| Surgical Biology Club III | 2006-2015 |
| American Surgical Association | 2013-present |
| Coalition for National Trauma Research | |
|   Chair, Board of Directors | 2020-present |
| Women In Trauma Surgery | |
|   Founding member | 2020 |

## CONTRIBUTIONS TO DIVERSITY, EQUITY AND INCLUSION

- Established a DEI task force within the American College of Surgeons Committee on Trauma to address diversity of membership and ensure maximal opportunities for member engagement, 2019
- Established a DEI committee within the Coalition for National Trauma Research to support research mentorship opportunities for URM in Medicine and the ensure that research proposals and publications appropriate represent health disparities and race/ethnicity reporting, 2020
- Represented the ACS Committee on Trauma in the ACS Anti-Racism Summit and supported the development of a grant to develop a mentoring program for URM High school students interested in learning more about trauma surgery. 2021
- Worked with HMC leadership, King County Public Health and the Health Alliance for Violence Intervention to develop a Hospital-based Violence Intervention program at Harborview Medical Center, 2020-21
- Established the Improving Social Determinants to Attenuate Violence (ISAVE) team sponsored by the ACS Committee on Trauma to develop strategies to reduce interpersonal violence among high-risk populations, 2020
- Worked with a team including members of ISAVE and the Institute for Non-Violence to develop a national curriculum for Trauma Informed Care to be piloted at trauma centers across the US next year and initiated the process for Harborview Medical Center to be one of the pilot centers, 2020-2021
- Advisory Board member for a National Study of Non-fatal Firearm Injuries being led by the ACS Committee on Trauma and funded by the National Collaborative on Gun Violence Research. 2020
- Advisory Board member for Injury-related Health Equity Across the Lifespan program (iHEAL) at the Harborview Injury Prevention and Research Center 2018-present
- Developed a Trauma Survivor's Network Chapter at Harborview Medical Center which incorporates peer support for patients in the hospital following acute injury and engaged firearm injury survivors in this program, 2016

- Mentored Dr. Katherine Stadeli to develop a program to build trust between the Somali Community in Seattle and the Seattle Fire and Police Departments through culturally competent Stop the Bleed training. Currently developing a tool kit that will allow this program to be adopted in other cities,
- Founding member of the Women in Trauma Surgery Group (WITS), now supported by the American Association for the Surgery of Trauma, which engages surgeons from across the globe to network and discuss issues relevant to career development and work-life integration for all genders, 2020.

| | | |
|---|---|---|
| **UNIVERSITY/ HOSPITAL ACTIVITIES** | Surgical Education Committee University of Washington | 2000-2005 |
| | Assistant Program Director Univ. of Washington Surgical Residency | 2002-2005 |
| | Faculty Senator University of Washington | 2002-2004 |
| | Core Investigator Harborview Injury Prevention and Research Center | 2003-present |
| | Dean's Committee on Women in Medicine University of Washington | 2005 |
| | Grant Reviewer Medic One Foundation | 2007-present |
| | Member, Search Committee Division Chief, Emergency Medicine | 2008 |
| | Member, Search Committee Dept of Hematology, Puget Sound Blood Ctr | 2008 |
| | Grant Reviewer UW Royalty Research Fund | 2008,2010 |
| | Team Stepps Master Trainer | 2009-present |
| | Member, Search Committee Division of Emergency Medicine | 2009 |

|  | |  |
|---|---|---|
| | Member, Search Committee<br>Chair of Anesthesiology | 2012 |
| | Member, Search Committee<br>Orthopedic Trauma Division | 2012 |
| | Department of Surgery<br>Peer Support Leader | 2014-present |
| | Member, Search Committee<br>Chair of Department of Surgery | 2016 |
| | Member, Promotions Committee<br>Department of Surgery | 2020-present |
| | UW Medicine Peer Supporter | 2020 |
| | Member, Search Committee<br>Chair, Department of Anesthesiology | 2021 |
| | Chair, Search Committee<br>Chief of Anesthesia, Harborview Medical Center | 2021 |
| | Director, AMTC3 Military-Civilian Partnership<br>Harborview Medical Center | 2021 |
| **NATIONAL<br>ACTIVITIES** | Measurement of Quality & Outcomes<br>Subcommittee Member<br>Acute Care Research Agenda<br>Centers for Disease Control | 2004 |
| | Reviewer: Special Emphasis Panel<br>NIH/NIGMS Trauma Program grants | 2004 |
| | Reviewer: Special Emphasis Panel<br>NIH/NIGMS Loan Repayment App | 2005 |
| | Reviewer: Special Emphasis Panel<br>NIH/NIGMS Multicenter clinical trial | 2007 |
| | Reviewer: Surgery, Anesthesia, and Trauma<br>Study Section NIH | 2008-2013 |
| | Reviewer: Special Emphasis Panel<br>NIH/NIGMS Trauma Program Project grant | 2009 & 2010 |

Reviewer: Special Emphasis Panel                        2012
NIH/NIGMS R34 Clinical trial planning grants

Reviewer: Special Emphasis Panel
NIGMS Clinical trial review                             2012

Invited Reviewer
 Journal Surgical Research                         2004
  (Associate Editor, 2006)
 Critical Care Medicine                            2004
 Intensive Care Medicine                           2004
 Journal of Trauma                                 2004
  (Editorial Board, 2007)
 Injury Prevention                                 2004
 Journal of the American
  Medical Association                          2005
 Surgical Infections                               2005
  (Editorial Board 2011)
 Archives of Surgery                               2006
 Journal of the American
  College of Surgeons                          2006
  (Editorial Board 2018, Deputy Editor 2021)
 Resuscitation                                     2006
 Journal of Clinical Anesthesia                    2006
 Pediatrics                                        2007
 Critical Care Forum                               2008
 Shock Journal (Editorial Board)                   2008
 Journal of Orthopedic Trauma                      2009
 Journal of Clinical Immunology                    2011
 Journal of Pediatric Surgery                      2011
 Critical Care Review                              2011
 Prehospital Emergency Care
  (Editorial Board)                           2014
 PLOS One                                          2014
 British medical Journal                           2015
 Trauma Surgery Acute Care Open                    2016
  (Editorial Board)
 JAMA Pediatrics                                   2017
 Annals of Surgery (Editorial Board)               2019

Examination Consultant                                  2005- 2009
Clinical management Section
In-training/Surgical basic Science Examination
American Board of Surgery

Region Chief, Region X
ACS Committee on Trauma                                  2006-2012

Member, Data Safety Monitoring Board
RCT OF FISH OIL FOR ALI                                 2006

Participant CDC TIIDE grant
National Review of Mass Casualty
Triage Systems                                          2007

Editorial Boards
       J Trauma                                         2007
       Shock Journal                                    2008
       Surgical Infections                              2011
       Prehospital Emergency Care                       2014
       Trauma Surg Acute Care Open                      2016
       Annals of Surgery                                2019
       Journal of the American College of Surgeons 2019

Organizing Committee
US Critical Illness and Injury Trials Group
Funded: NIH U13                                         2007-2010

Associate Examiner: Oral Board Exam
American Board of Surgery                                2008

CDC National Expert Panel on Field Triage               2011

CDC/NHTSA Expert Panel
National Guidelines for Helicopter EMS
use and availability                                    2012

Member
International Medical Surgical Response Team
(Name changed to Trauma Critical Care Team in 2016)
(IMSURT- West, TCCT), NDMS                              2003-present
Acting Chief Medical Officer                            2011-present

Strike Team Leader
Mobile Acute Care Teams
NDMS                                                    2014-present

Member (AAST representative)
Trauma, Burns, Critical Care Component Board
American Board of Surgery                                2012-2018

| | |
|---|---|
| ACS COT representative<br>NASEMSO Model Guidelines<br>for EMS Committee | 2013-2014 |
| ACS COT representative<br>Stakeholder group for development of<br>Evidence-based guidelines for EMS<br>NHTSA/NAEMSP | 2013-2017 |
| Chair<br>Committee for Development of Prehospital<br>Evidence-Based Guideline<br>for Hemorrhage Control, ACS-COT | 2013-2014 |
| Reviewer: Special Emphasis Panel<br>NIGMS Clinical trial review: sepsis | 2015 |
| Reviewer: Special Emphasis Panel<br>NICHD Loan repayment program | 2015 |
| Chair & Reviewer: Special Emphasis Panel<br>NIGMS: Trauma Program Project grant | 2015 |
| Trauma Center Verification Site reviewer<br>ACS Committee on Trauma | 2015-present |
| Technical Expert Consultant<br>AHRQ EPC program<br>Field trauma triage guidelines: GCS score | 2016 |
| National Trauma Research Repository<br>Steering Committee, Vice Chair<br>National trauma Institute | 2015-present |
| Reviewer: Special Emphasis Panel<br>NICHD Loan Repayment Program | 2016 |
| Chair & Reviewer: Special Emphasis Panel<br>NIGMS: Trauma Program Project grant | 2016 |
| Up to Date Trauma Section Editor | 2015-present |
| Reviewer: Special Emphasis Panel | |

|  |  |
|---|---|
| NICHD Loan Repayment Program | 2017 |
| Board Member National Trauma Institute | 2017-2020 |
| Reviewer: Special Emphasis Panel NIGMS: Clinical trial septic shock | 2017 |
| Chair American College of Surgeons Committee on Trauma | 2018-2022 |
| Participant Humanitarian Surgery in Conflict Summit Stanford University, CA | 2018 |
| Executive Committee Coalition for National Trauma Research Chair of the Board | 2018-present 2020- |
| Grant Reviewer Firearm Injury Prevention RFP Centers for Disease Control | 2020 |
| Member Core Advisory Committee Designing a National Special Pathogens System for the US HHS/ASPR | 2021 |
| Co-Chair Expert Panel Revision of CDC Field Triage Guidelines NHTSA/ACS Committee on Trauma | 2021 |
| Faculty Emergency General Surgery Course American Association for the Surgery of Trauma | 2021 |

**INTERNATIONAL ACTIVITIES**

|  |  |
|---|---|
| Grant Reviewer: Burrough's Wellcome Fund United Kingdom | 2004 |
| Data Safety Monitoring Board Member Prehosptial TXA study Australia | 2013-present |
| Improving the Humanitarian Response |  |

|  | to Conflict | |
|  | Stanford Summit | 2018 |
|  | | |
|  | Data Safety Monitoring Board | |
|  | Erythropoietin in Trauma Clinical trial | 2020 |
|  | | |
|  | Founding Member | |
|  | Women in Trauma Surgery (WITS) | 2020 |

| **STATE & REGIONAL ACTIVITIES** | Advanced Trauma Life Support | |
|  | Course Director | 2001-present |
|  | Instructor Course Director | 2003-present |
|  | | |
|  | Vice Chair | |
|  | ACS Washington State | |
|  | Committee on Trauma | 2002-2003 |
|  | | |
|  | Chair | |
|  | ACS Washington State | |
|  | Committee on Trauma | 2003-2006 |
|  | | |
|  | Trauma Center Designation Site Reviewer | |
|  | Department of Health | |
|  | State of Washington | 2002-present |
|  | | |
|  | Member | |
|  | Prehospital Technical Advisory Committee | |
|  | Department of Health, Washington State | 2003-present |
|  | | |
|  | Chair, Trauma Medical Directors | |
|  | Technical Advisory Committee | |
|  | Department of Health, Washington State | 2003-2010 |
|  | | |
|  | Chair | 2010-2015 |
|  | Emergency Medical Services/Trauma Care | |
|  | Govenor's Steering Committee | |
|  | Washington State       (member) | 2003-2016 |
|  | | |
|  | Program Chair | |
|  | Washington State Chapter ACS meeting | |
|  | Sunriver, OR | 2006 |
|  | | |
|  | Rural Trauma Team Development | |
|  | Course Director | |
|  | American College of Surgeons | 2007-present |

Grant Reviewer
Medic One Foundation                        2007- present

President
Washington State Chapter,
American College of Surgeons                2010-2011

Disaster Management &
Emergency Preparedness Course
American College of Surgeons
Course Director & Instructor                2013-present

Chair
COST Technical Advisory Committee          2010-2016
Department of Health, Washington State

Clinical Expert, ECMO
WA Health Technology Assessment Program
WA State Health Care Authority             2015-2016

Member
WA State Disaster Medical Advisory Com  2016-present

Director
Stop the Bleed Washington Program          2016-present

Consultant
Western Washington COVID Coordinating center   2020

**HOSPITAL ACTIVITIES**
**Harborview Medical Center**

Medical Director
Emergency Services                         2008-2012

Associate Director
Emergency Surgical Services                2000-2008

Clinical Nutrition Committee               2001-2008

Chair, Enteral Feeding
Guideline Subcommittee                     2001-2002

Trauma Council                             2000-present
    Interim Chair                  2003
    Chair                          2012-present

|  |  |
|---|---|
| Emergency Department<br>Bond Planning Committee | 2003-2007 |
| Medical Executive Board<br>Elected member at large | 2005-2008 |
| Chair, Search Committee<br>for Chief of Oral Maxillofacial Surgery | 2006-2007 |
| President of the Medical Staff<br>Harborview Medical Center | 2007-2008 |
| Associate Medical Director<br>Harborview Medical Center | 2008-2012 |
| Credentialing Committee | 2008-present |
| Member, Transfusion Committee | 2012-present |
| Co-Chair, Department of Surgery<br>Peer Support Program | 2014-preset |
| Medical Director<br>HMC ECLS Program | 2015-present |
| Chair, Search Committee<br>for Chief of Oral Maxillofacial Surgery | 2015 |
| Member<br>OR TeamStepps Oversight Committee | 2016 |
| Associate Medical Director Surgical Services 2021<br>Harborview Medical Center (Interim) | |
| Chair, Search Committee<br>Anesthesiology & Pain Medicine<br>Chief of Service | 2021 |

**RESEARCH**
**TRAINING:**

|  |  |
|---|---|
| Wilmer Eye Institute<br>Johns Hopkins Hospital<br>Fight for Sight Student Fellowship<br>Mentor: Judith Whittum-Hudson, PhD | 1985-1987 |
| National Institutes of Health<br>Neuroimmunology Branch | 1989 |

University of Washington                    1995-1997
NIH Trauma Research Fellowship
Mentor: Ronald V. Maier, MD

**RESEARCH**
**FUNDING:**

"Pre-Hospital Management of the Difficult Airway" (PI: Bulger)
Medic One Foundation, Seattle, WA
10/1/99-10/1/02,  $10,000

"The Advantages of Oxandrolone Use in the Chronic Surgical ICU Patient"
Pilot & Feasibility Award- Clinical Nutrition Research Unit, University of
Washington, Seattle, WA (PI: Bulger)
12/1/00-12/1/02,  $50,000 for 2 years

"The Cytokine Profile of Burn Patients Undergoing Plasmapheresis"
Washington State Council of Firefighters, Seattle, WA (PI: Bulger)
 9/1/00-9/1/02,  $25,978

" The Role of Platelet Activating Factor in ARDS" (PI: Bulger)
American Association for the Surgery of Trauma/
 Wyeth-Ayerst Research Scholarship
Awarded 7/1/01-7/1/02,  $35,000

"Immunomodulation of Macrophages Following Trauma" (PI:Maier)
NIH RO1 GM45873                    4/1/99-3/31/03
Co-investigator 10%                  NIH, NIGMS $266,704

"Postdoctoral Training" (PI:Maier)
NIH, NIGMS T32 GM07037 7/1/00-6/30/05
Mentor                    $192,330 per annum

"Modulation of Alveolar Macrophage Activation in ARDS"(PI: Bulger)
John H. Davis Scholarship Award, American Association for the Surgery of
Trauma, Awarded 7/1/02-7/1/03, $35,000

"The Impact of Prehospital Intervention on Outcome following Traumatic
Brain Injury" (PI: Bulger)
Brain Trauma Foundation, Center of Excellence for Prehospital Research
11/1/02-11/1/08, $25,000 per annum

"National Variability in Pre-hospital Care for Trauma Patients: Impact on
Outcome" (PI: Bulger)
Medic One Foundation, 11/7/02-11/6/03, $35,000

"The Effect of Hypertonic Resuscitation for Blunt Trauma" (PI: Bulger)
NIH, R01 HL073233 4/1/03-3/31/07 $1,054,661

" Videoendoscopic drainage of infected pancreatic collections" (PI Horvath)
NIDDKD      Site coordinator, Harborview Medical Center

"Biofunctional Polymers for Intracellular Drug Delivery" (PI: Stayton)
NIH, R01 EB 002991-01              9/19/2003 - 07/31/2007
Co-investigator 10%              $259,005

"The Impact of Hypertonic Resuscitation on the Inflammatory Response"
(PI: Bulger)
Medic One Foundation, 11/1/03-8/31/05              $50,000

"HL-04-001 Clinical Research Consortium to Improve Resuscitation
Outcomes" (PI: Kudenchek)
NIH, NHLBI, 9/1/04-6/30/16          Co-Principal Investigator 20%

HL-04-001 Data Coordinating Center, Resuscitation Consortium (PI: van
Belle)
NIH, NHLBI, 9/1/04-6/30/16          Co-Principal Investigator 10%

"Crash Injury Research & Engineering Network (CIREN)"
NHTSA, 4/1/06-5/31/16                  Principal Investigator 15%

" Hypertonic Modulation of Inflammation after Injury"
(PI: Bulger)    1R01GM76101-01A1      6/11/2007-5/31/2012
Principal Investigator 10%              $395,929/annum

Prehospital Management of the Pediatric Airway
(co-PI Bulger/Warner)
Medic One Foundation 11/1/07-11/1/09        $20,000

Prospective Observational Multi-center Massive Transfusion Study
Department of Defense
(Site PI: Bulger 10%) 3/15-09-9/15/10        $443,307

Prospective Validation and Cost Analysis of the National Guidelines for
Field Triage, Centers for Disease Control (PI: Newgard)
Co-investigator 9/1/10-8/31/12                  $299,732

Muscle Oxygenation for Noninvasive Stratification of Shock Severity
Coulter Foundation UW Bioengineering Grant &
Life Science Discovery Fund  (PI: Schenkman)    $150,000
Co-investigator

Multicenter Phase 2a trial of a Novel drug for Patients with Necrotizing Soft
Tissue Infections, AtoxBio Ltd (PI: Bulger)   2012-2013

Pragmatic, Randomized Optimal Platelet and Plasma Ratios (PROPPR)
NIH/DOD   Site PI
Pacific Northwest Clinical Center for the NHLBI PETAL Network
UO1 , NHLBI                    $2,281,259
Co-PI

Prehospital Tranexamic Acid Use for Traumatic Brain injury
W81XWH-13-2-0090 MODP01 (May) 07/01/14-17
Co-investigator                    DOD $2,583,506 (overall)


Prehospital Resuscitation on Helicopter Services
HL-077863-11, NIH NHLBI (May)
Co-Investigator          01/01/15-12/31/15          $190,066/yr

The Value of Emergency Care for Injured Older Adults
NIH AHRQ (Newgard) (Bulger, Site PI) 01/01/15-12/31/18
 (Subcontract from Oregon Health Sciences) $9,539 (Yr 1)

Multicenter Phase 3 trial of a novel drug for patients with
Necrotizing Soft Tissue Infections, AtoxBio Ltd (PI: Bulger) 2015-
present (site PI and national PI)

Therapeutic Limb Cooling to Prevent Amputation in prolonged
Damage Control Resuscitation, Department of Defense DM160405
PI: Bulger, EM          7/1/17-7/1/20          $1,500,000

Development of a National Trauma Research Action Plan
Department of Defense
Co PIs: Bulger EM, Price M 9/1/18-9/1/23          $3,000,000

A Deployment Focused Pragmatic Trial of Optimal Stepped Care
Intervention Targeting PTSD and Comorbiditiy for Acutely
Hospitalized Injury Survivors in US Trauma Care Systems
Co PI: Bulger EM and Zatzick DF  9/1/22-6/30/27    $790,177


**PUBLICATIONS:**

*Peer Reviewed*

1. **Metzger EE\*** and Whittum-Hudson JA. The dichotomy between Herpes Simplex Virus Type 1 induced ocular pathology and systemic immunity. Invest Ophthalmol Vis Sci. 28:1533, 1987.

2. Hoyt DB, **Bulger EM**, Knudson MM et al. Death in the Operating Room: An analysis of a multi-center experience. J Trauma 37: 426-432, 1994.

3. Jurkovich GJ, Hoyt DB, Moore FA, Ney AL, Morris JA, Scalea TM, Patcher HL, **Bulger E**, Simmons RK, Moore EE, McGill JW, Miles WS. Portal Triad Injuries. J Trauma 39: 426-434,1995.

4. **Bulger  EM**, Garcia I, Maier RV.  The differential effects of the membrane antioxidant, vitamin E on macrophage activation. Surgical Forum. 47:92-95, 1996.

5. **Bulger EM**, Smith DG, Maier RV, Jurkovich GJ. Fat embolism syndrome: A ten year review. Archives of Surgery 132:435-439, 1997.

6. **Bulger E**, Garcia I, Maier R. The role of Vitamin E as a modulator of macrophage activation.  *in*  4th International Congress on the Immune Consequences of Trauma, Shock, and Sepsis: Mechanisms and Therapeutic Approaches. ed E. Faist, Monduzzi

1. Editore, Bologna, Italy, 1997. p.349-353

2. 5. **Bulger EM**, Helton WS, Clinton CM, Roque RP, Garcia I, Maier RV. Enteral vitamin E supplementation inhibits the cytokine response to endotoxin. Archives of Surgery  132:1337-1341, 1997.

7. **Bulger EM**, Garcia I, Maier RV. Dithiocarbamates enhance tumor necrosis factor-□ production by rabbit alveolar macrophages, despite inhibition of NF-□B. Shock 9 (6): 397-405,1998.

8. **Bulger EM**, Arneson MA, Mock CM, Jurkovich GJ. Rib Fractures in the Elderly, J Trauma 48(6): 1040-1046, 2000.

9. **Bulger EM**, Nathens AB, Rivara FP, Grossman DC, Moore M, Jurkovich GJ. Variations in the Care of the Head Injured Patient, Surgical Forum 51:506-508, 2000.

10. Carter Y, Meissner M, **Bulger EM**, Demirer S, Brundage S, Jurkovich GJ, Borsa J, Mulligan M, Karmy-Jones R, Anatomical Considerations in the Surgical Management of Blunt Aortic Injury, J Vasc Surg 34: 628-33, 2001.

11. **Bulger EM**, Arbabi S, Garcia I, Maier RV: The macrophage response to endotoxin requires platelet activating factor. Shock, 17 (3): 173-179, 2002.

12. **Bulger EM**, Garcia I, Maier RV: Intracellular antioxidant activity is necessary to modulate the macrophage response to endotoxin. Shock 18 (1):58-63, 2002.

13. Guerrero A, Gibson K, Kralovich K, Pipinos I, Agnostopolous P, Carter Y, **Bulger E**, Meissner M, Karmey-Jones R. Limb loss following lower extremity trauma arterial trauma: What can be done proactively? Injury, 33:765-769, 2002.

14. **Bulger EM** & Foy H. Myodesis: A novel approach to the repair of complex traumatic hernias. J Trauma 52: 756-758, 2002.

15. **Bulger EM**, Nathens AB, Rivara FP, Moore M, MacKenzie EJ, Jurkovich GJ. Management of Severe Head Injury: Institutional Variations in Care and Effect on Outcome. Critical Care Medicine 30 (8): 1870-1876, 2002.

16. **Bulger EM,** McMahon K, Jurkovich GJ. The morbidity of penetrating colon injury. Injury, Int J Care Injured 34:41-46, 2003.

17. **Bulger EM**, Copass MK, Maier RV, Larsen J, Knowles J, Jurkovich GJ. An analysis of advanced prehospital airway management. J Emerg Med 23:183- , 2002.

18. Cuschieri J, Gourlay D, **Bulger EM**, Garcia I, Jelacic S, Maier RV. Platelet Activating Factor (PAF) priming of inflammatory cell activity requires cellular adherence. Surgery 132:157-66, 2002.

19. **Bulger EM**, Gourlay D, Cuschieri J, Jelacic S, Staudenmeyer K, Garcia I, Maier RV. Platelet Activating Factor Acetylhydrolase inhibits alveolar macrophage activation, *in vivo*. Shock 20:17-22, 2003.

20. **Bulger EM**, Garcia I, Maier RV. Induction of heme-oxygenase 1 inhibits the proinflammatory response of endothelial cells. Surgery 134:146-52, 2003.

21. Kao L, **Bulger EM**, Parks D, Byrd G, Jurkovich GJ. Predictors of morbidity following traumatic pancreatic injury. J Trauma 55(5): 898-905, 2003.

3. 21.**Bulger EM**, Edwards T, Klotz P, Jurkovich GJ. Epidural analgesia improves outcome following multiple rib fractures. Surgery 136(2): 426-30, 2004.

22. Cuschieri J, Gourlay D, **Bulger E**, Garcia I, Jelacic S, and Maier R. Calcium/Calmodulin-dependent kinase II is required for platelet activating factor (PAF) priming of inflammatory cells. Shock 23 (2): 99-106, 2005.

23. **Bulger EM**, Jurkovich GJ, Farver CL, Klotz P, Maier RV. Oxandrolone dose not improve outcome for chronically ventilated surgical patients. Annals of Surgery 240(3):472-8, 2004.

24. Anaya D, McMahon K, Nathens AB, Sullivan S, Foy H, **Bulger EM**. Predictors of Mortality and Limb Loss in Necrotizing Soft Tissue Infections. Archives of Surgery 140:151-157, 2005.

25. **Bulger EM**, Copass MK, Sabath D, Maier RV, Jurkovich GJ. The use of Neuromuscular Blocking Agents to Facilitate Prehospital Intubation does not Impair Outcome following Traumatic Brain Injury, J. Trauma, 58 (4):718-724, 2005.

26. Pickens J, Copass MK, **Bulger EM**. Trauma Patients Receiving CPR: Predictors of Survival.  J Trauma, 58(5):951-958, 2005.

4.  27.Staudenmeyer K, Maier RV, Jelacic S, **Bulger EM**. Hypertonic saline modulates innate immunity in a model of systemic inflammation. Shock 23 (5): 459-463, 2005.

27. Cuschieri J, **Bulger EM**, Garcia I, Maier RV. Oxidative Induced Calcium Mobilization is Dependant on Annexin IV release from Lipid Rafts. Surgery, 138:  158-64, 2005.

28. Gourlay D, Hoffer R, Routt,M, **Bulger EM.** Pelvic angiography for recurrent pelvic arterial hemorrhage. J Trauma 59:1168-1173, 2005.

29. Coates BM, Vavilala MS, Mack C, Muangmun S, Sharar S, **Bulger EM**, Lam AM. The Influence of Definition and Timing of Hypotension on Outcome Following Severe Pediatric Traumatic Brain Injury. Crit Care Med 33:2645-50, 2005.

30. Muangman N, Stern EJ, **Bulger EM**, Jurkovich GJ, Mann FA. Chest Radiographic Evolution in Fat Embolism Syndrome. J Med Assoc Thai 88: 1854-1860, 2005.

31. Kozar R, Moore FA, Cothren CC, Moore EE, Sena M, **Bulger EM**, Miller CC, Eastridge B, Acheson E, Brundage SI, Tataria M, McCarthy M, Holcomb JB, Risk factors for hepatic morbidity following non-operative management: a multicenter study. Arch Surg 141: 451-8, 2006.

32. **Bulger EM**, Nathens AB, Rivara FP, MacKensie E, Copass MK, Sabbath D, Jurkovich GJ. National variability in out-of-hospital treatment after traumatic injury.  Ann Emerg Med 49:293-301, 2007.

33. Cuschieri J, **Bulger E**, Biligrin J, Garcia I, Maier RV. Acid Sphingomyelinase is required for lipid raft TLR4 complex formation. Sugical Infections 8, 91-106, 2007.

34. **Bulger EM**, Jurkovich GJ, Nathens AB, Copass MK, Hanson H, Cooper C, Liu PY, Warner K, Maier RV. Hypertonic resuscitation of hypovolemic shock after blunt trauma: a randomized controlled trial. Arch Surg 143:139-148, 2008

35. **Bulger EM**, Cuschieri J, Warner K, Maier RV Hypertonic Resuscitation modulates the inflammatory response in patients with traumatic hemorrhagic shock. Ann Surg 245 (4), 635-641, 2007.

36. Warner KJ, Cuschieri JC, Copass MK, Jurkovich GJ, **Bulger EM**. The Impact of Prehospital Ventilation on Outcome Following Severe Traumatic Brain Injury J Trauma 62 (6) 1330-6, 2007.

37. Sullivan SR, Engrav L, Anaya DA, **Bulger EM**, Foy HM. Bilateral anterior abdominal bipedicle flap with permanent prosthesis for the massive abdominal skin grafted hernia. Am J Surg 193(5), 651-655, 2007.

38. Cuschieri J, **Bulger E**, Biligrin J, Garcia I, Maier RV. Vitamin E inhibits Endotoxin Mediated Transport of Phosphatases to Lipid Rafts. Shock 27: 19-24, 2007.

39. Kuan JK, Kaufman R, Wright JL, Mock C, Nathens AB, Wessells H, **Bulger EM**. Renal Injury Mechanisms in Motor Vehicle Collisions: analysis of the Crash Injury Research and Engineering (CIREN) dataset. J Urology 178 (3pt1), 935-40, 2007.

40. Schaeffer V, Cuschieri J, Garcia I, Knoll M, Billgren J, Jelacic S, **Bulger E**, Maier R. The priming effect of C5a on monocytes is predominantly mediated by the p38 MAPK pathway. Shock 27 (6): 623-30, 2007 .

41. Cuschieri J, **Bulger EM,** Grinsell R, Garcia I, Maier RV, Insulin Regulates Macrophage Activation through Activin A1. Shock  29:285-90, 2008.

42. Eastridge BJ, Salinas J, McManus JG, **Bulger EM**, Wade CE, Holcomb JB. Hypotension begins at 110mmHg: redefining hypotension with data. J Trauma 63 (2): 291-7, 2007.

43. Crandall M, Luchette F, Esposito TJ, West M, Shapiro M, **Bulger E**. Attempted suicide and the elderly trauma patient: risk factors and outcome. J Trauma 62 (4): 1021-7, 2007.

44. Brasel K, **Bulger E**, Cook A, Morrison L, Newgard C, Tisherman S, Kerby J, Coimbra R, Hata S, Hoyt D. Hypertonic Resuscitation: Design and Implementation of a Prehospital Intervention Trial J Amer Coll Surg 206:220-232, 2008.

45. **Bulger EM**, Kaufman R, Mock CM. Childhood Crash Injury Patterns Associated with Restraint Misuse: Implications for Field Triage. Prehosp Disaster Med 23, 9-15, 2008.

46. **Bulger EM**, Edwards WT, de Pinto M, Klotz P, Jurkovich GJ. Indications and Contraindications for Thoracic Epidural analgesia in Multiply Injured Patients. Acute Pain 10:15-22, 2008.

47. Francis DO, Warren S, Warner K, Copass MK, **Bulger EM**. Sodium azide-associated laryngospasm after air bag deployment. J Emerg Med 39 (3) e113-5, 2008.

48. Warner KJ, Sharar SR, Copass MK, **Bulger EM**. Prehospital Management of the Difficult Airway: A prospective cohort study.  J Emerg Med 36: 257-65, 2009.

49. Warner KJ, Cuschieri J, Copass MK, Jurkovich GJ, **Bulger EM**. Emergency Department Ventilation effects Outcome after Severe Traumatic Brain Injury. J Trauma 64:341-7, 2008.

50. Dissanaike S, Kaufman R, Mack CD, Mock C, **Bulger EM**. The Effect of Reclined Seats on Mortality in Motor Vehicle Collisions. J Trauma 64:614-9, 2008.

51. Warner KJ, Copass MK, **Bulger EM**. Paramedic use of Needle Thoracostomy in the Prehospital Environment. Prehospital Emerg Care 12:162-8, 2008.

52. Warner KJ, Cuschieri J, O'Keefe GO, Jurkovich GJ, **Bulger EM**. Single dose Etomidate for Rapid Sequence Intubation Impacts Outcome after Severe Injury.  J Trauma 67:45-50, 2009.

53. **Bulger EM**, Schmidt TA, Cook A, Brasel KJ, Griffiths DE, Kudenchuk P, Davis D, Bardarson B, Idris A, Aufterheide T. The Random Dialing Survey as a Tool for Community Consultation for Research involving the Emergency Medicine Exception from Informed Consent. Ann Emerg Med 53: 341-50, 2009.

54. Limaye AP, Kirby KA, Rubenfeld GD, Leisenring SM, **Bulger EM**, Neff M, Gibran NS, Huang M, Santo TK, Corey L, Boeckh M. Cytomegalovirus (CMV) in Critically Ill Imunocompetent Patients. JAMA 300 (4):413-22, 2008.

55. Pham TN, Heinberg E, Cuschieri J, **Bulger EM**, O'Keefe GE, Gross JA, Jurkovich GJ. The evolution of the diagnostic work-up for stab wounds to the back and flank. Injury 40: 48-53, 2009.

56. Warner KJ, Cuschieri J, Garland B, Carlbom D, Baker D, Copass MK, Jurkovich GJ, **Bulger EM**. The Utility of Early End-Tidal Capnography in Monitoring Ventilation Status following Severe Injury J Trauma 66 (1): 26-31, 2009.

57. Sugarman J, Sitlani C, Andrusiek D, Aufderheide T, **Bulger EM** , et al. Is Enrollment of racial and ethnic minorities in research in the emergency setting equitable?. Resuscitation 80:644-649, 2009.

58. Maheshwari R, Mack CD, Kaufman RP, Francis DO, **Bulger EM**, Nork SE, Henley MB. Severity of Injury and Outcomes among Obese Trauma Patients with Fractures of the Femur and Tibia: A Crash Injury Research and Engineering Study. J Othop Trauma 23: 634-9, 2009.

59. Warner K, Carlbom D, Cooke C, **Bulger EM**, Copass MK, Sharar S. Paramedic Training for Proficient Prehospital Intubation ,  Prehospital Emergency Care, 14 (1):103-108, 2009.

60. Cuschieri J, Sakr S, **Bulger E**, Schaeffer V, Garcia I, Knoll M, Arababi S, Maier R. Oxidant Alterations in CD16 Expression are Cytoskeletal Induced, Shock 32:572-7, 2009.

61. Newgard C, Rudser K, Hedges  J, Kerby J, Steill IG, Davis D, Morrison LJ, **Bulger EM**, Terndrup T, Minei JP, Bardarson B, Emerson S. A critical assessment of the ot-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma 68(2): 452-62, 2010.

62. Newgard CD, Schmicker R, Hedges JR, Trickett JP, Davis DP, **Bulger EM**, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G. Emergency medical services time intervals and survival in trauma: assessment of the "Golden Hour" in a North American prospective cohort. Ann Emerg Med 55(3): 235-246 e4, 2009.

63. Mandell S, Kaufman R, Mack C, **Bulger EM**. Describing a Problem: Rear Seatback Failure and Unsecured Cargo. Prehospital and Disaster Medicine 25:152-7, 2009.

64. Anaya DA, **Bulger EM**, Kwon YS, Kao LS, Nathens AB. Predicting mortality in necrotizing soft tissue infections: a clinical score Surgical Infections 10:517-22, 2009.

65. Burns SP, Kaufman RP, Mack CD, **Bulger EM**. Cost of Spinal Cord Injuries Caused by Rollover Automobile Crashes, Injury Prevention 16:74-78, 2010.

66. Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, **Bulger EM**, Stephens S, Daya MR and the ROC Investigators. Variation in the Type, Rate, and Selection of Patients for Out-of Hospital Airway Procedures among Injured Children and Adults. Acad Emerg Med 16:1269-1276, 2009.

67. Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, **Bulger EM**, Davis DP, Schreiber MS, Rea TD Emerson S. The availability and use of out-of-hospital physiologic information to identify high-risk injured children in a multisite, population-based cohort. Prehosp Emerg Care 13(4): 420-31, 2009.

68. Cobb JP, Cairns CB, **Bulger E**, Wong HR, Parsons PE, Angus DC, Gentile NT, Hoyt DB, Schwinn DA, Wiener-Kronish JP, Upperman JS. The United States Critical Illness and Injury Trials Group: An Introduction. J Trauma 67 (2) Suppl 2009.

69. Evans HL, Zonies DH, Warner K, **Bulger EM**, Sharar SR, Maier RV, Cuschieri J. Timing of Intubation and Ventilator Associated Pneumonia in Trauma Patients. Archives of Surgery, 145: 1041-6, 2010.

70. Mandell S, Kaufman R, Mack CD, **Bulger EM**. Mortality and Injury Patterns Associated with Roof Crush in Rollover Crashes, Accident, Analysis and Prevention 42:1326-31, 2010.

71. Minei JP, Schmicker R, Steill I, Kerby J, Tisherman S, **Bulger E**, Hata S, Nichol G, Hoyt D, and the Resuscitation Outcome Consortium Investigators. Incidence and Outcome of Life Threatening Traumatic Injury in a Large Population-Based Cohort: Observations from the Resuscitation Outcome Consortium Trauma Epistry , Ann Surg, 252 (1): 149-57, 2010.

72. **Bulger EM**, May S, Kerby J, Emerson S, Steill IG, Schreiber MS, Brasel KJ, Tisherman SA, Coimbra R, Rizoli S, Minei JP, Hata JS, Sopko G, Evans DC, Hoyt DB and the ROC

Investigators. Prehospital Hypertonic Resuscitation following Traumatic Hypovolemic Shock: A Randomized, Placebo Controlled Trial. Ann Surg, 23:431-441,2011.

73. Schaeffer V, Arbabi S, Garcia IA, Knoll M, Cuschieri J, **Bulger EM**, Maier RV. Role of the mTOR pathway in LPS-activated monocytes: influence of hypertonic saline.  J Surg Res , Epub date 9/11/10.

74. Cuschieri J, **Bulger E**. Schaeffer V, Sakr S,  Nathens AB, Hennesy L, Minei J, Moore EE, O'Keefe G, Sperry J, Remick D, Tompkins R, Maier RV and The Inflammation and Host Response to Injury Collaborative Research Program. Early elevation in random plasma IL-6 after severe injury is associated with development of organ failure. Shock 34: 346-351, 2010.

75. Burns SP, Mack CD, Kaufman RP, **Bulger EM**. Spinal Cord Injury Resulting from Automobile Crashes: Findings from Three United States Databases. In Press, Spinal Cord, 2010

76. Mandell SP, Mack CD, **Bulger EM**. Motor Vehicle Mismatch: A national perspective. Injury Prevention, 16:309-14, 2010.

77. **Bulger EM**, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, et al. Out of Hospital Hypertonic Resuscitation following Severe Traumatic Brain Injury: A randomized, placebo controlled trial. JAMA 304:1455-1464, 2010.

78. Horvath K, Freeny P, Escallon J, Heagerty P, Comstock B, Glickerman DJ, **Bulger E**, Sinanan M, Langdale L, Kolokythas O, Andrews TR. Safety and Efficacy of Video-assisted Retroperitoneal Debridement for Infected Pancreatic Collections: A multicenter, prospective, single-arm phase 2 study. Arch Surg 145: 817-825, 2010.

79. Holmberg TJ, Bowman SM, Warner KJ, Vavilala MS, **Bulger EM**, Copass MK, Sharar SR The Association between Obsesity and Difficult Prehospital Intubation. Anesthesia and Analgesia, 112:1132-8, 2011.

80. **Bulger EM**, Tower CM, Warner KJ, Garland T, Cuschieri J, Rizoli S, RHind S, Junger WG. Increased Neutrophil Adenosine A3 Receptor Expression is Associated with Hemorrhagic Shock and Injury Severity in Trauma Patients, Shock 36 (5): 435-439, 2011.

81. Newgard CD, Malveau S, Staudenmeyer K, Wang NE, Hsia RY, Mann CN, Holmes JF, Kupperman N, Haukoos JS, **Bulger EM**, Dai M, Cook LJ. Evaluating the Use of Existing Data Sources, Probabilistic Linkage and Multiple Imputation to Build Population-Based Injury Databases Across Phases of Trauma Care Academic Emergency Medicine 19 (4) 469-80, 2012.

82. Newgard C, Zive D, Holmes JF, **Bulger EM**, Staudenmeyer K, Liao M, Rea T, et al. A Multisite Assessment of the ASCOT Field Triage Decision Scheme for Identifying Seriously Injured Children and Adults. JACS, 213:6, 709-21, 2011.

83. Seymour CW, Carlbom D, Cooke CR, Watkins TR, **Bulger EM**, Rea TD, Baird GS. Temperature and time stability of whole blood lactate: implications for feasibility of prehospital measurement. BMC Res Notes 4:169, 2011.

84. Evans HL, Warner K, **Bulger EM**, Sharar SR, Maier RV, Cuschieri, J. Prehospital Intubation Factors and Pneumonia in Trauma Patients. Surg Infect, 12: 339-44, 2011.

85. Lerner EB, Cone DC, Weinstein ES, Schwartz RB, Coule PL, Cronin M, Wedmore IS, **Bulger EM**, Mulligan DA, et al. Mass casualty triage: an evaluation of the science and refinement of a national guideline. Disaster Med Public Health Prep 5: 129-37. 2011.

86. Newgard CD, Schmicker RH, Sopko G, Andrusiek D, Bialkowski W, Minei J, Brasel K, **Bulger E**, Fleischman RJ, Kerby JD, Bigham BL, Warden CR.  Trauma in the neighborhood: a geospatial analysis and assessment of social determinants of major injury across North America Am J Public Health 101 (4) p669-77, 2011.

87. Davis DP, Kroprowicz KM, Newgard CD, Daya M, **Bulger EM**, Steill I, Nichol G, Stephens S, Dreyer J, Minei J, Kerby JD. The relationship between out-of-hospital airway management ad outcome among trauma patients with Glasgow Coma score of 8 or less. Prehosp Emerg Care 15: 184-92, 2011.

88. Bowman SM, **Bulger E**, Sharar SR, Maham SA, Smith SD. Variability in pediatric splenic injury care: results of a national survey of general surgeons. Arch Surg 145: 1048-53, 2010.

89. Smith TG, Wessels HB, Mack CD, Kaufman R, **Bulger EM**, Voelzke BB. Examination of the impact of airbags on renal injury using a national database. J Am Coll Surg 211:355-60, 2010.

90. Wade CE & **Trauma Outcomes Investigators**. Variations between level I trauma centers in 24-hour mortality in severely injured patients requiring a massive transfusion. J Trauma  71 2 Suppl 3 S389-93, 2011.

91. Rowell SE & **Trauma Outcomes Investigators.** Specific abbreviated injury scale values are responsible for the underestimation of mortality in penetrating trauma patients by the injury severity score. J Trauma 71: 2 Suppl 3, S384-8, 2011.

92. Spoerke, N & **Trauma Outcomes Investigators** Crystalloid resuscitation improves survival in trauma patients receiving low ratios of fresh frozen plasma to packed red blood cells J trauma 71: 2 Suppl 3. S380-3, 2011

93. Rowell SE & **Trauma Outcomes Investigators** Gender-based differences in mortality in response to high product ratio massive transfusion. J trauma 71: 2 Suppl 3, S375-9, 2011.

94. Barbosa RR & **Trauma Outcomes Investigators.** A predictive model for mortality in massively transfused trauma patients. J trauma 71: 2 Suppl 3, S 370-4, 2011.

95. Barbosa RR  & **Trauma Outcomes Investigators.** Profoundly abnormal initial physiologic and biochemical data cannot be used to determine futility in massively transfused trauma patients, J trauma 71: 2 Suppl 3, S364-9, 2011.

96. Brown LM & **Trauma Outcomes Investigators.** A high fresh frozen plasma: packed red blood cell transfusion ratio decreases mortality in all massively transfused trauma patients regardless of admission international normalized ratio. J Trauma 71: 2 Suppl 3, S358-63.

97. Rowell SE & **Trauma Outcomes Investigators** Effect of high product ratio massive transfusion on mortality in blunt and penetrating trauma patients J trauma 71: 2 Suppl 3, S353-7.

98. Brasel KJ  & **Trauma Outcomes Investigators.** The association of blood component use ratios with the survival of massively transfused trauma patients with and without severe brain injury. J trauma 71: 2 Suppl 3, S343-52.

99. Brown LM & **Trauma Outcomes Investigators**. A normal platelet count may not be enough: the impact of admission platelet count on mortality and transfusion in severely injured trauma patients J trauma 71: 2 Suppl 3 S337-42, 2011.

100. Sambasivan CN & **Trauma Outcomes Investigators.** High ratios of plasma and platelets to packed red blood cells do not affect mortality in nonmassively transfused patients. J trauma 71: 2 Suppl 3, S329-36, 2011.

101. Holcomb JB & **Trauma Outcomes Investigators.** Increased platelet:RBC ratios are associated with improved survival after massive transfusion J trauma 71: 2 Suppl 3, S318-28, 2011.

102. Holcomb JB & **Trauma Outcomes Investigators** Defining present blood component transfusion practices in trauma patients: papers from the Trauma Outcomes Group. J Trauma 71: 2 Suppl 3, S 315-7, 2011.

103. Rahbar MH & **The PROMMT Investigators**. Coordination and management of multicenter clinical studies in trauma: Experience form the Prospective Observational Multicenter Major Trauma Transfusion Study. Resuscitation epub 9/19/11, 2011.

104. Davis DP, Koprowicz KM, Newgard CD, Daya M, **Bulger EM**, Steill I, Nichol G, Stephens S, Dreyer J, Minei J, Kirby JD. The relationship between out-of-hospital

airway management and outcome among trauma patients with a Glasgow Coma Score of 8 or less. Prehosp Emerg Care 15(2):184-92, 2011.

105. **Bulger EM**, Guffey D, Guyette FX, MacDonald RD, Brasel K, Kerby JD, Minei JP, Warden C, Rizoli S, Morrison LJ, Nichol G. Impact of Prehospital Mode of Transport after Severe Injury: A multicenter evaluation from the Resuscitation Outcomes Consortium. J Trauma 72(3): 567-73, 2012.

106. Seymour CW, Carlbom D, Engelberg RA, Larsen J, **Bulger EM**, Copass MK, Rea TD. Understanding of Sepsis among Emergency Medical Services: A Survey Study. J Emerg Med, 42(6): 666-677, 2012.

107. Nakamura Y, Daya M, **Bulger EM**, Schreiber M, Mackersie R, Hsia RY, Mann NC, Holmes JF, Staudenmayer K, Sturges Z, Liao M, Haukoos J, Kupperman N, Barton ED, Newgard CD. Evaluating Age in the Field Triage of Injured Persons. Ann Emerg Med 60(3):335-45, 2012.

108. Junger WG, Rhind SG, Rizoli SB, Cuschieri J, Hoyt DB, Baker AJ, Shek PH, **Bulger EM**. Effects of Hypertonic resuscitation on neutrophil adhesion and degranulation molecules in hemorrhagic shock patients. Shock 38(4) 341-50, 2012.

109. Gross JA, **Bulger EM**, Guno A, Foy H. Abdominal Impalement from Motor Vehicle Crash. Curr Probl Diagn Radiol 41(4):142-3, 2012.

110. Anthes TB, Muangman N, **Bulger EM**, Stern E, Upper Thoracic spine fracture dislocation in a motorcyclist. Curr Prob Diagn Radiol 41 (4): 128-129, 2012.

111. Engrav LH, Heimbach DM, Rivara FP, Kerr KK, Osler T, Pham TN, Sharar SR, Esselman PC, **Bulger EM**, Carrougher GJ, Honari S, Gibran NS. Harborview Burns-1974 to 2009. PloS ONE 7(7): e40086, 2012.

112. Newgard C, Kampp M, Nelson M, Holmes JF,  Zive D, Rea T **Bulger EM**, Liao M, Sherck J, Hsia R, Fleischman R, Barton E, Daya M, Kupperman N. Deciphering the use and predictive value of "emergency medical services provider judgment" in out-of-hospital trauma triage: A multisite, mixed methods assessment. J Trauma Acute Care Surg 72: 1239-1248, 2012.

113. Newgard CD, Malveau S, Staudenmeyer K, Wang NE, Hsia RY, Mann NC, Holmes JF, Kupperman N, Haukoos JS, **Bulger EM**, et al. Evaluating the use of existing data sources, probabilistic linkage, and multiple imputation to build population-based injury databases across phases of trauma care. Acad Emerg Med 19:469-480, 2012.

114. Ayoung-Chee P, Mack CD, Kaufman R, **Bulger EM**. Predicting Severe Injury using vehicle Telemetry Data. J Trauma 74 (1): 190-194, 2012.

115. Holcomb JB, del Junco DJ, Fox EE, Wade CE, Cohen MJ, Schreiber MA, Alarcon LH,

Bai Y, Brasel KJ, **Bulger EM**, Cotton BA, Matijevic N, Muskat P, Myers JG, Phelan HA, White CE, Zhang J, Rahbar MH on behalf of the PROMMTT Study Group. The PRospective Observational Multicenter Major Trauma Transfusion (PROMMTT) study: Comparative effectiveness of a time-varying treatment with competing risks. *Archives of Surgery*. 2012 Oct 15:1-10. doi: 10.1001/2013.jamasurg.387. [Epub ahead of print]

116. Newgard C, Hsia R, Mann C, Schmidt T, Sahni R, **Bulger, EM**, et al. The Trade-Offs in field Trauma Triage: A multi-region assessment of accuracy metrics and column shifts associated with different triage strategies. J Trauma Acute Care Surg 74 (5), 1298-1305, 2013.

117. EE Fox, **EM Bulger**, AS Dickerson, DJ del Junco, P Klotz, J Podbielski, N Matijevic, KJ Brasel, JB Holcomb, MA Schreiber, BA Cotton, HA Phelan, MJ Cohen, JG Myers, LH Alarcon, P Muskat, CE Wade, MH Rahbar, on behalf of the PROMMTT Study Group. Waiver of consent in non-interventional, observational emergency research: the PROMMTT experience. J Trauma Acute Care Surg 75(1 Suppl1): S3-8, 2013.

118. AW Trickey, EE Fox, DJ del Junco, J Ning, JB Holcomb, KJ Brasel, MJ Cohen, MA Schreiber, **EM Bulger**, HA Phelan, LH Alarcon, JG Myers, P Muskat, BA Cotton, CE Wade, MH Rahbar, on behalf of the PROMMTT Study Group. The impact of missing trauma data on predicting massive transfusion. J Trauma Acute Care Surg 75(1 Suppl1): S68-74, 2013.

119. DA Hampton, LJ Fabricant, J Differding, B Diggs, S Underwood, D De La Cruz, JB Holcomb, KJ Brasel, MJ Cohen, EE Fox, LH Alarcon, MH Rahbar, HA Phelan, **EM Bulger**, P Muskat, JG Myers, DJ del Junco, CE Wade, BA Cotton, MA Schreiber, on behalf of the PROMMTT study group. Prehospital intravenous fluid confers a survival benefit in trauma patients. J Trauma Acute Care Surg 75(1 Suppl1): 59-15, 2013.

120. A Hubbard, ID Munoz, A Decker, JB Holcomb, MA Schreiber, **EM Bulger**, KJ Brasel, EE Fox, DJ del Junco, CE Wade, MH Rahbar, BA Cotton, HA Phelan, JG Myers, LH Alarcon, P Muskat, MJ Cohen, on behalf of the PROMMTT study group. Time-Dependent Prediction and Evaluation of Variable Importance Using SuperLearning in High Dimensional Clinical Data. J Trauma Acute Care Surg 75(1 Suppl1): S53-60, 2013.

121. RR Barbosa, SE Rowell, EE Fox, JB Holcomb, **EM Bulger**, HA Phelan, LH Alarcon, JG Myers, KJ Brasel, PC Muskat, DJ del Junco, BA Cotton, CE Wade, MH Rahbar, MJ Cohen, MA Schreiber, on behalf of the PROMMTT Study Group. Increasing time to operation is associated with decreased survival in patients with a positive FAST exam requiring emergent laparotomy J Trauma Acute Care Surg 75(1 Suppl1): S48-52, 2013.

122. E Rahbar, EE Fox, DJ del Junco, JA Harvin, JB Holcomb, CE Wade, MA Schreiber, MH Rahbar, **EM Bulger**, HA Phelan, KJ Brasel, LH Alarcon, JG Myers, MJ Cohen, P

Muskat, BA Cotton, on behalf of the PROMMTT Study Group. Early resuscitation intensity as a surrogate for bleeding severity and early mortality in the PRospective, Observational, Multicenter, Major Trauma Transfusion (PROMMTT) Study. J Trauma Acute Care Surg 75(1 Suppl1): S16-23, 2013.

123. PA Fuchs, DJ del Junco, EE Fox, JB Holcomb, MH Rahbar, CA Wade, LH Alarcon, KJ Brasel, **EM Bulger**, MJ Cohen, JG Myers, P Muskat, HA Phelan, MA Schreiber, BA Cotton, on behalf of the PROMMTT Study Group. Purposeful Variable Selection and Stratification to Impute Missing FAST Data in Trauma Research. J Trauma Acute Care Surg 75(1 Suppl1): S75-81, 2013.

124. MJ Cohen, M Kutcher, B Redick, M Nelson, M Call, MM Knudson, MA Schreiber, **EM Bulger**, P Muskat, LH Alarcon, JG Myers, MH Rahbar, KJ Brasel, HA Phelan, DJ del Junco, EE Fox, CE Wade, JB Holcomb, BA Cotton, N Matijevic, on behalf of the PROMMTT Study Group. Clinical and mechanistic drivers of acute traumatic coagulopathy J Trauma Acute Care Surg 75(1 Suppl1): S40-7, 2013.

125. CE Wade, DJ del Junco, EE Fox, BA Cotton, MJ Cohen, P Muskat, MA Schreiber, MH Rahbar, M Sauer, KJ Brasel, **EM Bulger**, JG Myers, HA Phelan, LH Alarcon, and JB Holcomb, on behalf of the PROMMTT Study Group. Do Not Resuscitate Orders in Trauma Patients May Bias Mortality-Based Effect Estimates: an evaluation utilizing the PROMMTT study. J Trauma Acute Care Surg 75(1 Suppl1): S89-96, 2013.

126. BRH Robinson, BA Cotton, TA Pritts, R Branson, JB Holcomb, PC Muskat, EE Fox, CE Wade, DJ del Junco, **EM Bulger**, MJ Cohen, MA Schreiber, JG Myers, KJ Brasel, HA Phelan, LH Alarcon, MH Rahbar, RA Callcut, on behalf of the PROMMTT Study Group. Application of the Berlin definition in PROMMTT patients: The impact of resuscitation on the incidence of hypoxemia. J Trauma Acute Care Surg 75(1 Suppl1): S61-7, 2013.

127. JB Holcomb, EE Fox, X Zhang, N White, CE Wade, BA Cotton, DJ del Junco, **EM Bulger**, MJ Cohen, MA Schreiber, JG Myers, KJ Brasel, HA Phelan, LH Alarcon, P Muskat, MH Rahbar, on behalf of the PROMMTT Study Group. Cryoprecipitate use in the Prospective Observational Multicenter Major Trauma Transfusion (PROMMTT) study J Trauma Acute Care Surg 75(1 Suppl1): S31-9, 2013.

128. MH Rahbar, DJ del Junco, H Huang, J Ning, EE Fox, X Zhang, MA Schreiber, KJ Brasel, **EM Bulger**, CE Wade, BA Cotton, HA Phelan, MJ Cohen, JG Myers, LH Alarcon, P Muskat, CE White, JB Holcomb, on behalf of the PROMMTT Study Group. A latent class model for defining severe hemorrhage: Experience from the Prospective Observational Multicenter Major Trauma Transfusion (PROMMTT) study. J Trauma Acute Care Surg 75(1 Suppl1): S82-8, 2013.

129. DJ del Junco, JB Holcomb, EE Fox, KJ Brasel, HA Phelan, **EM Bulger**, MA Schreiber, P Muskat, LH Alarcon, MJ Cohen, BA Cotton, CE Wade, JG Myers, and MH Rahbar, on behalf of the PROMMTT Study Group. Resuscitate early with plasma and platelets

or balance blood products gradually: Findings from the Prospective, Observational, Multicenter, Major Trauma Transfusion (PROMMTT). J Trauma Acute Care Surg 75(1 Suppl1): S24-30, 2013.

130. Callcut RA, Cotton BA, Muskat P, Fox EE, Wade CE, Holcomb JB, Schreiber MA, Rahbar MH, Cohen MJ, Knudson MM, Brasel KJ, **Bulger EM**, del Junco DJ, Myers JG, Alarcon LH, Robinson BRH on behalf of the PROMMTT Study Group. Defining when to initiate massive transfusion: A validation study of individual massive transfusion triggers in PROMMTT patients. *J Trauma Acute Care Surg*. 2013;74(1):59-68.

131. Millin MG, Galvagno SM, Khandker SR, Malki A, **Bulger EM**. Withholding and Termination of Resuscitation of Adult Cardiopulmonary Arrest Secondary to Trauma_ Resource Document to the joint NAEMSP, ACS_COT Position Statements. J Trauma Acute Care Surg 75 (3): 459-467, 2013.

132. Kaufman RP, Ching RP, Willis MM, Mack CD, Gross JA, **Bulger EM**. Burst Fractures of the Lumbar Spine in Frontal Crashes. Accident Injury Analysis and Prevention 59:153-163, 2013.

133. Moisey LL, Mourtzkis M, Cotton BA, premji T, Heyland DK, Wade CE, **Bulger EM**, Kozar RA. Skeletal muscle predicts ventilator-free days, and mortality in elderly ICU patients. Critical Care 17:R206, 2013.

134. **Bulger EM**, Maier RV, Sperry J, Joshi M, Henry S, Moore FA, Moldawer LL, et al. A Novel Drug for the treatment of Necrotizing Soft Tissue Infections: Results of a Phase 2a Randomized Controlled Trial of AB103: a CD28 Co-stimulatory Receptor Antagonist. JAMA Surgery 149:528-536, 2014.

135. Newgard C, Kuppermann N, Holmes JF, Wetzel J, Hsia B, Wang R, Ewen N, **Bulger EM**, Staudenmeyer K, Mann NC, Barton E, Wintemute GJ. Gunshot injuries in Children served by Emergency Services. Pediatrics 132(5): 862-870, 2013.

136. Newgard CD, Staudenmeyer K, Hsia RY, Mann NC, **Bulger EM**, Holmes JF, Fleischman RJ, Gorman K, Haukoos JS, McConnell KJ. The Cost of Overtriage: More than one third of low-risk injured patients were taken to major trauma centers. Health Affairs 22: 1591-9, 2013.

137. Junger WG, Rhind SG, Rizoli SB, Cuschieri J, Baker AJ, Shek PN, Hoyt DB, **Bulger EM**. Prehospital hypertonic saline resuscitation attenuates the activation and promotes apoptosis of neutrophils in patients with severe traumatic brain injury. Shock 40(5): 366-74, 2013.

138. Davidson GH, Rivara FP, Mack CD, Kaufman R, Jurkovich GJ, **Bulger EM**. Validation of Pre-Hospital Triage Criteria for Motor Vehicle Collisions. J Trauma Acute Care Surg 76(3): 755-761, 2014.

139. Figler B, Mack CD, Kaufman,R, **Bulger EM**, Wessells H, Smith TG, Voelzke B. The New Car Assessment Program Side Impact Crash Testing Rating Predicts Likelihood of Major Thoracoabdominal Injuries During Side Impact Crashes.  J Trauma Acute Care Surg 76(3):750-4, 2014.

140. Doucet J, **Bulger EM**, Sanddal N, Fallat M, Bromberg W, Gestring M et al. Appropriate use of helicopter Emergency Medical Services for transport of trauma patients: Guidelines from the Emergency Medical System Subcommittee, Committee on Trauma, American College of Surgeons. J Trauma 75: 734-741, 2013.

141. **Bulger EM**, Snyder D, Schoelles C, Dawson D, Lang E, Sanddal ND, Butler FK, Fallat M, Taillac P, White L, Salomone JP, Seifarth W,, Betzner MJ, Johannigman J, McSwain N. An Evidence-based Prehospital Guideline for External Hemorrhage Control: American College of Surgeons Committee on Trauma. Prehospital Emergency Care 18: 163-173,  2014.

142. Newgard CD, Mann NC, Hsia RY, **Bulger EM**, Ma OJ, Staudenmayer K, Haukoos JS, Sahni R, Kupperman N and the Western Emergency Services Translational Research Network. Patient choice in the selection of hospitals by 9-1-1 emergency medical service providers in trauma systems. Acad Emerg Med 20(9):911-919, 2013.

143. Elterman J, Brasel K, Brown S, **Bulger EM**, Christenson J, Kerby J, et al. Transfusion of red blood cells in patients with a prehospital Glasgow Coma score of 8 or less and no evidence of shock is associated with worse outcomes. J Trauma Acute Care Surg 75(1):8-14, 2013.

144. Zelnik L, Morrison L, Devlin S, **Bulger, E**, Brasel K, Sheehan K, Kerby J, Tisherman S, Rizoli S, Karmy-Jones R, van Heest R, Newgard C. Addressing the challenges of obtaining functional outcomes in traumatic brain injury research: missing data patters, timing of follow-up, and three prognostic models.  J Neurotrauma, published on line Feb , 2014.

145. Wade CE, Kozar RA, Dyer CB, **Bulger EM**, Mourtzakis M, Heyland DK. Evaluation of Nutrition Deficits in Adult Elderly Trauma Patients. J Parenter Enteral Nutr, 39:449-45, 2015.

146. Tisherman S, Schmicker R, Brasel KJ, **Bulger EM**,  Kirby JD, Minei JP, Powell J, Reiff DA, Rizoli SB, Schreiber MA. Detailed description of all deaths in both the shock and traumatic brain injury cohorts of the Resuscitation Outcomes Consortium Hypertonic Saline Trials. In Press, Annals of Surgery, 2014.

147. Minei JP, Fabian TC, Guffey DM, Newgard CD, **Bulger EM**, Brasel KJ, Sperry JL, MacDonald RD, for the Resuscitation Outcomes Consortium Investigators. Increased trauma center volume is associated with improved survival after severe injury: results of a Resuscitation Outcomes Consortium Study,  Annals of Surgery 260:456-64, 2014.

148. Baraniuk S, Tilley BC, del Junco DJ, Fox EE, van Belle G, Wade CE, Podbielski JM, Beeler AM, Hess JR, **Bulger EM**, Schreiber MA, Inaba K, Fabian TC, Kerby JD, Cohen MJ, Miller CN, Rizoli S, Scalea TM, O'Keefe T, Brasel K, Cotton BA, Muskat P, Holcomb JB, and the PROPPR study group. Pragmatic Randomized Optimal Platelet and Plasma Ratios (PROPPR) Trial: Design, rationale, and implementation. In Press, Injury 2014.

149. Newgard CD, Richardson D, Holmes JF, Rea TD, Hsia RY, Mann NC, Staudenmeyer K, Barton ED, **Bulger EM**, Haukoos JS, the Western Emergency Services Translational Research Network. Physiologic Field Triage Criteria for Identifying Seriously Injured Older Adults. Prehospital Emerg Care, In Press 2014.

150. American College of Surgeons Committee on Trauma, American College of Emergency Physicians Pediatric Emergency Medicine Committee, National Association of EMS Physicians, American Academy of Pediatrics Committee on Pediatric Emergency Medicine. Withholding or Termination of Resuscitation o Pediatric Out-of-Hospital traumatic Cardiopulmonary Arrest. Ann Emerg Med 63:504-515, 2014. ( I was one of the lead authors from the ACS COT and Chair of the EMS Committee)

151. Hakkarainen TW, Ikebata NB, **Bulger EM**, Evans HL. Moving beyond survival as a measure of success: understanding the patient experience of necrotizing soft tissue infections. J Surg Res, 192: 143-149, 2014.

152. Fawcett V, Flynn-O'Brien K, Shorter Z, Davidson GH, **Bulger EM**, Rivara FP, Arbabi S. Risk Factors for Unplanned Readmissions in Older Adult Trauma patients in Washington State: A competing risk analysis, J Am Coll Surg 220:330-338, 2015.

153. Holcomb JB, Tilley BC, Baraniuk S, Fox EE, Wade CE, Podbielski JM, del Junco DJ, Brasel KJ, **Bulger EM**, Callcut RA, Cohen MJ, Cotton BA, Fabian TC, Inaba K, Kerby JD, Muskat P, O'Keeffe T, Rizoli S, Robinson BRH, Scalea TM, Schreiber MA, Stein DM, Weinberg JA, Callum JL, Hess JR, Matijevic N, Miller CN, Pittet J-F, Hoyt DB, Pearson GD, Leroux B, van Belle G for the PROPPR Study Group. Transfusion of plasma, platelets, and red blood cells in a 1:1:1 vs. a 1:1:2 ratio and mortality in patients with severe trauma: The PROPPR Randomized Clinical Trial. *JAMA*. 2015;313(5):483-494.

154. Newgard CD, Meier EN, **Bulger EM**, Buick J, Sheehan K, Lin S, Minei JP, Barnes-Mackey RA, Brasel K, and the ROC Investigators. Revisiting the "Golden Hour": An Evaluation of Out-of-Hospital Time in Shock and Traumatic Brain Injury. Annals Emerg Med, In press, 2015.

155. Guyette F, Meier EN, Newgard C, McKnight B, Daya M, **Bulger EM**, Powell JL, Brasel KJ, Kerby JD, Egan D, Sise M, Coimbra R, Fabien TC, Hoyt DB; for the ROC Investigators. A Comparison of Prehospital Lactate and Systolic Blood Pressure for

Predicting the Need for Resuscitative Care in Trauma Transported by Ground. J Trauma Acute Care Surg 78(3): 600-606, 2015

156. Flynn-O'Brian KT, Fawcett VJ, Shorter Z, Rivara FP, Davidson GH, Chesnut RM, Vavilala MS, **Bulger EM**, Maier RV, Arbabi S. Temporal trends in severe traumatic brain injury management, 1995-2012, A statewide retrospective cohort study. Neurosurgery 76(4):451-460, 2015.

157. Delano MJ, Rizoli SB, Rhind SG, Cuschieri J, Junger W, Baker AJ, Dubick M, Shek PN, Hoyt DDB, **Bulger EM**. Prehospital resuscitation of traumatic hemorrhagic shock with hypertonic solutions worsens hypo-coagulation and hyper-fibrinolysis. In Press, Shock, 2015

158. Newgard CD, Meier EN, McKnight B, Dresnan IR, Richardson D, Brasel K, Schreiber M, Kerby JD, Kannas D Austin M, **Bulger EM** and the ROC Investigators. Understanding traumatic shock: Out of hospital hypotension with and without other physiologic compromise. J Trauma Acute Care Surg 78(2)342-351, 2015.

159. del Junco DJ, **Bulger EM**, Fox EE, Holcomb JB, Brasel KJ, Hoyt DB, grady JJ, Duran S, Klotx P, Dubick MA, Wade CE, On Behalf of the ROC Investigators. Collider bias in trauma comparative effectiveness research: The stratification blues for systematic reviews. Injury epub, 2015.

160. Rae L, **Bulger EM**. Optimizing Feedback from a Designated Level 1 trauma/burn center to referring hospitals. J Am Coll Surg 220: 99-104, 2015.

161. Cook MR, Holcomb JB, Rahbar MH, Fox EE, Alarcon LH, **Bulger EM**, Brasel KJ, Schreiber MA, on behalf of the PROMMT study group. An abdominal computed tomography may be safe in selected hypotensive patients with positive Focused Assessment with Sonography in trauma examination. Am J Surge epub 2015

162. **Bulger EM**, May A, Bernard A, Cohn S, Evand DC, Henry S, Quick J, Kobayashi L, Duane TM, Sawyer RG, Kellum JA, Maung A, Maislin G, Smith DD, Segalovich I, Danker W, Shirvan A. Impact and Progression of Organ Dysfunction in Patients with Necrotizing Soft Tissue Infections: A multicenter study. Surgical Infections 16 (6): 694-701, 2015.

163. Newgard CD, Holmes JF, Haukoos JS, **Bulger EM**, Staudenmeyer K, Wittwer L, Stecker E, Dai M, Hsia RY. Improving Early Identification of the High-Risk Elderly Trauma Patient by Emergency Medical Services. Injury 47:19-25, 2016.

164. Moore SE, Decker A, Hubbard A, Callcut RA, Fox EE, del Junco DJ, Holcomb JH, Rahbar M, Wade CE, Schreiber MA, Alarcon LH, Brasel KJ, **Bulger EM** and the PROMMTT Study Group. Statistical Machines for Trauma Hospital Outcomes Research: Application to the Prospective, Observational, Multi-Center Major Trauma Transfusion (PROMMTT) Study. PLOS One 2015, Volume 10(8).

165. Newgard CD, Fu R, Zive D, Rea T, Malveau S, Daya M, Jui J, Griffiths D, Wittwer L, Sahni R, GUbler D, Chin J, Klotz P, Sommerville S, Beeler T, Bishop TJ, Garland TN, **Bulger EM**. Prospective Validation of the National Field Triage Guidelines for Identifying Seriously Injured Persons. J American College of Surgeons 222 (2): 146-158, 2016.

166. Newgard CD, Sanchez BJ, **Bulger EM**, Brasel KJ, Byers JE, Sheehan KL, Guyette FX, King RV, Mena-Munoz J, Minei JP, Schmicker RH, and the ROC Investigators. A Geospatial Analysis of Severe Firearm injuries compared to other Injury Mechanisms: Event Characteristics, Location, Timing, and Outcomes. Acad Emerg Med, epub ahead of print, 2016

167. Moren AM, Hampton D, Diggs B, Kiraly L, Fox E, Holcomb J, Rahbar MH, Brasel KJ, Cohen MJ, **Bulger EM**, Schreiber MA, on behalf of the PROMMTT Study Group. Recursive partitioning identifies greater than 4 U of packed red blood cells per hour as an improved massive transfusion definition. J Trauma Acute Care Surg 79(5): 920-924, 2015.

168. Novak DJ, Bai Y, Cooke RK, Marques MB, Fontaine MJ, Gottschall JL, Carey PM, Scanlan RM, Fiebig EW, Shulman IA, Nelson JM, Flax S, Duncan V, Daniel-Johnson JA, Callum JL, Holcomb JB, Fox EE, Baraniuk S, Tilley BC, Schreiber MA, Inaba K, Rizoli S, Podbielski JM, Cotton BA, Hess JR; **PROPPR Study Group**. Making Thawed universal donor plasma available rapidly for massively bleeding trauma patients: experience from the Pragmatic, Randomized Optimal Platelets and Plasma Rations (PROPPR) trial. Transfusion 55: 1331-9, 2015.

169. Plevin R, Kaufman R, Fraade-Blaner L, **Bulger EM**. Evaluating the potential benefits of Automatic Crash Notification. Prehospital and Disaster Medicine 32(2):156-164, 2017.

170. Newgard CD, Fu R, **Bulger EM**, Hedges JR, Mann NC, Wright DA, Lehrfeld DP, Shields C, Hoskins G, Warden C, Wittwer L, Cook JNB, Verkest M, Conway W, Somerville S, Hansen m. Rural versus Urban Trauma Patients served by 911 Emergency Services: A process and outcome evaluation. JAMA Surgery, in press 2016.

171. Rowell SE, Fair KA, Barbosa RR, Watters JM, **Bulger EM**, Holcomb JB, Cohen MJ, Mohammad R, Fox EE, Schreiber MA, on behalf of the PROMMT Study Group. The Impact of Pre-hospital administration of Lactated Ringer's Solution vs Normal Saline in patients with Traumatic Brain Injury. J Neurotrauma 33(11):1054-1059, 2016.

172. Tom LK, Wright TJ, Horn DL, **Bulger EM**, Pham TN, Keys KA. A Skin-sparing approach to the treatment of Necrotizing Soft tissue Infections: Thinking Reconstruction at Initial Debridement. J Amer Coll Surg 222(5) pp. e47-60, 2016.

173. Undurraga Perl VJ, Leroux B, Cook MR, Watson J, et al on behalf of the **PROPPR Study group**. Damage Control resuscitation and emergency laparotomy: Findings from the PROPPR study, J Trauma Acute Care Surg 80: 568-75, 2016.

174. Rizoli S, Peterson A, **Bulger EM**, Coimbra R, Kerby JD, Minei J, Morrison L, Nathens A, Schreiber M, Leonardo de Oliveira Manoel, and the ROC Investigators. Early Prediction of outcome after severe traumatic brain injury: a simple and practical model. BMC Emergency Medicine 16:32, 2016.

175. Connelly CR, Van PY, Hart KD, Louis SG, Fair KA, Erickson AS, Rick EA, Simeon EC, **Bulger EM**, Arbabi SA, Holcomb JB, Moore LJ, Schreiber MA. Thromboelastography-Based dosing of enoxaparin for thromboprophylaxis in trauma and surgical patients: a randomized clinical trial, JAMA Surgery, published on line 8/3/16.

176. St John AE, Rowhani-Rahbar A, Arbabi S, **Bulger EM**. Role of trauma team activation in poor outcomes of elderly patients. J Surg Res 203:95-102, 2016.

177. Kadri SS, Swihart BJ, Bonne SL, Hohmann SF, Hennessey LV, Louras P, Evanes HL, Rhee C, Suffredini AF, Hooper DC, Follmann DA, **Bulger EM**, Danner RL.  Impact of intravenous immunoglobulin on survival in necrotizing fasciitis with vasopressor-dependent shock: A propensity score matched analysis from 130 US Hospitals. Clinical Infectious Diseases 64 (7): 877-885, 2017.

178. Arakaki LS, **Bulger EM**, Ciesielski WA, Carlbom DJ, Fisk DM, Sheehan KJ, Asplund KM, Schenkman KA. Muscle oxygenation as an early predictor of shock severity in trauma patients. Shock 47(5):567-573, 2017.

179. Green CS, **Bulger EM**, Kwan SW. Outcomes and Complications of angioembolization for hepatic trauma: A systematic review of the literature. J Trauma Acute Care Surg. 80: 529-37. 2016.

180. **Bulger EM**, May A, Dankner W, Maislin G, Robinson B, Shirvan A.  Validation of a Clinical Trial Composite Endpoint for Patients with Necrotizing Soft Tissue Infections. J Trauma Acute Care Surg, Oct;83(4):622-627, 2017.

181. Newgard CD, Rongwei F, Lerner EB, Daya M, Jui J, Wittwer L, Schmidt T, Zive D, **Bulger EM**, Sahni R, Warden C, Kupperman N. The Role of Guideline Adherence in Improving Field Triage. Prehospital Emergency Care,  Sep-Oct;21(5):545-555, 2017.

182. McCully BH, Connelly CR, Fair KA, Holcomb JB, Fox EE, Wade CE, **Bulger EM**, Schreiber MA. The onset of coagulation function recovery is delayed in severely injured trauma patients with venous thromboembolism. JACS, Jul;225(1):42-5, 2017.

183. Watson JJ, Nielsen J, Hart K, Srikanth P, Yonge JD, Connelly CR, Kemp Bohan PM, Sosnovske H, Tilley BC, van Belle G, Cotton BA, O'Keeffe TS, **Bulger EM**, Brasel

KJ, Holcomb JB, Schreiber MA. Damage control laparotomy utilization rates are highly variable among Level I trauma centers: PROPPR findings. J Trauma Acute Care Surg 82: 481-88, 2017.

184. Fox EE, Holcomb JB, Wade CE, **Bulger EM**, Tilley BC; PROPPR Study Group. Earlier endpoints are Required for Hemorrhagic Shock Trials among Severely Injured Patients. Shock 47(5):567-573, 2017.

185. Nehra D, Nixon ZA, Lengenfelder C, **Bulger EM**, Cuschieri J, Maier RV, Arbabi S Acute Rehabilitation after Trauma: Does it Really Matter? J Am Coll Surg 223: 755-63, 2016.

186. Witt CE, Linnau KF, Maier RV, Rivara FP, Vavilala MS, **Bulger EM**, Arbabi S. Management of pericardial fluid in blunt trauma: variability in practice and predictors of operative outcome in patients with Computed Tomography evidence of pericardial fluid. J Trauma Acute Care Surg 82 (4):733-741, 2017.

187. Saifee NH, Evans HL, Magaret AS, Hess JR, Delaney M, O'Keefe GE, Pham TN, Foy H, **Bulger E**, Pagano MB. Outcomes in necrotizing soft tissue infections treated with therapeutic plasma exchange. Transfusion, Jun;57(6):1407-1413, 2017.

188. Kaufman R, Fraade-Blaner L, Lipira A, Friedrich J, **Bulger E**. Severe soft tissue injuries of the upper extremity in motor vehicle crashes involving partial ejection: the protective role of side curtain airbags. Accident; analysis and prevention 102:144-152, 2017.

189. Meyer DE, Vincent LA, Fox EE, O'Keefe T, Inaba I, **Bulger E**, Holcomb JB, Cotton BA. Every minute counts: Time to delivery of initial massive transfusion cooler and its impact on mortality. J Trauma Acute Care Surg, Jul;83(1):19-24, 2017.

190. Holcomb JB, Swartz MD, DeSantis SM, Greene TJ, Fox EE, Stein DM, **Bulger EM**, Kerby JD, et al. Multicenter Observational Prehospital Resuscitation on Helicopter Study (PROHS). J Trauma Acute Care Surg, Jul;83(1 Suppl 1):S83-S91, 2017.

191. Newgard CD, Fu R, Lerner EB, Daya M, Wright D, Jui J, Mann NC, **Bulger E**, Hedges J, Wittwer L, Lehrfeld D, Rea T. Deaths and High-Risk Trauma Patients missed by Standard Trauma Data Sources. J Trauma Acute Care Surg, epub ahead of print 2017.

192. Harvin JA, Maxim T, Inaba K. Martinex-Aguilar MA, King DR, Choudry AJ, Zielinski MD, Akinyeye S, Todd SR, Griffin RL, Kerby JD, Cunningham K, Stein DM, Cattin L, **Bulger EM**, Wilson A, Undurraga VJ, Schreiber MA, Cherry-Bukowiec JR, Alam HB, Holcomb JB. Mortality following emergent trauma laparotomy: a multicenter, retrospective study. J Trauma Acute Care Surg. Sep;83(3):464-468, 2017.

193. Galvago SM, Fox EE, Appana SN,Baraniuk S, Borsage PL, **Bulger EM**, Callcut RA, Cotton BA, Goodman M, Inaba K, O'Keefe T, Schreiber MA, Wade CE, Scalea TM,

Holcomb JB, Stein DM. Outcomes following concomitant traumatic brain injury and hemorrhagic shock: a secondary analysis from the PROPPR Trial. J Trauma Acute Care Surg, epub ahead of print 2017.

194. Hess JR, Ramos PJ, Sen NE, Cruz-Cody VG, Tuott EE, Louzon MJ, **Bulger EM**, Arbabi S, Pagano MB, Metcalf RA. Quality management of a massive transfusion protocol. Transfusion. 2018 Feb;58(2):480-484

195. Aarabi S, Wang X, St. John A, Lim E, Trupiano M, Emery A, Johansen K, Singh N, Stern S, O'Keefe G, **Bulger EM**, White N. Development of a Novel Cooling Tourniquet to Minimize Ischemic Injury in Extremity Trauma. Journal of Trauma [In press]

196. Gelbard RB, Ferrada P, Yeh DD, Williams B, Loor M, Yon J, Mentzer C, Khwaja K, Khan M, Kohli A, **Bulger EM**, Robinson BRH. Optimal timing of initial debridement for necrotizing soft tissue infection: A practice management guideline from the Eastern Association for the Surgery of Trauma. J Trauma Acute Care Surg. 2018 Feb 27

197. Chang R, Fox EE, Greene TJ, Swartz MD, DeSantis SM, Stein DM, **Bulger EM**, Melton SM, Goodman MD, Schreiber MA, Zielinski MD, O'Keeffe T, Inaba K, Tomasek JS, Podbielski JM, Appana S, Yi M, Johansson PI, Henriksen HH, Stensballe J, Steinmetz J, Wade CE, Holcomb JB; PROHS Study Group. Abnormalities of laboratory coagulation tests versus clinically evident coagulopathic bleeding: results from the prehospital resuscitation on helicopters study (PROHS). Surgery. 2018 Apr;163(4):819-826.

198. Cook MR, Badulak J, Çoruh B, Kiraly LN, Zonies D, Cuschieri J, **Bulger EM**. Fellowship training in extracorporeal life support: Characterization and educational needs assessment. J Crit Care. 46, 159-161, 2018.

199. St John AE, McCoy AM, Moyes AG, Guyette FX, **Bulger EM**, Sayre MR. Prehospital Lactate Predicts Need for Resuscitative Care in Non-hypotensive Trauma Patients. West J Emerg Med. 2018 Mar;19(2):224-231

200. Hodgman EI, Cripps MW, Mina MJ, **Bulger EM**, Schreiber MA, Brasel KJ, Cohen MJ, Muskat P, Myers JG, Alarcon LH, Rahbar MH, Holcomb JB, Cotton BA, Fox EE, Del Junco DJ, Wade CE, Phelan HA; PROMMTT Study Group. External validation of a smartphone app model to predict the need for massive transfusion using five different definitions. J Trauma Acute Care Surg. 2018 Feb;84(2):397-402.

201. Sunshine JE, Dwyer-Lindgren L, Chen A, Sharar SR, Palmisano EB, **Bulger EM**, Mokdad AH. Alcohol-impaired driving in US counties, 2002-2012. Popul Health Metr. 2018.

202. Cook MR, Witt CE, Bonow RH, **Bulger EM**, Linnau KF, Arbabi S, Robinson BRH, Cuschieri J. A cohort study of blunt cerebrovascular injury screening in children: Are they just little adults? J Trauma Acute Care Surg. 2018 epub ahead of print.

203. Robinson BRH, Cohen MJ, Holcomb JB, Pritts TA, Gomaa D, Fox EE, Branson RD, Callcut RA, Cotton BA, Schreiber MA, Brasel KJ, Pittet JF, Inaba K, Kerby JD, Scalea TM, Wade CE, **Bulger EM**; PROPPR Study Group. Risk Factors for the Development of Acute Respiratory Distress Syndrome Following Hemorrhage. Shock. 50(3), 258-264, 2018.

204. Brown SM, Duggal A, Hou PC, Tidswell M, Khan A, Exline M, Park PK, Schoenfeld DA, Liu M, Grissom CK, Moss M, Rice TW, Hough CL, Rivers E, Thompson BT, Brower RG; National Institutes of Health (NIH)/National Heart, Lung, and Blood Institute (NHLBI) **Prevention and Early Treatment of Acute Lung Injury (PETAL) Network**. Nonlinear Imputation of PaO2/FIO2 From SpO2/FIO2 Among Mechanically Ventilated Patients in the ICU: A Prospective, Observational Study. Crit Care Med. 2017 Aug;45(8):1317-1324.

205. Sunshine JE, Humbert AT, Booth B, Bowman SM, **Bulger EM**, Sharar SR. Frequency of Operative Anesthesia Care after Traumatic Injury. Anesthesia & Analgesia, epub ahead of print Jul 2018.

206. Price M, Bixby PJ, Phillips M, Beilman GJ, **Bulger EM**, Davis MR, McAuliffe MJ, Rasmussen TE, Salinas J, Smit SL et al. Launch of the National Trauma Research Repository coincides with new data sharing requirements. Trauma Surge Acute Care Open Vol 3, 2018.

207. Khan M, Jehan F, **Bulger EM**, O'Keeffe T, Holcomb JB, Wade CE, Schreiber MA, Joseph B, anfd PROPPR study group. Severely injured trauma patients with admission hyperfibrinolysis: Is there a role for Transexamic acid? Findings from the PROPPR trial. J Trauma Acute Care Surg, epub ahead of print 2018.

208. Taylor JR, Fox EE, Holcomb JB, Rizoli S, Inaba K, Schreiber MA, Brasel K, Scalea TM, Wade CE, **Bulger EM**, et al. The hyperfibrinolytic phenotype is the most lethal and resource intense presentation of fibrinolysis in massive transfusion patients. J Trauma Acute Care Surg 84 (1) 25-30, 2018.

209. Tessler RA, Arbabi S, **Bulger EM**, Mills B, Rivara FP. Trends in Firearm Injury and Motor Vehicle Crash Case Fatality by Age Group, 2003-2013. JAMA Surg, 154 (4): 305-310, 2018.

210. Jones AR, Patel RP, Marques MB, Donnelly JP, Griffin RL, et al: **PROPPR Study Group**. Older blood is Associated with Increased Mortality and Adverse Events in Massively Transfused Trauma Patients: Secondary Analysis of the PROPPR Trial. Ann Emerg Med, 2018 epub ahead of print.

211. Lester ELW, Fox EE, Holcomb JB, Brasel KJ, **Bulger EM**, Cohen MJ, Coton BA, Fabian TC, Kerby JD, O'Keefe T, Rizoli S, Scalea TM, Schreiber MA, Inaba K: PROPPR Study group. The Impact of Hypothermia on Outcomes in Massively Transfused patients. J Trauma Acute Care Surg, 2018 epub ahead of print.

212. Wei S, Gonzalez Rodriguez E, Chang R, Holcomb JB, Kao LS, Wade CE; **PROPPR Study Group**. Elevated Syndecan-1 after Trauma and Risk of Sepsis: A secondary analysis of patients from the PROPPR trial, J Am Coll Surg 227(6):587-595, 2018.

213. Tessler RA, Vanhoy S, Bergus K, Fong C, **Bulger EM**, Rivara FP, Vavilala MS. Higher LRINEC scores and Escalation of Anesthesia Care in Necrotizing Soft Tissue Infections. J Surg Res 238: 119-126, 2019.

214. Tessler RA, Rangel MM, Rivara FP, **Bulger E**, Vavilala MS, Reed MJ, Arbabi S. Complications in Low-risk older adult trauma patients: A case-control study. J Trauma Acute Care Surg, epub ahead of print, 2019.

215. Newgard CD, Lin A, Eckstron E, Caughey A, Malveay, Griffiths D, Zive D, **Bulger E**. Comorbidities, Anticoagulants, and Geriatric-Specific Physiology for the Field Triage of Injured Older Adults. J Trauma Acute Care Surg, epub ahead of print, 2019.

216. Chang R, Kerby JD, Kalkwarf K, Van Belle G, Fox EE, Cotton B, Cohen MJ, Brasel K, **Bulger EM**, et al Earlier time to hemostasis is associated with decreased mortality and rate of complications: Results from the Pragmatic Randomized Optimal Platelet and Plasma Ration trial. J Trauma Acute Care Surg 87(2) 342-349, 2019.

217. Butler EK, Mills BM, Arbabi SA, **Bulger EM**, Vavilala M, Groner J, Stansbury LG, Hess JR, Rivara FP. Association of Blood Component Ratios with 24 hour mortality in Children Receiving Massive Transfusion. Crit Care Med 47 (7) 975-983, 2019.

218. Hall A, Qureshi I, Shackelford S, Glaser J, Bulger EM, Scalea T, Gurney J. Objective model to facilitate designation of military-civilian partnership hospitals for sustainment of military trauma readiness. Trauma Surg Acute Care Open Vol 4 , 2019.

219. Lester ELW, Fox EE , Holcomb JB, Brasel KJ, **Bulger EM**, Cohen MJ, Cotton BA, et al The impact of hypothermia on outcomes in massively transfused patients. J Trauma Acute Care Surg 86: 458-463, 2019

220. Hink AB, Bonne S, Levy M, Kuhls DA, Allee L, Burke PA, Sakran J, **Bulger EM** , Stewart RM, and the American College of Surgeons Committee on Trauma. Firearm Injury Research and Epidemiology: A Review of the Data, their limitations, and how trauma centers can improve firearm injury research. J Trauma Acute Care Surg, epub 2019.

221. **Bulger EM**, Kuhls DA, Campbell BT, Bonne S, Cunningham RM, Betz M, Dicker R, Ranney M, Barsotti C, Hargarten S, Sakran JV, Rivara FP, James T, Lamis D,

Timmerman G, Rogers SO, Choucair B, Stewart RM. Proceedings from the Medical Summit on Firearm Injury Prevention: A Public Health Approach to Reduce Death and Disability in the US. J Amer Coll Surg 229 (4): 415-430, 2019. https://doi.org/10.1016/j.jamcollsurg.2019.05.018

222. Newgard CD, Caughey A, McConnell J, Lin A, Eckstron E, Griffiths D, Malveau S, **Bulger EM**. Comparison of Injured Older Adults included in vs excluded from Trauma Registries with 1 year followup. JAMA Surg; 154 (9), Sept 2019.

223. Zhao KL, Herrenkohl M, Paulsen M, **Bulger EM**, Vavilala MS, Moore M, Pham TN Learners' perspectives on *Stop the Bleed*: a course to improve survival during mass casualty events. Trauma Surg Acute Care Open. 2019 Jul 26;4(1).

224. Scott JW, Shrime MG, Stewart BT, Arbabi S, **Bulger EM**, Cuschieri J, Maier RV, Robinson BRH. Lifting the Burden: State Medicaid Expansion Reduces Financial Risk for the Injured. J Trauma Acute Care Surg. Vol 88 (1): 51-58, 2020 PMID: 31524838

225. Stewart B, Hollis S, Amato SS, **Bulger E**, Mock C, Reynolds T. Trauma care and development assistance: opportunities to reduce the burden of injury and strengthen health systems. Bull World Health Organ 2019, May 1; 97(5): 371-373.

226. Simko LC, Chen L, Amtmann D, Gibran N, Herndon D, Kowalske K, Miller AC, **Bulger E**, Friedman R, et al. Challenges to the Standardization of Trauma Data Collection in Burn, Traumatic Brain Injury, Spinal Cord Injury, and Other Trauma Populations: A Call for Common Data Elements for Acute and Longitudinal Trauma Databases. Arch Phys Med Rehabil. 2019 May;100(5):891-898. Epub 2018 Oct 26.

227. Meagher AD, Lin A, Mandell SP, **Bulger E**, Newgard C. A Comparison of Scoring Systems for Predicting Short- and Long-term Survival After Trauma in Older Adults. Acad Emerg Med. 2019 Jun;26(6):621-630.

228. McCrum ML, Leroux B, Fang T, **Bulger E**, Arbabi S, Wade CE, Fox E, Holcomb JB, Robinson B. Sex-based differences in transfusion need after severe injury: Findings of the PROPPR study. Surgery. 2019 Jun;165(6):1122-1127.

229. Tom Lk, Maine RG, Wang CS, Parent BA, **Bulger EM**, Keys KA. Comparison of Traditional and Skin-Sparing Approaches for Surgical Treatment of Necrotizing Soft Tissue Infections. Surg Infect, Dec 3,2019 Epub ahead of print.

230. Campbell BT, Thaker S, Fallat ME, Foley DS, McClure E, Sakran JV, Nasr IW, Ziegfeld S, Ehrlich PF, Snodgrass M, Levy M, Naik-Mathuria BJ, Johnson B, Demello AS, Jones S, Walters JM, Burke P, Allee L, Kozykyj T, Letton RW, Kuhls DA, **Bulger EM**, Stewart RM. A Multicenter Evaluation of Firearm Safety Intervention in the Pediatric Outpatient Setting. J Pediatr Surg, Oct 2019 Epub ahead of print.

231. Wren SM, Wild HB, Gurney J, Amirtharajah M, Brown ZW, **Bulger EM**, Burkle FM Jr, Elster EA, Forrester JD, Garber K, Gosselin RA, Groen RS, Hsin G, Joshipura M, Kushner AL, Norton I, Osmers I, Pagano H, Razek T, Sáenz-Terrazas JM, Schussler L, Stewart BT, Traboulsi AA, Trelles M, Troke J, VanFosson CA, Wise PH. A Consensus Framework for the Humanitarian Surgical Response to Armed Conflict in 21st Century Warfare. JAMA Surgery, Nov 2019, epub ahead of print

232. Stadeli KM, Abdullahi D, Ali A, Conrick KM, Paulsen M, **Bulger EM**, Vavilala MS, Mohamed FB, Ali A, Ibrahim A. Working toward Equity in Emergencies (WE) through Stop the Bleed: A pilot collaborative health program with the Somali community in Seattle. Am J Surg. 2020 Mar 10;.. [Epub ahead of print] PubMed PMID: 32204848.

233. Horn DL, Shen J, Roberts E, Wang TN, Li KS, O'Keefe GE, Cuschieri J, **Bulger EM**, Robinson BRH. Predictors of Mortality, Limb Loss, and Discharge Disposition at Admission Amongst Patients With Necrotizing Skin and Soft Tissue Infections. J Trauma Acute Care Surg. 2020 Feb 24;.. [Epub ahead of print] PubMed PMID: 32102045.

234. Kuhls DA, Falcone RA Jr, Bonne S, **Bulger EM**, Campbell BT, Cooper Z, Dicker RA, Duncan TK, Kuncir EJ, Lamis DA, Letton RW Jr, Masiakos PT, Stewart RM, Knudson MM. Prevention of firearm injuries: It all begins with a conversation. J Trauma Acute Care Surg. 2020 Feb;88(2):e77-e81.. PubMed PMID: 32150032.

235. Campbell BT, Thaker S, Fallat ME, Foley DS, McClure E, Sakran JV, Nasr IW, Ziegfeld S, Ehrlich PF, Snodgrass M, Levy M, Naik-Mathuria BJ, Johnson B, Demello AS, Jones S, Watters JM, Burke P, Allee L, Kozycky J T, Letton RW, Kuhls DA, **Bulger EM**, Stewart RM. A Multicenter Evaluation of a Firearm Safety Intervention in the Pediatric Outpatient Setting. J Pediatr Surg. 2020 Jan;55(1):140-145.. Epub 2019 Oct 25. Review. PubMed PMID: 31753607.

236. Turner S, Lang E, Brown K, Franke J, Workun-Hill M, Jackson C, Roberts L, Leyton C, **Bulger E**, Censullo EM, Martin-Gill C. Systematic Review of Evidence-Based Guidelines for Prehospital Care. Prehosp Emerg Care. 2020 Apr 14;:1-21.. [Epub ahead of print] PubMed PMID: 32286899.

237. Sakran JV, Ezzeddine H, Schwab CW, Bonne S, Brasel KJ, Burd RS, Cuschieri J, Ficke J, Gaines BA, Giacino JT, Gibran NS, Haider A, Hall EC, Herrera-Escobar JP, Joseph B, Kao L, Kurowski BG, Livingston D, Mandell SP, Nehra D, Sarani B, Seamon M, Yonclas P, Zarzaur B, Stewart R, **Bulger E**, Nathens AB. Proceedings from the Consensus Conference on Trauma Patient-Reported Outcome Measures. J Am Coll Surg. 2020 Mar 3;. Epub ahead of print] PubMed PMID: 32201197.

238. Scheuer H, Engstrom A, Thomas P, Moodliar R, Moloney K, Walen ML, Johnson P, Seo S, Vaziri N, Martinez A, Maier R, Russo J, Sieber S, Anziano P, Anderson K, **Bulger E**, Whiteside L, Heagerty P, Palinkas L, Zatzick D. A comparative effectiveness trial of an information technology enhanced peer-integrated collaborative

care intervention versus enhanced usual care for US trauma care systems: Clinical study protocol. Contemp Clin Trials. 2020 Feb 29;91:105970.. [Epub ahead of print] PubMed PMID: 32119926.

239. Mitchell SH, **Bulger EM**, Duber HC, Greninger AL, Ong TD, Morris SC, Chew LD, Haffner TM, Sakata V, Lynch JB for the Western WA COVID-19 Expert Panel. Western Washington State COVID-19 Experience: Keys to Flattening the Curve and Effective Health System Response. J Am Coll Surg. Jun 16, 2020, Epub ahead of print, DOI:https://doi.org/10.1016/j.jamcollsurg.2020.06.006

240. **Bulger EM**, May AK, Robinson BRH, Evans DC, Henry S, Green JM, Toschlog E, Sperry JL, Fagenholz P, Martin ND, Dankner WM, Maislin G, Wilfret D, Bernard AC, on behalf of the ACCUTE study Investigators. A Novel Immune Modulator for Patients with Necrotizing Soft Tissue Infections: Results of a Multicenter ,Phase 3 Randomized Controlled Trial of Reltecimod (AB103). Ann Surg, in press 2020.

241. Herrera-Escobar JP, Castillo-Angeles MA, Osman SY, Orlas CP, Janjua MB, Abdullah-Arain M, Reidy E, Jarman MP, Price MA, **Bulger EM**, Nehra D, Haider AH. Long-term patient-reported outcome measures after injury: National Trauma Research Action Plan (NTRAP) scoping review protocol. Trauma Surg Acute Care Open. 2020;5(1):e000512. doi: 10.1136/tsaco-2020-000512

242. Chesnut R, Aguilera S, Buki A, **Bulger E**, Citerio G, Cooper DJ, Arrastia RD, Diringer M, Figaji A, Gao G, Geocadin R, Ghajar J, Harris O, Hoffer A, Hutchinson P, Joseph M, Kitagawa R, Manley G, Mayer S, Menon DK, Meyfroidt G, Michael DB, Oddo M, Okonkwo D, Patel M, Robertson C, Rosenfeld JV, Rubiano AM, Sahuquillo J, Servadei F, Shutter L, Stein D, Stocchetti N, Taccone FS, Timmons S, Tsai E, Ullman JS, Vespa P, Videtta W, Wright DW, Zammit C, Hawryluk GWJ. A management algorithm for adult patients with both brain oxygen and intracranial pressure monitoring: the Seattle International Severe Traumatic Brain Injury Consensus Conference (SIBICC). Intensive Care Med. 2020 May;46(5):919-929. doi: 10.1007/s00134-019-05900-x. Epub 2020 Jan 21. PubMed PMID: 31965267; PubMed Central PMCID: PMC7210240.

243. Badulak J, Curtis E, **Bulger EM**. ECMO Membrane Lung Failure due to Hypertriglyceridemia: A Case report and Review of the Literature. J Extra Corpr Technol, 52: 237-41, 2020. PMID: 32981962.

244. Butler EK, Groner JI, Vavilala MS, **Bulger EM**, Rivara FP. Surgeon choice in management of pediatric trauma. J Pediatr Surg 56: 146-152,  2020.

245. de Roulet A, Kerby JD, Weinberg JA, Lewis RH, Hudgins JP, Shulman IA, Fox EE, Holcomb JB, Brasel KJ, **Bulger EM**, et al ; PROPPR Study group. Group A emergency release plasma in trauma patients requiring massive transfusion. J Trauma Acute Care Surg 89:1061-1067, 2020. PMID 32890339.

246. Duncan TK, Weaver JL, Zakrison TL, Joseph B, Campbell BT, Christmas AB, Stewart RM, Kuhls DA, **Bulger EM**. Domestic Violence and Safe Storage of Firearms in the COVID-19 Era. Ann Surg 272: e55-e57, 2020.

247. Newgard CD, Lin A, Caughey AB, Eckstrom E, **Bulger EM**, Staudenmeyer K, Maughan B, Malveau S, Griffiths D, McConnell KJ. The Cost of a Fall Among Older Adults Requiring Emergency Services. J Am Geriatr Soc 69(2): 389-398, 2021. PMID 33047305

248. Moore LJ, Fox EE, Meyer DE, Wade CE Podbielski JM, Xu X, Morrison JJ, Scalea T, Fox CJ, Moore EE, Morse BC, Inaba K, **Bulger EM**, Holcomb JB. Prospective Observational Evaluation of the ER-REBOA catheter at 6 US Trauma Center. Ann Surg, Online ahead of print, 2020.

249. Goralnick E, Ezeibe C, Chaudhary MA, McCarty J, Herrera-Escobar JP, Andriotti T, de Jager E, Ospina-Delgado D, Goolsby C, Hunt R, Weissman JS, Haider A, Jacobs L; and the Stop the Bleed National Research Agenda Consensus Conference Working Group, Andrade E, Brown J, **Bulger EM**, Butler FK, Callaway D, Caterson EJ, Choudhry NK, Davis MR, Eastman A, Eastridge BJ, Epstein JL, Evans CL, Gausche-Hill M, Gestring ML, Goldberg SA, Hanfling D, Holcomb JB, Jonson CO, King DR, Kivlehan S, Kotwal RS, Krohmer JR, Levy-Carrick N, Levy M, Meléndez Lugo JJ, Mooney DP, Neal MD, Niskanen R, O'Neill P, Park H, Pons PT, Prytz E, Rasmussen TE, Remley MA, Riviello R, Salim A, Shackelfold S, Smith ER, Stewart RM, Swaroop M, Ward K, Uribe-Leitz T, Jarman MP, Ortega G. Defining a Research Agenda for Layperson Prehospital Hemorrhage Control: A Consensus Statement. JAMA Network Open, 2020.

250. Holcomb JB, Moore EE, Sperry JL, Jansen JO, Schreiber MA, Del Junco DJ, Spinella PC, Sauaia A, Brohi K, **Bulger EM**, Cap AP, Hess JR, Jenkins D, Lewis R, Neal MD, Newgard C, Pati S, Pusateri AE, Rizoli S, Russell RT, Shackelford SA, Stein DM, Steiner M, Wang H, Ward KR, Young P. Evidence Based and Clinically Relevant Outcomes for Hemorrhage Control Trials. Ann Surg 273: 395-401, 2020. PMID 33065652

251. Nguyen ML, Gause E, Mills B, Tonna JE, Alvey H, Saczkowski R, Grunau B, Becker LB, Gaieski DF, Youngquist S, Gunnerson K, England P, Hamilton J, Badulak J, Mandell SP, **Bulger EM**, Johnson NJ; Extracorporeal Resuscitation Consortium. Traumatic and Hemorrhagic complications after extracorporeal cardiopulmonary resuscitation for out-of-hospital cardiac arrest. Resuscitation 157: 225-229, 2020. PMID 33058992

252. Dixon AL, McCully BH, Rick EA, Dewey E, Farrell DH, Morrison LJ, McMullan J, Robinson BRH, Callum J, Tibbs B, Dries DJ, Jui J, Gandhi RR, Garrett JS, Weisfeldt ML, Wade CE, Aufderheide TP, Frascone RJ, Tallon JM, Kannas D, Williams C, Rowell SE, Schreiber MA, McKnight B, Meier EN, May S, Sheehan K, **Bulger EM**, Idris AH, Christenson J, Bosarge PL, Colella MR, Johannigman J, Cotton BA,

Richmond NJ, Zielinski MD, Schlamp R, Klein L, Rizoli S, Gamber M, Fleming M, Hwang J, Vincent LE, Hendrickson A, Simonson R, Klotz P, Ferrara M, Sopko G, Witham W. TXA Administration in the Field Does Not Affect Admission TEG after Traumatic Brain Injury. J Trauma and Acute Care Surg, 2020, Online ahead of print.

253. Horn DL, Roberts EA, Shen J, Chan JD, **Bulger EM**, Weiss NS, Lynch JB, Bryson-Cahn C, Robinson BRH. Outcomes of Beta-hemolytic Streptococcal Necrotizing Skin and Soft Tissue Infections and the Impact of Clindamycin Resistance. Clin Infect Dis, 2020, Online ahead of print. PMID 33151283.

254. Brakenridge SC, Wilfret DA, Maislin G, Andrade KE, Walker V, May AK, Dankner WM, **Bulger EM**. Resolution of Organ Dysfunction as a Predictor of Long-term survival in Necrotizing Soft Tissue Infections: Analysis of the ACCUTE Trial and a Retrospective Claims-linked Database Study. J Trauma Acute Care Surg 91: 384-392, 2021, PMID 33797490

255. Orlas CP, Thomas A, Herrera-Escobar JP, Price MA, Haider AH, **Bulger EM**. The National Trauma Research Action Plan Investigators Group. Long-term Outcomes of Firearm Injury Survivors in the United States: The National Trauma Research Action Plan Scoping Review. Annals of Surgery, Sept 2021, on line ahead of print.

256. Dicker RA, Thomas A, **Bulger EM**, Stewart RM, Bonne S, Dechert TA, Smith R, Love-Craighead A, Dreier F, Kotagal M, Kozyckyj T, Michaels M, ISAVE Workgroup. Strategies for Trauma Centers to Address the Root Causes of Violence: Recommendations from the Improving Social Determinants to Attenuate Violence (ISAVE) Workgroup of the American College of Surgeons Committee on Trauma. Journal of the American College of Surgeons, Vol 223 (3): 471-8, 2021. PMID: 3439811

257. Bulger N, Harrington B, Krieger J, Latimer A, Arbabi S, Counts CR, Sayre M, Maynard C, **Bulger EM**. Prehospital end-tidal carbon dioxide predicts hemorrhagic shock upon emergency department arrival. J Trauma Acute Care Surg 91(3):457-464, 2021. PMID: 34432752

258. Miranda D, Maine R, Cook M, Brakenridge S, Moldawer L, Arbabi S, O'KeefeG, Robinson B, **Bulger EM**, Maier R, Cuschieri J. Chronic critical illness after hypothermia in trauma patients. Trauma Surg and Acute Care Open, July 2021. PMID:34423134

259. McLeod RS, Moore EE, Crozier JA, Civil ID, Ahmed N, **Bulger EM**, Stewart RM. A Public Health Approach to Prevent Firearm Related Injuries and Death. Ann Surg 274: 533-543, 2021 PMID 3434652

260. Campbell BT, Kuhls DA, TalleyCL, **Bulger EM**, Stewart RM. Firearm Storage Practices of US Members of the American College of Surgeons. J Amer Coll Surg 233(3): 331-336. 2021. PMID 34303834.

261. Kuhls DA, Campbell BT, Thomas A, Michaels H, **Bulger EM**, Stewart RM. Survey of the American College of Surgeons Members on Firearm Injury Prevention. J Amer Coll Surg 233(3): 369-82. 2021. PMID 3403833

262. Rosen JE, **Bulger EM**, Cuschieri J. Respiratory Events after Intensive Care Unit Discharge in Trauma Patients: Epidemiology, Outcomes, and Risk Factors. J Trauma Acute Care Surg, Online ahead of print, 2021. PMID 34284468

263. Nehra D, Bulger EM, Maier RV, Moloney KE, RussoJ, Wang J, Anderson K, Zatzick DF. A Prospective US National Trauma Center Study of Firearm Injury Survivors Weapon Carriage and Posttraumatic Stress Disorder Symptoms. Ann Surg 274: e364-e369, 2021. PMID 34225296

264. Cralley AL, Moore EE, Scalea TM, Inaba K, **Bulger EM**, Meyer DE, Fox CJ, Sauaia A. Predicting success of resuscitative endovascular occlusion of the aorta: Timing supersedes variable techniques in predicting patient survival. J Trauma Acute Care Surg 91: 473-479, 2021. PMID 34086662

265. Johnson NL, Wade CE, Fox EE, Meyer DE, Fox CJ, Moore EE, Morrison J, Scalea T, **Bulger EM**, Inaba K, Morse BC, Moore LJ; Emergent Truncal hemorrhage Control Study group. Determination of optimal deployment strategy for REBOA in patients with non-compressible torso hemorrhage below the diaphragm. Trauma Surg Acute Care Open, 2021. PMID 33693060

266. O'Connell KM, Kolnik S, Arif K, Qui Q, Jones S, Ingraham C, Rivara F, Vavilala MS, Maier R, **Bulger EM**. Balloons up: Shorted time to angioembolization is associated with reduced mortality in patients with shock and complex pelvic fractures. Trauma Surg Acute Care Open, 2021. PMID 33693061

267. Rooke DA, Burke CR, Bulger EM, Van Eaton E, Nandate K. Traumatic Suprahepatic inferior vena cava injury survival of a rare case. Trauma Case Rep. 2021 Sep 10;36:100535. doi: 10.1016/j.tcr.2021.100535. PMID: 34584925; PMCID: PMC8452882.

268. Whiteside LK, Vrablik MC, Russo J, **Bulger EM**, Nehra D, Moloney K, Zatzick DF. Leveraging a health information exchange to examine the accuracy of self-reported emergency department utilization among hospitalized injury survivors. Trauma Surgery Acute Care Open , 2021. PMID 33553651.

269. Rowell SE, Meier EN, McKnight B, Kannas D, May S, Sheehan K, **Bulger EM**, Idris AH, Christenson J, Morrison LJ, Frascone RJ, Borsage PL, Colella MR, Johannigman J, Cotton BA, Callum J, McCullan TP, Gandi RR, Schlamp R, Robinson BRH, Jui J, Klein L, Rizoli S, Gamber M, Fleming M, Hwang J, Vincent LE, Williams C, Hendrickson A, SimonsomR, Klotz P, Sopko G, Withan W, Ferrara M. Schreiber MA. Effect of Out-of-Hospital tranexamic Acid vs Placebo on 6 Month Functional

Neurologic Outcome in patients with Moderate or Severe Traumatic Brain Injury. JAMA 324: 961-974, 2020. PMID 32897344

270. Barnard LM, Guan S, Zarmer L, Mills B, Blackwood J, **Bulger E,** Yang BY, Johnston P, Vavilala MS, Sayre MR, Rea TD, Murphy DL. Prehospital tourniquet use: An evaluation of community application and outcome. J Trauma Acute Care Surg. 2021 Jun 1;90(6):1040-1047. doi: 10.1097/TA.0000000000003145. PMID: 34016927.

271. Zhang GX, Leung GKK, Lo CM, Lo RK, Wong J, Maier RV, **Bulger EM**, Fan JKM, Fu XB. Regional trauma system development in Shenzhen, China: an 8-year journey. Mil Med Res. 2021 Nov 13;8(1):59. doi: 10.1186/s40779-021-00352-1. PMID: 34772456; PMCID: PMC8590327.

272. Gibran NS, Shipper E, Phuong J, Braverman M, Bixby P, Price MA, **Bulger EM**; NTRAP Burns & Reconstructive Surgery Panel Group. Developing a national trauma research action plan: Results from the Burn Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 Jan 1;92(1):201-212. doi: 10.1097/TA.0000000000003409. PMID: 34554139.

273. Fischer PE, Gestring ML, Sagraves SG, Michaels HN, Patel B, Dodd J, Campion EM, VanderKolk WE, **Bulger EM**. The national trauma triage protocol: how EMS perspective can inform the guideline revision. Trauma Surg Acute Care Open. 2022 Jan 18;7(1):e000879. doi: 10.1136/tsaco-2021-000879. PMID: 35128069; PMCID: PMC8768919.

274. Herrera-Escobar JP, Price MA, Reidy E, Bixby PJ, Hau K, **Bulger EM,** Haider AH; National Trauma Research Action Plan (NTRAP) Long-term Patient-Reported Outcomes Panel. Core Outcome Measures for Research in Traumatic Injury Survivors: The NTRAP Modified Delphi Consensus Study. J Trauma Acute Care Surg. 2022 Jan 25. doi: 10.1097/TA.0000000000003546. Epub ahead of print. PMID: 35081596.

275. McDade JE, Deming HC, Jinks-Chang S, Paulsen MR, Bui AL, Vavilala MS, Rivara FP, **Bulger EM**. Stop the Bleed Training for High School Students: Guardian Attitudes and Their Association with Prior Trauma. J Sch Health. 2022 Jan 30. doi: 10.1111/josh.13134. Epub ahead of print. PMID: 35098532.

276. Maughan BC, Lin A, Caughey AB, **Bulger EM**, McConnell KJ, Malveau S, Griffiths D, Newgard CD. Field Trauma Triage among Older Adults: A Cost-Effectiveness Analysis. J Am Coll Surg. 2022 Feb 1;234(2):139-154. doi: 10.1097/XCS.0000000000000025. PMID: 35213435.

277. Newgard CD, Braverman MA, Phuong J, Shipper ES, Price MA, Bixby PJ, Goralnick E, Daya MR, Lerner EB, Guyette FX, Rowell S, Doucet J, Jenkins P, Mann NC, Staudenmayer K, Blake DP, **Bulger EM**; NTRAP Prehospital and Mass Casualty Preparedness Panel Group. Developing a National Trauma Research Action Plan: Results from the prehospital and mass casualty research Delphi survey. J Trauma Acute

Care Surg. 2022 Feb 1;92(2):398-406. doi: 10.1097/TA.0000000000003469. PMID: 34789701.

278. Stewart BT, Mehta K, Drago M, Henry S, Joseph K, Strong K, Trostchansky JL, Jorgensen JJ, Leung GK, Abi-Saad GS, **Bulger E**, Mock C. Global Survey of Demand-Side Factors and Incentives that Influence Advanced Trauma Life Support (ATLS) Promulgation. World J Surg. 2022 Feb 6. doi: 10.1007/s00268-022-06461-9. Epub ahead of print. PMID: 35128569.

279. **Bulger EM**, Johnson P, Parker L, Moloney KE, Roberts MK, Vaziri N, Seo S, Nehra D, Thomas P, Zatzick D. Nationwide Survey of Trauma Center Screening and Intervention Practices for Posttraumatic Stress Disorder, Firearm Violence, Mental Health, and Substance Use Disorders. J Am Coll Surg. 2022 Mar 1;234(3):274-287. doi: 10.1097/XCS.0000000000000064. PMID: 35213489.

280. Hamad DM, Mandell SP, Stewart RM, Patel B, Guttman MP, Williams P, Thomas A, Jerath A, **Bulger EM**, Nathens AB. Error reduction in trauma care: Lessons from an anonymized, national, multicenter mortality reporting system. J Trauma Acute Care Surg. 2022 Mar 1;92(3):473-480. doi: 10.1097/TA.0000000000003485. PMID: 34840270.

281. Lupton JR, Davis-O'Reilly C, Jungbauer RM, Newgard CD, Fallat ME, Brown JB, Mann NC, Jurkovich GJ, **Bulger E**, Gestring ML, Lerner EB, Chou R, Totten AM. Under-Triage and Over-Triage Using the Field Triage Guidelines for Injured Patients: A Systematic Review. Prehosp Emerg Care. 2022 Mar 4:1-8. doi: 10.1080/10903127.2022.2043963. Epub ahead of print. PMID: 35191799.

282. Conrick KM, Mills B, Mohamed K, Bulger EM, Arbabi S, Vil CS, Dotolo D, Solano E, Vavilala MS, Rowhani-Rahbar A, Moore M. Improving Data Collection and Abstraction to Assess Health Equity in Trauma Care. J Med Syst. 2022 Mar 9;46(4):21. doi: 10.1007/s10916-022-01804-4. PMID: 35260929.

283. Lupton JR, Davis-O'Reilly C, Jungbauer RM, Newgard CD, Fallat ME, Brown JB, Mann NC, Jurkovich GJ, **Bulger E**, Gestring ML, Lerner EB, Chou R, Totten AM. Mechanism of injury and special considerations as predictive of serious injury: A systematic review. Acad Emerg Med. 2022 Mar 23. doi: 10.1111/acem.14489. Epub ahead of print. PMID: 35319149.

284. Joseph B, Saljuqi AT, Phuong J, Shipper E, Braverman MA, Bixby PJ, Price MA, Barraco RD, Cooper Z, Jarman M, Lack W, Lueckel S, Pivalizza E, **Bulger E**; Geriatric Trauma Panel. Developing a National Trauma Research Action Plan: Results from the geriatric research gap Delphi survey. J Trauma Acute Care Surg. 2022 Aug 1;93(2):209-219. doi: 10.1097/TA.0000000000003626. Epub 2022 Apr 8. PMID: 35393380.

285. Senekjian L, Robinson BRH, Meagher AD, Gross JA, Maier RV, **Bulger EM**, Arbabi S, Cuschieri J. Nonoperative Management in Blunt Splenic Trauma: Can Shock Index Predict Failure? J Surg Res. 2022 Aug;276:340-346. doi: 10.1016/j.jss.2022.02.035. Epub 2022 Apr 12. PMID: 35427912.

286. Costantini TW, Galante JM, Braverman MA, Phuong J, Price MA, Cuschieri J, Godat LN, Holcomb JB, Coimbra R, **Bulger EM**; NTRAP Acute Resuscitation Panel. Developing a National Trauma Research Action Plan (NTRAP): Results from the Acute Resuscitation, Initial Patient Evaluation, Imaging, and Management Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 Apr 21. doi: 10.1097/TA.0000000000003648. Epub ahead of print. PMID: 35444148.

287. Newgard CD, Fischer PE, Gestring M, Michaels HN, Jurkovich GJ, Lerner EB, Fallat ME, Delbridge TR, Brown JB, **Bulger EM**; Writing Group for the 2021 National Expert Panel on Field Triage. National guideline for the field triage of injured patients: Recommendations of the National Expert Panel on Field Triage, 2021. J Trauma Acute Care Surg. 2022 Aug 1;93(2):e49-e60. doi: 10.1097/TA.0000000000003627. Epub 2022 Apr 27. PMID: 35475939; PMCID: PMC9323557.

288. Ali M, Liu Z, Taylor M, Orcutt T, Bledsoe A, Phuong J, Stansbury LG, Arbabi S, Robinson BRH, **Bulger E**, Vavilala MS, Hess JR. Blood product availability in the Washington state trauma system. Transfusion. 2022 Apr 26. doi: 10.1111/trf.16888. Epub ahead of print. PMID: 35470898.

289. Cooper Z, Herrera-Escobar JP, Phuong J, Braverman MA, Bonne S, Knudson MM, Rivara FP, Rowhani-Rahbar A, Price MA, **Bulger EM**; NTRAP Injury Prevention Panel. Developing a National Trauma Research Action Plan (NTRAP): Results from the Injury Prevention Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 May 12. doi: 10.1097/TA.0000000000003665. Epub ahead of print. PMID: 35545804.

290. Stein DM, Upperman JS, Livingston DH, Andrews J, **Bulger EM**, Cohen MJ, Eastridge BJ, Fontaine MJ, Guillamondegui O, Hess JR, Jenkins DH, Kaups KL, Nance ML, Spinella PC, Zarzaur BL, Zonies D, Coimbra R. National Blood Shortage: A Call to Action from the Trauma Community. J Trauma Acute Care Surg. 2022 May 25. doi: 10.1097/TA.0000000000003715. Epub ahead of print. PMID: 35610747.

291. Dumas RP, Bankhead BK, Coleman JR, Dhillon NK, Meizoso JP, Bessoff K, Butler WJ, Strickland M, Dultz LA, Davis K, Bulger EM, Reilly PM, Croce MA, Spain DA, Livingston DH, Brasel K, Coimbra R, Knowlton LM. Developing and Leading a Sustainable Organization for Early Career Acute Care Surgeons: Lessons from the Inaugural AAST Associate Member Council. J Trauma Acute Care Surg. 2022 Jul 1. doi: 10.1097/TA.0000000000003734. Epub ahead of print. PMID: 35777976.

292. Brasel KJ, Braverman MA, Phuong J, Price MA, Kaplan LJ, Kozar R, Michetti CP, Callcut R, **Bulger EM,** Callcut R, Codner P, Evans S, Kaplan LJ, Kim D, Kozar R,

Lipsett P, Lissauer M, Maier RV, Martin ND, May AK, Michetti CP, Murray MJ, Napolitano L, Nirula R, Pittet JF, Robinson B, Rodgers RB, Thakkar R, Tisherman SA, West M, Zonies D; and the Postadmission Critical Care Research Panel Group. Developing a National Trauma Research Action Plan: Results from the postadmission critical care research gap Delphi survey. J Trauma Acute Care Surg. 2022 Dec 1;93(6):846-853. doi: 10.1097/TA.0000000000003754. Epub 2022 Aug 2. PMID: 35916626.

293. Herrera-Escobar JP, Reidy E, Phuong J, Brasel KJ, Cuschieri J, Fallat M, Potter BK, Price MA, **Bulger EM**, Haider AH; NTRAP Long-term Outcomes Panel. Developing a National Trauma Research Action Plan (NTRAP): Results from the Long-term Outcomes Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 Aug 16. doi: 10.1097/TA.0000000000003747. Epub ahead of print. PMID: 35972140.

294. Addams J, Arbabi S, **Bulger EM**, Stansbury LG, Tuott EE, Hess JR. How we built a hospital-based community whole blood program. Transfusion. 2022 Sep;62(9):1699-1705. doi: 10.1111/trf.17018. Epub 2022 Jul 11. PMID: 35815552.

295. Stein DM, Upperman JS, Livingston DH, Andrews J, **Bulger EM**, Cohen MJ, Eastridge BJ, Fontaine MJ, Guillamondegui O, Hess JR, Jenkins DH, Kaups KL, Nance ML, Spinella PC, Zarzaur BL, Zonies D, Coimbra R. National blood shortage: A call to action from the trauma community. J Trauma Acute Care Surg. 2022 Sep 1;93(3):e119-e122. doi: 10.1097/TA.0000000000003715. Epub 2022 May 25. PMID: 35610747.

296. Groner JI, Phuong J, Price MA, Bixby PJ, Ehrlich PF, Burd RS, Jensen AR, Rivara FP, Sribnick EA, **Bulger EM**. Developing a National Trauma Research Action Plan: Results from the Pediatric Research Gap Delphi Survey. J Trauma Acute Care Surg. 2022 Sep 1;93(3):360-366. doi: 10.1097/TA.0000000000003610. Epub 2022 Mar 14. PMID: 35293373.

297. Cooper Z, Herrera-Escobar JP, Phuong J, Braverman MA, Bonne S, Knudson MM, Rivara FP, Rowhani-Rahbar A, Price MA, **Bulger EM**; NTRAP Injury Prevention Panel. Developing a National Trauma Research Action Plan: Results from the injury prevention research gap Delphi survey. J Trauma Acute Care Surg. 2022 Sep 1;93(3):367-375. doi: 10.1097/TA.0000000000003665. Epub 2022 May 12. PMID: 35545804.

298. Dumas RP, Bankhead BK, Coleman JR, Dhillon NK, Meizoso JP, Bessoff K, Butler WJ, Strickland M, Dultz LA, Davis K, **Bulger EM**, Reilly PM, Croce MA, Spain DA, Livingston DH, Brasel KJ, Coimbra R, Knowlton LM. Developing and leading a sustainable organization for early career acute care surgeons: Lessons from the inaugural American Association for the Surgery of Trauma Associate Member Council. J Trauma Acute Care Surg. 2022 Oct 1;93(4):e143-e146. doi: 10.1097/TA.0000000000003734. Epub 2022 Jul 1. PMID: 35777976.

299. Thomas AC, Campbell BT, Subacius H, Orlas CP, **Bulger E**, Stewart RM, Stey AM, Jang A, Hamad D, Bilimoria KY, Nathens AB. National evaluation of the association between stay-at-home orders on mechanism of injury and trauma admission volume. Injury. 2022 Nov;53(11):3655-3662. doi: 10.1016/j.injury.2022.09.012. Epub 2022 Sep 13. PMID: 36167686; PMCID: PMC9467931.

300. Jacobs L, Keating JJ, Hunt RC, Butler FK, Pons PT, Gestring M, **Bulger E**, Eastman A, Kerby J, Hashmi Z, Fridling J, Inaba K, Matsushima K, Goralnick E, Melnitchouk N, Welten V. Stop the Bleed®. Curr Probl Surg. 2022 Oct;59(10):101193. doi: 10.1016/j.cpsurg.2022.101193. Epub 2022 Aug 6. PMID: 36253022.

301. Stadeli KM, Sonett D, Conrick KM, Moore M, Riesenberg M, **Bulger EM,** Meischke H, Vavilala MS. Perceptions of Prehospital Care for Patients With Limited English Proficiency Among Emergency Medical Technicians and Paramedics. JAMA Netw Open. 2023 Jan 3;6(1):e2253364. doi: 10.1001/jamanetworkopen.2022.53364. PMID: 36705920.

302. Bilodeau KS, Badulak J, **Bulger E,** Stewart B, Mandell SP, Taylor M, Condella A, Carlson MD, Kohl LP, Simpson NS, Heather B, Prekker ME, Johnson NJ. Implementation of Extracorporeal Membrane Oxygenation Without On-Site Cardiac Surgery or Perfusion Support: A Tale of Two County Hospitals. ASAIO J. 2023 Jan 9. doi: 10.1097/MAT.0000000000001883. Epub ahead of print. PMID: 36727856.

303. Ferrada P, Cannon JW, Kozar RA, **Bulger EM,** Sugrue M, Napolitano LM, Tisherman SA, Coopersmith CM, Efron PA, Dries DJ, Dunn TB, Kaplan LJ. Surgical Science and the Evolution of Critical Care Medicine. Crit Care Med. 2023 Feb 1;51(2):182-211. doi: 10.1097/CCM.0000000000005708. Epub 2023 Jan 20. PMID: 36661448.

304. Condella A, Lindo EG, Badulak J, Johnson NJ, Maine R, Mandell S, Town JA, Luks AM, Elizaga S, **Bulger EM**, Stewart BT. Veno-venous Extracorporeal Membrane Oxygenation for COVID-19: A Call For System-Wide Checks to Ensure Equitable Delivery For All. ASAIO J. 2023 Mar 1;69(3):272-277. doi: 10.1097/MAT.0000000000001823. Epub 2022 Oct 3. PMID: 36847809; PMCID: PMC9949367.

305. Villarreal CL, Price MA, Moreno AN, Zenteno A, Saenz C, Toppo A, Herrera-Escobar JP, Sims CA, **Bulger EM**; (NTRAP) Investigators Group National Trauma Research Action Plan. Regulatory challenges in conducting human subjects research in emergency settings: the National Trauma Research Action Plan (NTRAP) scoping review. Trauma Surg Acute Care Open. 2023 Mar 2;8(1):e001044. doi: 10.1136/tsaco-2022-001044. PMID: 36895783; PMCID: PMC9990621.

306. Zatzick D, Palinkas L, Chambers DA, Whiteside L, Moloney K, Engstrom A, Prater L, Russo J, Wang J, Abu K, Iles-Shih M, **Bulger E**. Integrating pragmatic and implementation science randomized clinical trial approaches: a PRagmatic Explanatory

Continuum Indicator Summary-2 (PRECIS-2) analysis. Trials. 2023 Apr 21;24(1):288. doi: 10.1186/s13063-023-07313-0. PMID: 37085877; PMCID: PMC10122352.

Pubmed link to Bibliography
https://www.ncbi.nlm.nih.gov/sites/myncbi/1XGbe7OhU3w5l/bibliography/48645408/public/?sort=date&direction=ascending

*Chapters, Review Articles, Editorials*

1. Maier RV, **Bulger EM**. Endothelial Changes after Shock and Injury. New Horizons 4:211-223, 1996

2. **Bulger EM**, Helton WS. Nutrient Antioxidants in Gastrointestinal Diseases. Gastroenterology Clinics of North America. 27(2): 403-419, 1998.

3. **Bulger EM**, Jurkovich GJ, Gentillello LM, Maier RV. Current clinical options for the treatment and management of ARDS. J Trauma 48(3): 562-572, 2000.

4. **Bulger EM**, Jurkovich GJ. Review of Mechanical Ventilation. Snow Tiger Medical Database Internet Site, 1999.

5. **Bulger EM**, Maier RV Lipid Mediators in the Pathophysiology of Critical Illness. Crit Care Med 28(4) (Suppl): N27-N36, 2000.

6. **Bulger EM**, Nathens AB, Maier RV. The Immuno-Inflammatory Response. In Surgical Research, eds W.W. Souba & D.W Wilmore, Academic Press, San Diego, CA, 2001, pp. 893—908.

7. **Bulger EM**, Jurkovich GJ. Pancreas: Diagnosis, Drainage/Debridement, Repair and Resection. Operative Techniques in General Surgery, 2(3):221-233, 2000.

8. **Bulger EM**, Maier RV: Autologous Blood Transfusion in Trauma. Trauma, 3: 1-7, 2001.

9. **Bulger, EM**, Maier, RV: Antioxidants in Critical Illness. Archives of Surgery, 136: 1201-1207, 2001.

10. **Bulger EM**: Fat Embolism Syndrome in *Thoracic Trauma Critical Care* eds. Karmy-Jones R, Nathens A, Stern EJ Kluwer Academic Pub., Norwell, MA. 2002.

11. **Bulger EM**: Ventilation: An Overview in *Textbook of Thoracic Trauma Critical Care,Care* eds. Karmy-Jones R, Nathens A, Stern EJ Kluwer Academic Pub., Norwell, MA. 2002.

12. **Bulger EM**: Adult Respiratory Distress Syndrome in *Textbook of Thoracic Trauma Critical Care,Care* eds. Karmy-Jones R, Nathens A, Stern EJ Kluwer Academic Pub., Norwell, MA. 2002.

13. **Bulger EM**, Jurkovich GJ: Duodenum and Pancreas in Trauma Manuel 4th edition, eds. Moore EE, Mattox KJ, Feliciano DV, McGraw-Hill Inc., San Francisco, CA, 2003, pp. 261-269.

14. **Bulger EM**, Jurkovich GJ: Duodenum and Pancreas in Trauma, eds. Moore EE, Mattox KJ, Feliciano DV, McGraw-Hill Inc., San Francisco, CA, 2003, pp 709-734.

15. **Bulger EM**, Maier RV. An Argument for the use of Vitamin E Supplementation in the Management of Systemic Inflammatory Response Syndrome, Shock 19 (2): 99-103, 2003.

16. Broussard E, **Bulger EM**, Surawicz CM. Pseudomembranous Colitis. The Colon. Ed N Stollman.Marcel Dekker,  In Press 2003.

17. **Bulger EM**. Initial Care Phase: Prehospital and Resuscitation Care in Surgery, Scientific Principles and Practice, 4th edition eds Mulholland, Lillemoe, Doherty, Maier and Upchurch, pp 358-364, 2005.

18. **Bulger, EM**. Thoracic Trauma in the Elderly. In Handbuch der Thoraxtraumatologie, Vol 1-2, ed R Gahr, Einhorn Presse Verlag, Hamburg, Germany, 2006

19. Davis DP, Fakhry SM, Wang HE, **Bulger EM**, Domeier RM, Trask AL, Bochiccio GV, Hauda WE, Robinson L.  Paramedic Rapid Sequence Intubation for Severe Traumatic Brain Injury: Perspectives from an Expert Panel. *Prehospital Emergency Care* 11:1-8, 2007.

20. **Bulger EM**, Maier RV. Prehospital Care of the Injured: What's New. Surg Clin North Am 87: 37-53, 2007.

21: **Bulger EM**. Invited Critique: "Usage of Blood Products in Multiple Casualty Incidents: Experience of a Level 1 Trauma Center in Israel" Soffer et al, Archives of Surgery In press 2007.

22. May AK, Stafford RE, **Bulger EM**, Heffernan D, Guillamondegui O, Bochicchio G, Eachempati SR. Surgical Infection Society Guidelines for the Treatment of Complicated Skin and Soft Tissue Infections. Surgical Infections 10 (5):467-499, 2009.

23. Warner KJ, **Bulger EM**. Does Prehospital Ventilation Impact Outcome after Traumatic Brain Injury? Trauma (http://tra.sagepu.com) 9:283, 2007.

24. Evans H, **Bulger EM**. Oliguria in Trauma, Surgical Critical Care, and Surgical Emergencies. In press 2008.

25. Lerner EB, Schwartz RB, Coule PL, Weinstein ES, Cone DC, Hunt RC, Sasser SM, Liu JM, Nudell N, Wedmore IS, Hammond J, **Bulger EM**, Salomone JP, Sanddal TL, Lord GC, Markenson D, O'Connor RE: Mass Casualty Triage: An Evaluation of the Data and Development of a Proposed National Guideline. Disaster Medicine and Public Health Preparedness, (In Press), 2008.

26. Baker DA, **Bulger EM**. Airway Management in Penetrating Trauma, in Penetrating Trauma, ed Doll D, Degiannis E, Vellhamus G. 2009.

27. Carlbom D, **Bulger EM**. Prehospital Management of Penetrating Trauma, in <u>Penetrating Trauma</u>, ed Doll D, Degiannis E, Vellhamus G. 2009.

28. Evans HL, **Bulger EM**. Management of Penetrating Injuries to the Head and Neck, in <u>Penetrating Trauma</u>, ed Doll D, Degiannis E, Vellhamus G. 2009.

29. **Bulger EM**. Necrotizing Skin and Soft Tissue Infections in <u>Current Surgical Therapy</u>, 10th Ed, ed Cameron J and Cameron A, 2010.

30. **Bulger EM**. Prehospital and Resuscitation Care in <u>Surgery, Scientific Principles and Practice, 4th edition</u> eds Mulholland, Lillemoe, Doherty, Maier and Upchurch. 5th ed In press 2010.

31. Davidson G, **Bulger EM** Acute Respiratory Dysfunction in <u>Acute Care Surgery,</u> eds Jurkovich, G. In press, 2010.

32. **Bulger EM** Management of multiple rib fractures, UpToDate, Trauma Surgery section 2010.

33. **Bulger EM** Hypertonic Fluids in <u>Clinical Fluid Therapy in the Peri-operative Setting</u>, ed Hahn R. Cambridge University Press, 2011.

34. **Bulger EM**, Cuschieri J. Steroids after Severe Injury: Many Unanswered Questions. JAMA 305:1242-1243, 2011. (Invited editorial)

35. Holcomb JB, Weiskopf R, Champion H, Gould SA, Sauer RM, Brasel K, Bochicchio G, **Bulger EM**, et al Challenges to effective research in acute trauma resuscitation: consent and endpoints. Shock 35: 107-13, 2011.

36. **Bulger EM**. The Science of Shock and Fluid Resuscitation in <u>Urological Emergencies: A Practical Guide, Edition 2</u>, ed H Wessels, Springer Science and Business Media, New York, NY, 2013.

37. Bulger EM. 7.5% saline and 7.5% saline/6% dextran for hypovolemic shock. J Trauma 70, 5 Suppl S27-9, 2011.

38. Kaji AH, Lewis RJ, Beavers-May T, Berg R, **Bulger E**, Cairns C, Callaway C, et al. Summary of NIH Medical-Surgical Emergency Research Roundtable held April 30 to May 1, 2009. Ann Emerg Med 56: 522-37, 2010

39. **Bulger EM** & Hoyt DB. Hypertonic Resuscitation after Severe Injury: Is it of benefit? In <u>Advances in Surgery</u> Vol 46, ed Cameron JL. 2011

40. **Bulger EM**. Chest Wall Injury in <u>Geriatric Trauma</u>, ed Luchette, Yelon, 2012

41. **Bulger EM**. Evaluation of Shock in Adults, First Consult, 2012.

42. Evans HL and **Bulger EM**. Surgical Infections in <u>Infectious Diseases , 4th Ed</u> In Press, 2014

43. Cribari C, **Bulger EM**, Jacobs L. *Trauma* in American College of Surgeons Quality and Patient Safety Resource Manuel, In Press 2015.

44. **Bulger EM** and Hoyt DB. *Hemorrhagic Shock* in <u>Critical Care</u>, Ed Civetta, In Press 2015.

45. **Bulger EM** Hypertonic Fluids in <u>Clinical Fluid Therapy in the Peri-operative Setting</u>, 2nd ed Hahn R. Cambridge University Press, 2016.

46. Evans HL, **Bulger EM**. Management of Necrotizing Soft Tissue Infection in <u>Evidence Based Critical Care: A Case Based Approach</u> ed R Hyzy, In press 2015.

47. **Bulger EM** and Briggs SM. A Surgical Response to the Haiti Earthquake 2010, in <u>Surgery During Natural Disasters, Combat, Terrorist Attacks, and Crisis Situations</u>, ed Lim RB, Springer International Pub, New York, 2015.

48. **Bulger EM**. Prehospital Damage Control in <u>Damage Control Surgery</u>, ed Rotondo M et al, Springer International Pub, New York, 2016, in press.

49. Fischer P, **Bulger EM**, Perina DG, Delbridge TR, Gestring ML, Fallat ME, Shatz DV, Doucet J, Levy M, Stuke L, Zietlow SP, Goodloe JM, VanderKolk WE, Fox AD, Sandall ND. Guidance Document for the Prehospital use of Tranexamic Acid in Injured Patients. Prehospital Emergency Care, epub March 2016.

50. **Bulger EM**. Invited Commentary: Chapter 11 Traumatic Brain Injury in <u>Acute Care Surgery and Trauma: Evidence-Based Practice</u>. eds Cohn SM, Dolich MO, Inaba K. CRC Press, New York, 2016, pp122-123.

51. **Bulger, EM**. Invited Commentary on "A Role for the Early Warning Score in Early Identification of Critical Postoperative Complications" Hollis et al, for Selected Readings, American College of Surgeons.

52. **Bulger EM**, Carlbom D.  King County Emergency Medical Services Paramedic Yearly Training: Blast Injuries.  EMS Online Seattle/King County Emergency Medical Services, 2016. Web. 18 Oct 2016.
http://www.emsonline.net/Courses/Paramedic/ALS-2016-Blast-Injuries/intro.asp

53. Witt C, **Bulger EM**. A Comprehensive Approach to the management of the patient with multiple rib fractures: A review and introduction of a bundled rib fracture management protocol., Trauma Surgery and Acute Care Open, Jan 2017. (tsaco.bmj.com)

54. **Bulger   EM**,   reviewer.   *Selected   Readings   in   General   Surgery*.   2017:42(8):e1. http://web2.facs.org/SRGS_Connect/wysk/wysk0117.cfm.   Accessed   January   24,   2017. Review of: Hollis RH, Graham LA, Lazenby JP, et al. A Role for the Early Warning Score in Early Identification of Critical Post-operative Complications.

55. Jenkins DH, Winchell RJ, Coimbra R, Rotondo MF, Weireter LJ, **Bulger EM**, Kozar RA, Nathens AB, Reilly PM, Henry SM, Jimenez MF, Chang MC, Coburn M, Dodd J, Neal ML, Rosen J, Clemency J, Hoyt DB, Stewart RM. Position Statement of the American College of Surgeons Committee on Trauma on the National Academies of Science, Engineering, and Medicine Report, A National Trauma Care System: Integrating Military and Civilian Trauma Systems to Achieve Zero Preventable Deaths after Injury. J Trauma Acute Care Surg 81: 819-23. 2016.

56. Napolitano LM, Biester TW, Jurkovich GJ, Buyske J, Malangoni MA, Lewis FR Jr; **Members of the Trauma, Burns and Critical Care Board of the American Board of Surgery**. General surgery resident rotations in surgical critical care, trauma, and burns: what is optimal for residency training? Am J Surg 12: 629-37, 2016.

57. **Bulger EM**, reviewer. *Selected Readings in General Surgery*. 2017:43(2):e1. http://web2.facs.org/SRGS_Connect/wysk/wysk0417.cfm. Accessed April 25, 2017. Review of: Heddle NM, Cook RJ, Arnold DM, et al. Effect of Short-Term vs. Long-Term Blood Storage on Mortality after Transfusion.

58. **Bulger EM**, Kastl JG, Maier RV. The History of Harborview Medical Center and the Washington State Trauma System. Trauma Surg Acute Care Open, 2017.

59. **Bulger EM**. Chest Wall Injury in Geriatric Trauma and Emergency Care in Geriatric Trauma and Critical Care 2nd ed, eds Luchette FA and Yelon JA, Springer International Publishing, 2017

60. Brenner M, **Bulger EM**, Perina DG, Henry S, Kang CS, Rotondo MF, Chang MC, Weireter LJ, Coburn M, Winchell RJ, Stewart RM. Joint statement from the American College of Surgeons Committee on Trauma (ACS COT) and the American College of Emergency Physicians (ACEP) regarding the clinical use of Resuscitative Endovascular Balloon Occlusion of the Aorta (REBOA). Trauma Surg Acute Care Open, http://tsaco.bmj.com/content/3/1/e000154, 2018.

61. Stewart RM, Kuhls DA, Rotondo MF, **Bulger EM**. Freedom with Responsibility: A Consensus Strategy for Preventing Injury, Death, and Disability from Firearm Violence, Journal of the American College of Surgeons, In press, open access, https://www.sciencedirect.com/science/article/pii/S1072751518302758

62. **Bulger EM**, Rasmussen TE, Jurkovich GJ, Fabian TC, Kozar RA, Coimbra R, Costantini TW, Ficke J, Malhotra AK, Price MA, Smith SL, Cioffi WG, Stewart RM. Implementation of a National Trauma Research Action Plan (NTRAP). J Trauma Acute Care Surg. 2018 Jan 24, epub ahead of print.

63. Shirvan A, **Bulger E**, Dankner W. Reltecimod, Drugs of the Future 43 (4): 243-259, 2018.

64. Fischer P, Perine D, Delbridge T, Fallat M, Salomone J, Dodd J, **Bulger E**, Gestring M. Spinal Motion Restriction in the Trauma Patient- A Joint Statement. Prehospital Emerg Care, epub ahead of print 2018.

65. Winchell RJ, Eastridge BJ, Moore MM, Ashley DW, Gaines BA, Gainor D, Jahangir AA, Kreig JC, Mays CA, Michaels HN, Namias N, Perina D, **Bulger EM**, Stewart RM. Developing a national trauma system: proposed governance and essential elements. J Trauma Acute Care Surg 85(3): 637-641, 2018.

66. Talley CL, Campbell BT, Jenkins DH, Barnes SL, Sidwell RA, Timmerman G, Gross RI, Coburn M, Bailey JA, Eastman A, Ficke J, Kuncir E, Letton RW, Eastridge BJ, Liepert AE, Wilson A, Robinette D, Davis JW, Shalgian C, Michaels H, Weisslet MC, Kuhls DA, **Bulger EM**, Stewart RM. Recommendations from the American College of Surgeons Committee on Trauma's Firearm Strategy Team (FAST) Workgroup: Chicago Consensus I. J Am Col Surg 228(2): 198-206, 2019.

67. Morrison SD, Kolnik SM, Massie JP, Crowe CS, Dugi D 3rd, Friedrich JB, Pham TN, Berli JU, O'Keefe GE, **Bulger EM**, Maier RV, Mandell SP. Injury in the Transgender Population: What the trauma surgeon needs to know. J Trauma Acute Care Surg, 2018 epub ahead of print.

68. Fisher AD, **Bulger EM**, Gestring ML. Stop the Bleeding: Educating the Public. JAMA 320(6):589-590, 2018.

69. Miranda D, **Bulger EM**. Novel Immune Therapies in the Management of Streptococcal Sepsis and Necrotizing Soft Tissue Infections. Surg Infect 19:745-749, 2018.

70. **Bulger EM**, Gestring ML, Jacobs LM. Optimizing Bleeding Control Training for the Public: A National Imperative. JAMA Surg 153:799, 2018.

71. **Bulger EM**, Stewart RM. Opinion: A Public Health Approach Reduced Deaths from Car Crashes. It can do the same for Gun Violence. Los Angeles Times, 9/13/19. https://www.latimes.com/opinion/story/2019-09-13/public-health-approach-gun-violence-deaths-firearms

72. **Bulger EM**, Jacobs L, Stewart RM. Bleeding Control Training for the Lay Public: Keep it Simple. JAMA Surgery, 2019.

73. **Bulger EM**, Kuhls D, Stewart RM. A Comprehensive Approach to Firearm Injury Prevention: ACS Committee on Trauma hosts historic summit. Bulletin, American College of Surgeons, October 2019, pp 21-25.

74. **Bulger EM**, Stewart RM, Armstrong JH, Eastridge B, Capella J, Doucet J, Zonies D, Ding L. Ficke J. Maintaining Trauma Center Access during the COVID-19 Pandemic. https://www.facs.org/covid-19/clinical-guidance/maintaining-access, March 20, 2020.

75. Stewart RM, **Bulger EM**, Epley E, Mitchell SH. How to set up a Regional Medical Operations Center to Manage the COVID-19 Pandemic. https://www.facs.org/covid-19/clinical-guidance/rmoc-setup , April 13, 2020.

76. **Bulger EM**, Stewart RM. ACS Statement on the Importance of Maintaining the Emergency Care System during the COVID-19 Pandemic. https://www.facs.org/covid-19/clinical-guidance/statement-maintaining

77. Price MA, A Kozar R, **Bulger EM**, Jurkovich GJ. Building the future for national trauma research. Trauma Surg Acute Care Open. 2020;5(1):e00042i. PubMed PMID: 32154380; PubMed Central PMCID: PMC7046959.

78. P Ho V, A Dicker R, Haut ER, **CNTR Scientific Advisory Committee**. Dissemination, implementation, and de-implementation: the trauma perspective. Trauma Surg Acute Care Open. 2020;5(1):e000423. PubMed PMID: 32154382; PubMed Central PMCID: PMC7046940.

79. Godat LN, Jensen AR, Stein DM, **CNTR Scientific Advisory Committee**. Patient-centered outcomes research and the injured patient: a summary of application. Trauma Surg Acute Care Open. 2020;5(1):e000422Review. PubMed PMID: 32154381; PubMed Central PMCID: PMC7046946.

80. Duncan TK, Weaver JL, Zakrison TL, Joseph B, Campbell BT, Christmas AB, Stewart RM, Kuhls DA, **Bulger EM**. Domestic Violence and Safe Storage of Firearms in the COVID-19 Era. Ann Surg. 2020 May 20;. doi: 10.1097/SLA.0000000000004088. [Epub ahead of print] PubMed PMID: 32433300; PubMed Central PMCID: PMC7268852.

81. Pieracci FM, Burlew CC, Spain D, Livingston DH, **Bulger EM**, Davis KA, Michetti C. Tube thoracostomy during the COVID-19 pandemic: guidance and recommendations from the AAST Acute Care Surgery and Critical Care Committees. Trauma Surg Acute Care Open. 2020;5(1):e000498. doi: 10.1136/tsaco-2020-000498

82. Michetti CP, Burlew CC, **Bulger EM**, Davis KA, Spain DA. Performing tracheostomy during the Covid-19 pandemic: guidance and recommendations from the Critical Care and Acute Care Surgery Committees of the American Association for the Surgery of Trauma. Trauma Surg Acute Care Open. 2020;5(1):e000482. doi: 10.1136/tsaco-2020-000482

83. Scott JW, Shrime MG, Stewart BT, Arbabi S, **Bulger EM**, Cuschieri J, Maier RV, Robinson BRH. Authors Reply: Understanding state-level Medicaid expansion in the context of nationwide data. J Trauma Acute Care Surg. 2020 Apr 14

84. **Bulger EM**. Harnessing your passion and connecting to purpose. 2020 Oriens Lecture EAST, J Trauma Acute Care Surg, 89 (1):13-17, 2020.

85. Newgard CM, **Bulger EM**. Inclusion of All Admitted Patients for Trauma in Trauma Registries: Reply to Letter to the Editor. JAMA Surgery 155;265-266, 2020.

86. **Bulger EM**. A Growing Body of Evidence Supports the American College of Surgeons Stop the Bleed Program. J Amer Coll Surg 233: 239-240, 2021.

87**. Bulger EM**. Optimizing Venous Thromboembolism Prophylaxis after Injury: An Evidence-based Approach. Ann Surg, In Press 2021.

88. Zhang G, Leung GK, Lo CM, Lo RK, Wong J, Maier RV, **Bulger EM**, Fan JK, Fu X. Regional trauma system development in Shenzhen, China: an 8-year journey. Military Medical Research, https://doi.org/10.1186/s40779-021-00352-1 , 2021.

89. **Bulger EM.**  Women in Trauma Surgery: Advancing our Profession Through International Collaboration.  Kirurgen 1-2022, page 38-39.

90. Kerby J, **Bulger EM.**  The COT at 100: A Legacy of Improved Care for the Injured Patient. American College of Surgeons Bulletin.  March 4, 2022 https://bulletin.facs.org/2022/03/the-cot-at-100-a-legacy-of-improved-care-for-the-injured-patient/

91. Bulger, EM, Clemency J, Stewart RM (Editors) Looking to the Future Through the Lens of Legacy: 100 years of the American College of Surgeons Committee on Trauma, 2022.


## PRESENTATIONS/ INVITED LECTURES:

1. Death in the Operating Room: A trauma center review. Seattle Surgical Society, 1994

2. Death in the Operating Room: A trauma center review. Washington State Chapter, American College of Surgeons, Second Place Henry Harkins Paper Competition, 1994.

3. Ischemic Necrosis of the Lesser Curve: A complication of highly selective vagotomy. Washington State Chapter, American College of Surgeons, 1995

4. Dithiocarbamates enhance alveolar macrophage TNF production in response to endotoxin despite inhibition of NF-kB, Region X Resident Paper Competition- ACS Committee on Trauma, Winner Best Basic Science Paper, 1995.

5. Fat Embolism Syndrome: A Ten Year Review. Seattle Surgical Society - Winner Best Resident Paper, 1996

6. The effect of dithiocarbamates on macrophage activation. Society of University Surgeons, Residents' Section, 1996.

7. The effect of dithiocarbamates on macrophage activation Shock Society - Young Investigator Award Finalist, 1996.

8. Fat Embolism Syndrome: A Ten Year Review American Association for the Surgery of Trauma, 1996

9.  The differential effects of the membrane antioxidant, vitamin E on macrophage activation.  American College of Surgeons: Surgical Forum, 1996

10. The effect of dithiocarbamates on macrophage activation. Washington State Chapter, American College of Surgeons, 1996

11. Enteral vitamin E supplementation inhibits the cytokine response to endotoxin Runner up Best Basic Science Paper Region X Resident Paper Competition- ACS Committee on Trauma, 1996

12. Enteral vitamin E supplementation inhibits the cytokine response to endotoxin. Society of University Surgeons, Resident's Section, 1997.

13. The role of vitamin E as a modulator of macrophage activation. The 4th International Congress on the Immunological Consequences of Trauma, Shock, and Sepsis, Munich, Germany, 1997

14. Enteral vitamin E supplementation inhibits the cytokine response to endotoxin. Surgical Infection Society, 1997

15. Intracellular antioxidant activity is necessary to modulate the macrophage response Shock Society, 1997

16. Inhibition of p38 MAP Kinase differentially inhibits macrophage production of Il-8 in response to hypertonic saline and LPS. Society for Leukocyte Biology, 1997

17. The evaluation of thoracic aortic injury in the community hospital. Washington State Chapter, American College of Surgeons, 1998.

18. Rib fractures in the elderly. Washington State Chapter, American College of Surgeons, 1998

19. The evaluation of thoracic aortic injury in the community hospital. Pacific Northwest Vascular Society, 1998. 3rd place, Resident paper competition

20. Rib fractures in the elderly trauma patient. Regional Resident Paper Competition- American College of Surgeons Committee on Trauma, 1998

21. What's New in ARDS? Surgical Grand Rounds, Department of Surgery, University of Washington, 1998

22. Myodesis: A novel approach to the repair of complex traumatic hernias. Washington State Chapter, American College of Surgeons, 1999.

23. Rib fractures in the elderly. American Association for the Surgery of Trauma, 1999

24. The Macrophage Response to Endotoxin Requires Platelet Activating Factor. Region X Resident Paper Competition-American College of Surgeons Committee on Trauma, Best Basic Science Paper, 1999

25. The macrophage response to endotoxin requires platelet activating factor. 5th World Congress on the Immunological Consequences of Trauma, Shock, and Sepsis, Munich, Germany, 2000

26. The macrophage proinflammatory response to endotoxin requires platelet activating factor. Surgical Infection Society. Providence, RI, 2000

27. Variations in the Care of the Head Injured Patient. American College of Surgeons-Surgical Forum, Chicago, IL, 2000.

28. The morbidity of a Colostomy following Penetrating Colon Injury. Western Trauma Association, Big Sky, MT, 2001.

29. Rib fractures in the elderly trauma patient. WAMI 2001: Current Practices in Adult and Pediatric Trauma Conference, Tukwilla, WA, 2001.

30. Differential modulation of macrophage signaling pathways by phenolic antioxidants. Shock Society, Marco Island, FL, 2001.

31. Colon Injury: The Current Standard. The Annual Harkins Surgical Symposium: What's New in General Surgery 2001, Seattle, WA 2001.

32. The use of Anabolic Agents in Critical Illness. What's New in Nutrition Lecture Series, University of Washington, Seattle, WA 2002.

33. Platelet Activating Factor Acetylhydrolase inhibits alveolar macrophage activation, *in vivo*. Surgical Infection Society, Madrid, Spain 2002.

34. Substance P primes human monocytes via upregulation of p38 kinase and nuclear factor ☐B. Shock Society, Big Sky, Montana, 2002.

35. Surgical portacaval shunt is well-tolerated in elderly cirrhotics with variceal bleeding. Pacific Northwest Vascular Society, Seattle, WA, 2002.

36. Anabolic Agents in Critical Illness. Clinical Nutrition Research Unit Retreat, Seattle, WA, 2003.

37. Induction of heme-oxygenase 1 inhibits the proinflammatory response of endothelial cells, Society of University Surgeons, Houston, TX, 2003.

38.  National Controversies in Prehospital Trauma Care. West Region EMS Conference, Ocean Shores, WA, 2003.

39.  Use of Recombinant Factor VIIa in Coagulopathy. WAMI 2003: Current Practices in Adult and Pediatric Trauma Conference, Tukwila, WA 2003.

40.  National Controversies in Prehospital Trauma Care. Department of Surgery Grand Rounds, University of Washington, Seattle, WA 2003

41.  Resuscitation Immunology. Surgical Infection Society Plenary Session, San Antonio, TX 2003.

42.  Epidural Analgesia Improves Outcome Following Multiple Rib fractures. Society of University Surgeons, St. Louis, MO 2004

43.  Hypertonic Resuscitation for Traumatic brain Injury. 6th World Congress on Trauma. Shock, Inflammation, and Sepsis, Munich Germany, 2004.

44.  The Role of Platelet Activating Factor in LPS Signaling. . 6th World Congress on Trauma. Shock, Inflammation, and Sepsis, Munich Germany, 2004.

45.  The Anti-inflammatory Effects of Heme-oxygenase 1. 6th World Congress on Trauma. Shock, Inflammation, and Sepsis, Munich Germany, 2004.

46.  Oxandrolone does not Improve Outcome for Ventilator Dependent Surgical Patients. American Surgical Association, San Francisco, CA 2004.

47.  The Use of Neuromuscular Blocking Agents to Facilitate Prehospital Intubation does not Impair Outcome following Traumatic Brain Injury, American Association for the Surgery of Trauma, Maui Hawaii 2004

48.  Predictors of Survival for Trauma Patients Requiring CPR. American Association for the Surgery of Trauma, Maui Hawaii 2004.

49.  Choosing the Optimal Resuscitation Fluid, American College of Surgeons, New Orleans, LA 2004

50.  EMS Data: Prehospital Research & Quality Assurance, EMS for Children Symposium, Seattle, WA 2005.

51.  The Evolution of Resuscitation Science. Department of Surgery Grand Rounds, University of Washington, Seattle, WA 2005

52.  Management of Necrotizing Soft Tissue Infections, Surgical Infection Society, Miami, FL 2005.

53. The Use of Neuromuscular Blocking Agents to facilitate Prehospital Intubation: Impact on Outcome. WAMI 2005: Current Practices in Adult and Pediatric Trauma Conference, Seattle, WA 2005

54. Prehospital Airway and Ventilation Issues for Trauma Patients, Resuscitation Rounds, University of Washington, Seattle, WA, 2005.

55. Best Practices in Prolonged Mechanical Ventilation after Injury, American College of Surgeons, San Francisco, CA, 2005

56. Hypertonic Resuscitation following Traumatic Injury. Resuscitation Science Symposium, American Heart Association, Dallas, TX 2005.

57. The Development of Clinical trials of Hypertonic Resuscitation.  Resuscitation Science Symposium, American Heart Association, Dallas, TX 2005.

58. Evaluation of Blunt Cervical Injury. Grand Rounds, Kadlec Medical Center, Pasco, WA 2005

59. Evaluation of Cervical Spine Injury and Mild Traumatic Brain Injury, Trauma Conference, Kadlec Medical Center, Pasco, WA, 2005.

60. Indications and contraindications for Epidural Analgesia in Multiply Injured Patients. American Society Regional Anesthesia and Pain Medicine, 2005 (poster)

61. Development of Clinical Trials of Hypertonic Resuscitation 1980-2005. Society of Critical Care Medicine, San Francisco, CA, 2006.

62. Hypertonic Resuscitation modulates the inflammatory response in patients with traumatic hemorrhagic shock . Surgical Infection Society, San Diego, CA 2006

63. Community Acquired MRSA: (Invited moderator) Surgical Infection Society, San Diego, CA 2006.

64. Hypertonic Saline Resuscitation in Trauma. WAMI 2006: Current Practices in Adult and Pediatric Trauma Conference, Seattle, WA 2006.

65. Management of Necrotizing Soft Tissue Infections. Northwestern University Trauma Conference, Chicago, IL, 2006.

66. Hypertonic Resuscitation of Hypovolemic Shock after Blunt Trauma: A Randomized Controlled Trial. Shock Society, Broomfield, CO 2006.

67. Management of Necrotizing Soft Tissue Infections. Auburn Regional Medical Center Grand Rounds, Auburn, WA 2006.

68. Geriatric Trauma: Challenges and Opportunities. Sacred Heart Medical Center Grand Rounds, Spokane, WA 2006.

69. Childhood Crash Injury Patterns Associated with Restraint Misuse. CIREN network conference. Milwaukee, WI 2006.

70. Targeted Prehospital Ventilation is Associated with Improved Outcome after Severe TBI. American Association for the Surgery of Trauma, New Orleans, LA 2006.

71. Hypertonic Resuscitation Modulates the Inflammatory Response in Patients with Traumatic Hemorrhagic Shock, Surgical Biology Club, American College of Surgeons, Chicago, IL 2006.

72. Prehospital Intubation Saves Lives (Debate vs. D Hoyt) American College of Surgeons, Chicago, IL 2006.

73. Prehospital End Tidal CO2 Monitoring of Ventilation: Not Ready for Prime Time (Debate vs. D Davis) Resuscitation Science Symposium,  American Heart Association, Chicago, IL 2006.

74. The ABCs of Traumatic Brain Injury. Seattle Medic One Tuesday Series, Seattle, WA 2007

75. The ABCs of Thoracic Trauma. West Region EMS Conference, Ocean Shores, WA 2007

76. Important Aspects of Managing the Trauma Patient: Trauma Resuscitation, Society of Interventional Radiology, Seattle, WA 2007.

77. Differential Leukocyte Gene Expression after Hypertonic Resuscitation. Shock Society, Baltimore, MD 2007.

78. Prehospital Management of Traumatic Brain Injury. Kitsap County EMS Continuing Education Meeting, Silverdale, WA 2007.

79. Rural Trauma: Unique Injuries, Unique Solutions. Combined Idaho, Wyoming, Montana Chapter Meeting, American College of Surgeons, Coeur de Lane Idaho, 2007.

80. Prehospital Management following Injury. Combined Idaho, Wyoming, Montana Chapter Meeting, American College of Surgeons, Coeur de Lane Idaho, 2007.

81. Challenging Trauma Cases. Combined Idaho, Wyoming, Montana Chapter Meeting, American College of Surgeons, Coeur de Lane Idaho, 2007.

82. The Effect of Reclined Seats on Mortality in Motor Vehicle Collisions, American Association for the Surgery of Trauma, Las Vegas, 2007.

83. The Advantages of Drug-Assisted Prehospital Intubation. (Debate vs. D. Hoyt) American College of Surgeons, New Orleans, LA 2007.

84. Clinical Trials of Hypertonic Resuscitation: What's gone wrong?. Resuscitation Science Symposium, American Heart Association, Orlando, FL 2007.

85. Telemedicine in the Treatment of Traumatic Brain Injury. American College of Surgeons, Committee on Trauma, Washington DC, 2008.

86. Management of Thoracic Trauma. Medic One Tuesday Series, Seattle, WA 2008.

87. Management of Necrotizing Soft Tissue Infections. Naval Hospital Grand Rounds, Bremerton, WA 2008

88. End Tidal Capnography in Trauma. American Association for the Surgery of Trauma, Maui, Hawaii, 2008.

89. End Tidal Capnography in Trauma. Medic One Tuesday Series, Seattle, WA 2008

90. Exception from Informed Consent: Practical Implications of Research in the Emergency Setting, American Heart Association, New Orleans, 2008

91. Clinical Trials of Hypertonic Resuscitation: Where are we now? Society of Critical Care Medicine, Nashville, TN, 2009.

92. Clinical Trials of Hypertonic Resuscitation. Invited lecture, Visiting Professor, University of Michigan, Ann Arbor, MI 2009.

93. Issues in the Surgical Management of Abscesses and Deep Tissue Infections. 49th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA 2009.

94. Meet the Expert: Management of Necrotizing Skin and Soft Tissue Infections. 49th Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA 2009.

95. Hypertonic Resuscitation following Severe Trauma and Cardiac Arrest. Resuscitation Science Symposium, American Heart Association, Orlando, FL 2009.

96. Prehospital Hypertonic Resuscitation following Traumatic Hypovolemic Shock: A Randomized, placebo-controlled trial. Resuscitation Science Symposium, American Heart Association, Orlando, FL 2009.

97. Hypertonic Resuscitation: Where are we now? Prehospital Fluid Resuscitation Conference, Department of Defense, Dallas, TX 2010.

98. The Disaster Response to the Earthquake in Haiti. Medic One Tuesday Series, Seattle, WA 2010.

99. The Disaster Response to the Earthquake in Haiti. Washington State Govenor's Steering Committee for EMS and Trauma, Olympia, WA 2010.

100. Geriatric Trauma: Challenges and Opportunities. Oregon Trauma Conference, Sunriver, OR 2010.

101. Early Management of Traumatic Brain Injury. Oregon Trauma Conference, Sunriver , OR 2010.

102. Geriatric Trauma: Challenges and Opportunities. WWAMI 2010: Current Practices in Adult and Pediatric Trauma Conference, Seattle, WA 2010.

103. Why doesn't Hyperosmolar therapy improve outcome after TBI? National Trauma Institute Conference, San Antonio, TX  2010.

104. Management of Necrotizing Soft Tissue Infections. American Association for the Surgery of Trauma, Maintenance of Certification Session, Boston, MA 2010

105. Lessons learned from the Disaster Response to the Haiti Earthquake. American Association for the Surgery of Trauma, Panel Moderator, Boston, MA 2010

106. The Results of the ROC Trials of Prehospital Resuscitation with Hypertonic Fluids. Combat Casualty Resuscitation: Diagnosis and Intervention Conference, Toronto, Canada, 2010.

107. Fluid resuscitation after severe injury. Resuscitation Rounds, University of Washington, Seattle, WA 2011.

108. Massive Transfusion: What's the Right Ratio?  Seattle Surgical Society, Seattle, WA 2011.

109. Increased Neutrophil Adenosine A3 Receptor Expression is Associated with Hemorrhagic Shock and Injury Severity in Trauma Patients, Shock Society, Norfolk VA 2011.

110. Geriatric Trauma: Challenges and Opportunities, Hawaiian Islands Trauma Symposium, Honolulu, HI 2011.

111. Ventilation Management & End Tidal Capnography, Hawaiian Islands Trauma Symposium, Honolulu, HI 2011.

112. The Disaster Response to the 2010 Haiti Earthquake. Hawaiian Islands Trauma Symposium, Honolulu, HI 2011.

113. Update on Thoracic Trauma Management, Hawaiian Islands Trauma Symposium, Honolulu, HI 2011.

114. Rural Trauma: Unique Injuries, Unique Solutions, Hawaiian Islands Trauma Symposium, Honolulu, HI 2011.

115. Predictive Modeling of Injury Severity utilizing Pre-hospital Trauma Triage and Mechanism of Injury Criteria for Advanced Automatic Crash Notification (AACN) Systems. Annual CIREN Conference, NHTSA, Washington DC 2011.

116. . Impact of Prehospital Mode of Transport after Severe Injury: A multicenter evaluation from the Resuscitation Outcomes Consortium. American Association for the Surgery of Trauma, Chicago, IL 2011.

117. Meet the Expert Luncheon: Necrotizing Soft Tissue Infections. American College of Surgeons Clinical Congress, San Francisco, CA 2011.

118. Necrotizing Soft Tissue Infections: You Have to Operate! American College of Surgeons Clinical Congress, San Francisco, CA 2011.

119. Fluid Resuscitation after Severe Injury: What's New? Detroit Trauma Symposium, Detroit, MI 2011.

120. Management of Necrotizing Soft Tissue Infections, Detroit Trauma Symposium, Detroit, MI 2011.

121. . The Hospital Response to a Terrorist Bombing Event in King County, WA, Tale of Our Cities Conference, Seattle, WA 2011.

122. Trauma Systems and Disaster Planning. Washington State Society of Anesthesiologists, Seattle, WA 2011.

123. . Cardiac and Major Thoracic Injuries: From Field to ED Thoracotomy. Medic One Tuesday Series, Seattle WA, 2011.

124. Management of Necrotizing Soft Tissue Infections. Tacoma Joint Trauma Program Grand Rounds, Tacoma, WA 2012.

125. The Local Response to a 9.0 Earthquake and Tsunami, Disaster Planning Symposium, American Burn Association, Seattle, WA 2012.

126. .Optimizing Resuscitation after Hemorrhagic Shock. Resuscitation and Critical Interventions Conference, Anchorage, AK 2012.

127. Optimizing Initial Management of Severe Traumatic Brain Injury. Resuscitation and Critical Interventions Conference, Anchorage, AK 2012.

128. Trauma System Adoption of Advanced Automatic Collision Notification (AACN), CIREN Research Conference, NHTSA, Washington DC, 2012.

129. Surviving ED Thoracotomy: It Takes a Team. UW Medicine EMS and Trauma Conference, Seattle, WA, 2012.

130. Resuscitation of Traumatic Hemorrhagic Shock. Bellevue Medic One CME conference, Bellevue, WA, 2012.

131. 9. Optimizing Resuscitation after Severe Injury: What is the Evidence? Air Medical Transport Conference, Seattle, WA 2012.

132. Management of Necrotizing Soft Tissue Infections. Meet the Expert Luncheon, American College of Surgeons, Chicago, IL 2012.

133. Geriatric Trauma: Challenges and Opportunities. Highline Medical Center Grand Rounds, Burien, WA 2012

134. Mechanism of Injury in Motor Vehicle Crashes: What you need to know! Seattle Surgical Society Annual Meeting, Seattle, WA 2013.

135. Geriatric Trauma: Challenges and Opportunities. St Mary's Medical Center Trauma Conference, Walla Walla, WA 2013.

136. Geriatric Trauma: Challenges and Opportunities. Medic One Trauma Symposium, Seattle WA, 2013.

137. Damage Control Resuscitation. Southeast Regional Alaskan EMS Conference, Sitka AK 2013

138. Resuscitation of Shock in the Trauma Patient. Southeast Regional Alaskan EMS Conference, Sitka AK 2013

139. Geriatric Trauma: Challenges and Opportunities. Southeast Regional Alaskan EMS Conference, Sitka AK 2013

140. Geriatric Trauma: Challenges and Opportunities. Western Montana Trauma Conference, Misoula, MT 2013

141. Massive Transfusion: What's the right ratio? Western Montana Trauma Conference, Misoula, MT 2013

142. Rural Trauma: Unique Injuries/Unique Solutions Western Montana Regional Quality Improvement Conference. Misoula, MT 2013

143. Massive Transfusion: What's the Right Ratio? Washington State Trauma Nurse Network meeting, Seattle WA 2013.

144. Management of Necrotizing Soft Tissue Infections, A QI Review. Kadlec Medical Center, Richland, WA 2013.

145. What do Trauma Surgeons want from Radiology, Emergency Radiology Symposium, Seattle, WA 2013.

146. Lessons Learned from the Crash Injury Research and Engineering Network. Department of Surgery Grand Rounds, University of Washington, Seattle, WA 2013.

147. Management of Earthquake Injuries. UW Medicine EMS and Trauma Conference, Seattle, WA 2013.

148. Geriatric Trauma: Challenges and Opportunities. Mason County Regional Medic meeting, Shelton, WA 2013.

149. The New Field Trauma triage Guidelines. Mason County Regional Medic meeting, Shelton, WA 2013.

150. Geriatric Trauma: Challenges and Opportunities. Northwest Region EMS meeting, Bremerton, WA 2013.

151. Evaluating the Benefits of Advanced Automatic Crash Notification. CIREN National research Conference, Washington DC, 2013.

152. Pediatric Penetrating Trauma. Medic One Tuesday Series (Paramedic CME). Seattle, WA 2014.

153. Development of an Evidence-based Guideline for External Hemorrhage Control. NAEMSP National Evidenced-based Guideline Development Stakeholder meeting, Tuscon, AZ 2014.

154. Development of an Evidence-based Guideline for External Hemorrhage Control. DHS Federal stakeholder meeting to improve outcome from mass shootings and IED explosions, Washington DC, 2014.

155. Massive transfusion: What's the Right Ratio, Yakima Memorial Valley Hospital and Yakima Regional Medical Center, Yakima WA, 2014

156. Trauma Systems and Regionalized Care, Russo CME Conference, Yakima WA 2014.

157. Infections at Sea: The Cruise from Hell, Medical Disaster Response Symposium, Las Vegas, NV 2014

158. Early Control of Shock: Limited EMS/ER Crystalloids: Trauma, Critical Care, and Acute Care Surgery Conference, Las Vegas, NV 2014.

159. Trauma and Acute Care Surgery Case Management panel, Trauma, Critical Care, and Acute Care Surgery Conference, Las Vegas, NV 2014.

160. Geriatric trauma: Challenges and Opportunities: Rimrock Trauma Conference, Billings, MT 2014.

161. Shock Resuscitation and Massive Transfusion: Rimrock Trauma Conference, Billings, MT 2014

162. Management of Earthquake-related Injuries. NDMS Disaster team training, Anniston, AL 2014.

163. Massive Transfusion: What's the Right Ratio? Skagit Valley Hospital CME program, Monroe, WA 2014

164. Management of Necrotizing Soft Tissue Infections. Meet the Expert Luncheon, American College of Surgeons, San Francisco, CA 2014.

165. Hypertonic Resuscitation: Lessons Learned. Pacific Northwest PETAL conference, Seattle, WA, 2014.

166. Mass Casualty Management and Disaster Preparedness. Mini-Med School Lecture, University of Washington, Seattle, WA 2015

167. Management of Exsanguinating Hemorrhage, Medic One Tuesday Series, Seattle, WA 2015

168. Massive transfusion: What's the Right Ratio? Providence Centralia & Providence St. Peter's Hospital Grand Rounds, Centralia, WA 2015.

169. The Impact and Progression of Organ Dysfunction in Patients with Necrotizing Soft Tissue Infections. Surgical Infection Society, Los Angeles, CA, 2015.

170. Massive Transfusion: What's the Right Ratio? Highline Medical Center Trauma Grand Rounds. Burien, WA 2015.

171. Massive Transfusion and the Role of Tranexamic Acid following Injury, South Central Region Trauma Quality Improvement meeting, Richland, WA 2015.

172. Necrotizing Soft Tissue Infections: What's New? Oregon-Washington State Chapters of the American College of Surgeons meeting, Suncadia, WA 2015.

173. Resuscitation of the Multisystem trauma patient with severe TBI. AO Neuro TBI CME course, Bellevue, WA , 2015.

174. Management of Exsanguinating Hemorrhage, Mason County Paramedic CME, Shelton, WA, 2015.

175. Massive Transfusion and the Role of Tranexamic acid for Trauma Patients, Fairbanks Medical Center Grand Rounds, Fairbanks, AK 2015.

176. Geriatric Trauma Challenges and Opportunities, Rocky Mountain Rural Trauma Symposium, Billings MT 2015

177. Motor Vehicle Crashes: Mechanism of injury, What you need to know. Rocky Mountain Rural Trauma Symposium, Billings, MT 2015

178. Management of Exsanguinating Hemorrhage, UW Medicine EMS and Trauma Conference, SeaTac, WA 2015.

179. Integration of Automatic Crash Notification into Trauma Systems. UW Medicine EMS and Trauma Conference, SeaTac, WA 2015.

180. Necrotizing Soft Tissue infections: Delay in Diagnosis. NSTI Time Matters Panel session, Speaker and Co-Moderator, American College of Surgeons Clinical Congress, Chicago, IL 2015

181. Necrotizing Soft Tissue infections: Emerging bacterial resistance, American College of Surgeons Clinical Congress, Chicago, IL 2015

182. Meet the Expert Luncheon: Necrotizing Soft Tissue Infections. American College of Surgeons Clinical Congress, Chicago, IL 2015

183. Challenging Trauma Case Panel. American College of Surgeons Clinical Congress, Chicago, IL 2015

184. Massive Transfusion Protocols and the Role of Tranexamic Acid. Olympic Memorial Trauma Symposium, Port Angeles, WA 2015

185. Massive Transfusion Protocols and the Role of Tranexamic Acid, Whidbey General Hospital. Coupeville, WA 2015.

186. The role of Hypothermia in Trauma, American Heart Association, Resuscitation Science Symposium, Orlando FL, 2015

187. Trauma: A Year in Review, American Heart Association, Resuscitation Science Symposium, Orlando FL, 2015

188. Pain Management following Chest Wall Injury. ACS Trauma Quality Improvement Project meeting, Nashville, TN 2015

189. Massive Transfusion Protocols and the Role of Tranexamic Acid, Providence Everett Medical Center, Everett, WA 2015.

190. Development of a Novel therapy for Necrotizing Soft Tissue Infections, Schilling Research Symposium, Seattle, WA 2016

191. Mass Casualty and Disaster Management, Southeast Alaska Regional EMS Conference, Sitka , AK 2016.

192. Challenging Rural Trauma Cases, Southeast Alaska Regional EMS Conference, Sitka , AK 2016.

193. Management of Chest Wall Injury: A Rib fracture pathway, Southeast Alaska Regional EMS Conference, Sitka , AK 2016.

194. Mechanism of Injury following Motor Vehicle Collisions: What you need to know. Southeast Alaska Regional EMS Conference, Sitka , AK 2016.

195. A Rib Fracture Management Pathway, Providence Everett Medical Center, Everett, WA 2016.

196. Harnessing your Passion: The Secret to Leadership. UW Medicine Leadership Development Institute, Seattle, WA 2016.

197. Injuries Associated with Child Restraint Misuse. Western Pediatric Trauma Conference, Snowmass, CO 2016

198. Debate: Why Adult Trauma Surgeons should Care for Injured Children. Western Pediatric Trauma Conference, Snowmass, CO 2016.

199. Rib Fracture Management Pathway, UW Medicine EMS and Trauma Conference, Tukwilla, WA 2016.

200. Update and Strategic Direction of the ACS Committee on Trauma, ATLS Europe meeting, Oslo, Norway, 2016.

201. Management of the Anticoagulated Patient with Active Hemorrhage, Speaker and Moderator for Panel Session, American College of Surgeons Clinical Congress, Washington DC, 2016.

202. Implementation of the NASEM Report: Trauma Research, American College of Surgeons Clinical Congress, Washington DC, 2016.

203. Necrotizing Soft Tissue Infections, Meet the Expert Lunch, American College of Surgeons Clinical Congress, Washington DC, 2016.

204. Geriatric Trauma: Challenges and Opportunities. Totally Trauma Conference, Monterey, CA, 2016.

205. Extracorporeal Life Support in Adults. Medic One Tuesday Series, Seattle, WA 2016.

206. Extracorporeal Life Support in Adults. Lab Medicine Grand Rounds, Seattle, WA, 2016.  Recorded: UW TV: https://youtube/FQXczlkMvoQ

207. What's the Role of FAST in Pediatric Patients? ACS Trauma Quality Improvement Program Annual Meeting, Orlando, FL 2016.

208. Early Resuscitation Priorities for the Trauma Patient. Detroit Trauma Symposium, Detroit, MI 2016.

209. Optimizing the Field Triage of Trauma Patients. Detroit Trauma Symposium, Detroit, MI 2016.

210. Management of Necrotizing Soft Tissue Infections: What's New? Detroit Surgical Society Dinner, Detroit, MI 2016.

211. Monitoring Cerebral Metabolism after Traumatic Brain Injury, Resuscitation Science Symposium, American Heart Association, New Orleans, LA 2016.

212. Validation of a Clinical Trial Composite Endpoint for Patients with Necrotizing Soft Tissue Infections. Eastern Association for the Surgery of Trauma, Ft Lauderdale, FL 2017.

213. Trauma Research Funding and Direction. Strategic Conference on Implementation of the NASEM report. American College of Surgeons, Washington DC, 2017.

214. Optimizing Field Triage for Trauma Patients. Seattle Medic One Tuesday Series, Seattle, WA 2017.

215.  Lessons Learned from the Crash Injury Research and Engineering Network. Grand Rounds & Visiting Professor, University of South Alabama, Mobile, AL, 2017.

216. Implementation of the NASEM Report: Trauma Research. American College of Surgeons Committee on Trauma Spring Meeting. Washington DC, 2017.

217. Trauma Research Funding and Direction. Achieving Zero Preventable Deaths: Building a National Trauma Care System and Research Action Plan, speaker and session moderator. Bethesda, MD, 2017.

218. Resuscitation of Hemorrhagic Shock. Inland Trauma Conference, Spokane, WA, 2017.

219. Extracorporeal Life Support for Adults. WA American College of Emergency Physicians Summit to Sound Northwest Emergency Medicine Assembly, Seattle, WA 2017.

220. Necrotizing Soft Tissue Infections-Podcast #80. Eastern Association for the Surgery of Trauma. http://www.east.org/education/online/traumacasts/detail/118/necrotizing-soft-tissue-infections 2017.

221. Extracorporeal Life Support for Adults. Resuscitation and Critical Interventions Symposium, Anchorage AK, 2017.

222. Massive transfusion: What's New? Resuscitation and Critical Interventions Symposium, Anchorage AK, 2017.

223. Geriatric Trauma: Challenges and Opportunities. University of Alabama Birmingham Trauma & Burn Lectureship, Grand Rounds & Visiting Professor, Birmingham, AL 2017.

224. Optimizing Prehospital Care through Research. University of Texas Houston, Department of Surgery Grand Rounds, Houston, TX 2017.

225. The Story of Hypertonic Saline. University of Texas Houston, Department of Surgery Research Conference, Houston, TX 2017.

226. Challenging Trauma Cases: Here and Abroad, Panel Moderator, American College of Surgeons Clinical Congress, San Diego, CA 2017.

227. Necrotizing Soft Tissue Infections: Meet the Expert session, American College of Surgeons Clinical Congress, San Diego, CA 2017.

228. Optimizing Field Triage for Trauma Patients. Boyle Lecture, University of Iowa, Iowa City, IA 2017.

229. Management of Exsanguinating Hemorrhage: What's New? Tacoma Trauma Conference, Tacoma, WA 2017.

230. Necrotizing Soft Tissue Infections of the Abdominal Skin, Soft tissues, and Perineum. SSAT/AAST/SAGES Winter course on GI Surgical Emergencies: Challenges and Opportunities. Las Vegas, NV 2018.

231. Optimizing Prehospital Trauma Care through Research. H. David Root Lectureship, UT San Antonio, San Antonio, TX 2018.

232. Optimizing Prehospital Trauma Care through Research. Maryland Shock Trauma, Department of Surgery Grand Rounds, Baltimore, MD 2018.

233. Trauma Systems as the Framework for Disaster Response. National Academies of Sciences Engineering and Medicine, Washington DC 2018.

234. Management of Necrotizing Soft Tissue Infections; What's New? Scientific Guest Speaker, Texas Surgical Society, Houston, TX 2018.

235. Lessons Learned from the Crash Injury Research and Engineering Network. Scientific Guest Speaker, Texas Surgical Society, Houston, TX 2018.

236. Patient Selection for Damage Control versus Definitive Control, Panel on the Management of the Perforated Viscus, Society of Alimentary and Gastrointestinal Surgeons, Seattle, WA 2018.

237. Geriatric Trauma Challenges and Opportunities, Inland Trauma Conference, Spokane, WA 2018.

238. Optimizing Prehospital Trauma Care through Research, Hechtman Trauma Lecturer, Brigham and Women's Hospital, Boston, MA 2018.

239. Optimizing Prehospital Trauma Care through Research, George Washington University Department of Surgery Grand Rounds, Washington DC, 2018.

240. Extracorporeal life support for Trauma Patients. Argentinian Chapter of the American College of Surgeons Trauma Symposium, Buenos Aires, Argentina, 2018.

241. The ACS Committee on Trauma: Vision for the Future, Region 14 Committee on Trauma meeting, Buenos Aires, Argentina, 2018

242. Optimizing Prehospital Trauma Care through Research, H. Harlan Stone Lecture in Trauma, Emory University, Atlanta, GA 2018.

243. Trauma Systems as the Framework for a Regional Disaster Response System. National Disaster Medical System Training Summit. Atlanta GA, 2018.

244. Development of a National Trauma Research Action Plan. Military Health System Strategic Partnership ACS meeting, Chicago, IL 2018.

245. Challenging ECMO cases: Panel presentation. UW Medicine EMS and Trauma Conference, Seattle, WA 2018.

246. Women in Trauma Surgery, Panamerican Trauma Society, Cartegena, CO 2018.

247. Inequities in Trauma Care Across the Globe, Panamerican Trauma Society, Cartegena, Columbia, 2018.

248. Extracorporeal Life Support: When to stop? Panamerican Trauma Society, Cartegena, Columbia, 2018.

249. Future women surgeons: What are the challenges for young millennials? Panamerican Trauma Society, Cartegena, Columbia, 2018

250. Component therapy for Massive Transfusion. Panamerican Trauma Society, Cartegena, Columbia, 2018.

251. The ACS Committee on Trauma: Our Vision for the Future, ATLS Europe Region XV meeting, Paphos, Cyprus. 2018.

252. Mechanism of Injury after Motor Vehicle Crashes: What you need to know, Virginia Mason Surgical Society, Seattle, WA 2018.

253. The ACS Committee on Trauma: Our Vision for the Future, Region 2 COT meeting, San Juan, Puerto Rico, 2018.

254. The ACS Committee on Trauma: Our Vision for the Future, Region 16 COT meeting, Kuala Lumpur, Malaysia 2018.

255. Trauma QI from Center to System. Trauma Quality Improvement Project meeting, Anaheim, CA 2018.

256. The Future of EMS and the National Trauma System. World Trauma Symposium, National Association of EMTs, Nashville, TN 2018.

257. Trauma: Achieving Zero Preventable Deaths. Surgical Critical Care Update, American College of Surgeons Clinical Congress, San Diego, CA 2018

258. Necrotizing Soft Tissue Infections: Challenging cases. Speaker and Panel Moderator, American College of Surgeons Clinical Congress, San Diego, CA 2018

259. The National Trauma Research Action Plan: What is it? Extremity War Injury Meeting, Washington DC, 2019.

260. Set yourself up for Success: Understanding Promotion and Leadership Portfolio. EAST Leadership Development Institute, Austin, TX 2019.

261. Planning for the Future. EAST Resident and Fellow Workshop, Austin, TX 2019.

262. Optimizing Prehospital Trauma Care through Research. Georgia Trauma Foundation Conference, Atlanta, GA 2019.

263. Resuscitation following Severe Injury. University of Washington EMS Fellows Grand Rounds, Department of Emergency Medicine, Seattle, WA 2019.

264. Trauma Systems: Lessons in Leadership & Complex Problem Solving. University of Washington Department of Surgery Grand Rounds, Seattle, WA 2019.

265. Trauma Systems as the Framework for Disaster Medical Response. National Association of City and County Health Officials Preparedness Summit, St Louis, MO, 2019.

266. Optimizing Prehospital Trauma Care through Research. University of California, San Diego, Department of Surgery Grand Rounds, San Diego, CA 2019.

267. The Strategic Direction of the Committee on Trauma, Tennessee Trauma Symposium, Chattanooga, TN 2019.

268. Challenging Rural Trauma Cases Panel, Moderator, UW EMS and Trauma Conference, Seattle, WA 2019.

269. The Power of Connectedness, Acute Care Surgery: Ensuring the Success of the Next Generation Session, American Association for the Surgery of Trauma, Dallas, TX 2019.

270. An Approach to Eliminate Preventable Death and Disability from Injury. Rutgers-New Jersey Medical School, Department of Surgery Grand Rounds, Newark, NJ 2019.

271. Optimizing Prehospital Trauma Care through Research. Georgia EMS Association Conference, Savannah, GA 2019

272. Clinical use of REBOA. ATLS European Association Meeting, Tallinn, Estonia 2019.

273. Region 15 COT Update. ATLS European Association Meeting, Tallinn, Estonia 2019.

274. How can we Improve Outcomes for Patients with Necrotizing Soft Tissue Infections. American College of Surgeons Clinical Congress, San Francisco, CA 2019.

275. Optimizing Prehospital Trauma Care through Research. Erwin Thal Lecture, UT Southwestern, Dallas, TX 2019.

276. Harnessing your Passion and Connecting to Purpose. Oriens Lecture. Eastern Association for the Surgery of Trauma, Orlando, FL 2020.

277. Trauma System Development: Challenges and Opportunities. Hamad Medical Center Trauma Grand Rounds, Doha, Qatar, 2020.

278. The Stop the Bleed Program: Preparing for Mass Casualty Response, Qatar Health 2020, Doha, Qatar, 2020.

279. Harnessing your Passion and Connecting to Purpose, Aga Khan University 6th Sense Forum, Karachi, Pakistan, 2020.

280. Keeping Your Cool: What does it take to be a trauma surgeon?, Aga Khan University, Medical Student Forum,  Karachi, Pakistan, 2020.

281. Trauma System Development: Challenges and Opportunities, Abu al-Qasin al-Zahrawi Oration, 5th Annual Aga Khan University Surgical Conference: Trauma, Striving for Change, Karachi, Pakistan, 2020.

282. Management of Hemorrhagic Shock due to Pelvic Fracture Bleeding, 5th Annual Aga Khan University Surgical Conference: Trauma, Striving for Change, Karachi, Pakistan, 2020.

283. Burn Blast Injury: Acute Management Issues, 9th International State of the Science Meeting: Mitigating the Impact of Blast-related Burn Injuries: From prolonged filed care to rehabilitation and resilience, Rand Corporation, Washington DC, 2020.

284. The Integration of Adult and Pediatric Trauma Center Care, Templeton Pediatric Trauma Symposium, Philadelphia, PA 2020.

285. A Novel Immune Modulator for Patients with Necrotizing Soft Tissue Infections (NSTI): Results of a Multicenter, Phase 3 Randomized Controlled Trial. Accepted for Podium presentation, American Surgical Association, April 2020 (meeting cancelled due to COVID-19 Pandemic)

286. The COVID 19 Healthcare Response: Maintaining the Emergency Care System. COVID-19 and surgery: Challenges and the American College of Surgeons Guidelines during the Outbreak, Saudi Commission for Health Specialties Webinar, April 2020, 3900 attendees

287. Panel Discussion: COVID-19 and Trauma, Trauma Center Association of America Webinar, March 30, 2020

288. Panel Discussion: Organizing the Trauma Center Response to COVID-19, American College of Surgeons Trauma Quality Improvement Program Webinar, May 2020.

289. The Role of a Regional Medical Operations Center in the COVID-19 Response. American Association for the Surgery of Trauma-Virtual Grand Rounds, May 2020

290. Resuscitation for Severe Traumatic Injury. Tuesday Series: Paramedic Training Conference, King County, WA, June 2020.

291. Pelvic Fracture Hemorrhage: Where should we go from here? American Association for the Surgery of Trauma Annual meeting, Virtual September, 2020 (Debate with Dr. Burlew)

292. Regional Coordination of the Healthcare Response to COVID, ACS Quality and Safety Conference, Virtual, 2020.

293. The Importance of Regional Coordination of the Healthcare Response to the COVID-19 Pandemic. American Association for the Surgery of Trauma Annual Meeting, Virtual, September 2020

294. Reflections on Burnout, American Association for the Surgery of Trauma Annual Meeting Panel session, Virtual, September 2020

295. The Importance of Regional Coordination of the Healthcare Response to the COVID-19 Pandemic. Henry Harkins Symposium, University of Washington, September, 2020

296. Trauma Center Care during the COVID-19 Era. All Levels Trauma Care International Conference (Virtual) Saudi Arabia, November 2020.

297. Leadership in Trauma: How to Crack the Glass Ceiling. Women in Trauma Surgery Session, All Levels Trauma Care International Conference (Virtual) Saudi Arabia, November 2020.

298. What is CNTR? Webinar for the Coalition for National Trauma Research, November 2020.

299. The Management of Necrotizing Soft Tissue Infections. Northwest Hospital Grand Rounds, Seattle, WA, November 2020

300. TQIP Academy: Maintaining Excellence. 2020 TQIP Annual Scientific Meeting and Training, Virtual, December 2020.

301. Disaster Preparedness, Mass Casualty and Trauma Management: Early Lessons from Beirut, Webinar sponsored by the American College of Surgeons, September 2020.

302. Improving Social Determinants to Attenuate Violence Panel Session (Moderator) American College of Surgeons Clinical Congress, Virtual October 2020

303. Surgeons as Leaders in Disaster Response. American College of Surgeons Clinical Congress, Virtual October 2020

304. Early Resuscitation Priorities for EMS. Mason County EMS Continuing Education meeting, Shelton, WA 2020

305. Mechanisms of Injury after Motor Vehicle Collisions: What you Need to Know. Mountain to Sound Critical Care Nursing Conference, Virtual, 2020.

306. Maintaining Excellence: A Standardized Approach to Trauma Care. TQIP Academy Panel Discussion. ACS Annual TQIP Conference (Virtual), December 2020

307. The Post-Pandemic Trauma Center Verification Process. Qatar Health 2021 (Virtual), January 2021

307. Trauma Center Pandemic Response: lessons Learned from Seattle. Qatar Health 2021 (Virtual), January 2021

308. A Public Health Approach to Firearm Injury Prevention. Meet the Masters Session, AAST Fellowship Education, February 2021.

309. The Importance of Regional Coordination of the Healthcare Response to the COVID-19 Pandemic. HHS/ASPR Project ECHO: COVID-19 Clinical Rounds: Critical Coordination of COVID, Trauma, and the Emergency Health Care System, March 2021.

308. The Burden of Firearm Injury in the US. University of Washington, MolMed 504 Challenges in Molecular Medicine: trauma and the Biologic Response to Injury. April 2021

310. Managing a Regional Trauma Center during the combination of a Pandemic and Civil Unrest.  American Trauma Society, April 2021.

311. How can we Eliminate Preventable Death and Disability following Injury? Department of Surgery, Icahn School of Medicine at Mount Sinai, Grand Rounds, April 2021

312. A Public Health Approach to Firearm Injury Prevention. American Surgical Association 141st Annual meeting (virtual), President's Forum, April 2021.

313. What is the Role of the ACS Committee on Trauma in advancing Careers in Trauma Surgery Worldwide? European Society for Trauma and Emergency Surgery (Virtual meeting) April 2021.

314. Modulation of the Inflammatory Response to NSTI. European Society of Clinical Microbiology and Infectious Diseases, Post-Graduate Course: Cutting Edge: improving survival rates of severe skin and soft-tissue infections. May 2021.

315. A Public Health Approach to Firearm Injury Prevention. Trauma Center Association of America (virtual meeting), May 2021.

316. Trauma Care during the COVID-19 Pandemic, Seattle Chest Conference, May 2021

317. Leadership Transformation: Translation into Policy. ACS Resident Associate Society Leadership Forum, May 2021.

318. To TEG or not to TEG in Pediatric Massive Transfusion, Western Pediatric Trauma Conference (virtual meeting), July 2021.

319. The role of the  ACS Committee on Trauma in Advancing Trauma Care Careers Worldwide? International Association for Trauma Surgery and Intensive Care (virtual meeting), September 2021.

320. Taking your Research to the Next Level, What can CNTR do for you? (Panel moderator and Speaker) American Association for the Surgery of Trauma, Atlanta, GA, September 2021.

321. What's New at the Committee on Trauma? Arizona Trauma Association Annual Meeting (virtual) October 2021.

322. Firearm Injury Prevention: The Voice of the Patient, Clinical Congress of the American College of Surgeons, Panel moderator, 2021 (virtual meeting)

323. A Public Health Approach to Firearm Injury Prevention: Where are we now? Detroit Trauma Symposium, Detroit, MI, November 2021.

324. Trauma Systems as the Framework for Disaster & Pandemic Response: The value of Regional Coordination. Detroit Trauma Symposium, Detroit, MI, November 2021.

325. How do we Eliminate Preventable Death and Disability from Injury? Grand Rounds, Department of Surgery, University of California-Irvine, October 2021.

326. Managing a Trauma Center during Civil Unrest, Tacoma Trauma Conference, November, 2021 (virtual meeting).

327. How do we Eliminate Preventable Death and Disability from Injury? Hiatt lectureship, Grand Rounds, Department of Surgery, Cedars-Sinai Medical Center, Los Angeles, CA, November 2021.

328. Meet the Expert Panel, Eastern Association for the Surgery of Trauma, Austin, TX, January 2022.

329. Virtual Verification Visits: Reviewer Recommendations. Qatar Health Trauma Symposium, February 2022 (virtual meeting).

330. The History of the Regional Committees on Trauma, American College of Surgeons Committee on Trauma 100th Anniversary Celebration, Seattle, WA March 2022.

331. A Public Health Approach to Firearm Injury Prevention *and* Optimizing Prehospital Trauma Care through Research, Gulf Coast Trauma Symposium, Mobile, AL, March 2022.

332. A National Trauma and Emergency Preparedness Systems, American College of Surgeons Leadership and Advocacy Summit, Washington DC, April 2022

333. "Lessons from one of my most difficult Trauma Cases", "Top 5 Pediatric Trauma Papers 2020-2022", "Pitfalls in the Management of Complex Extremity Injuries", "Women in Trauma Surgery: Advancing our Profession through International Collaboration", European Congress for Trauma and Emergency Surgery, Oslo, Norway, April 2022

334. What's New in the Management of Necrotizing Soft Tissue Infections? Grand Rounds, Department of Surgery, Boston University School of Medicine, Boston, MA, May 2022

335. Optimizing Prehospital Trauma Care through Research. George H. Clowes, Jr Visiting Professor Trauma Lecture, Boston University School of Medicine, Boston City Hospital, Boston, MA 2022

336. A Public Health Approach to Firearm Injury Prevention. Battistella Memorial Lecture, University of California Davis, Sacramento, CA 2022

337. How Can we Eliminate Preventable Death and Disability after Injury in the Hospital? UW Medicine EMS and Trauma Conference, Seattle, WA 2022.

338. Taking your Research to the Next Level, What can CNTR do for you?, American Association for the Surgery of Trauma Meeting, Chicago, 2022.

339. Screening Trauma Patients for Post-traumatic Stress Disorder. National Trauma Symposium, New Zealand, 2022.

340. National Guideline for the Field Triage of Injured Patients. EMS World Expo, National Association of EMTs, Orlando, FL 2022.

341. The Scudder Oration on Trauma: Wisdom through the Ages, American College of Surgeons Clinical Congress, San Diego, 2022.

342. The Medical Summit on Firearm Injury Prevention: Building a Sustainable Coalition, American College of Surgeons Clinical Congress, San Diego, 2022.

343. How can we Eliminate Preventable Death and Disability after Injury? Grand Rounds, Department of Surgery, University of Arizona, Tucson, AZ 2022.

344. A Century of Advancements in Injury Care: Where do we go from here? All Levels Trauma Care Course, Academy of Sciences, Saudi Arabia, 2022.

345. A Public Health Approach to Firearm Injury Prevention. Grady Memorial Hospital Trauma Grand Rounds, Atlanta, GA 2023.

346. A Public Health Approach to Firearm Injury Prevention. American Trauma Society Webinar, 2023.

347. A Century of Advances in Trauma Care.  Connecticut Trauma Conference, Hartford, CT 2023

348.