The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Intervenor-Defendant. | NO. 3:22-cv-05403-DGE<br><br>PRAECIPE REGARDING STATE DEFENDANTS' RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT |

TO: The Clerk of the Court;

AND TO: All parties of record.

The State Defendants respectfully submit this Praecipe regarding their Response and Cross Motion for Summary Judgment (Dkt. # 114). The State Defendants' brief mistakenly contains an error in footnote two on page five, which the attached brief corrects. Specifically, the State Defendants' original brief has the following passage:

> Relying on Professor Klarevas' testimony, Judge Immergut in *Oregon Firearms Federation* found that "[t]he average number of shots fired in a mass shooting where an LCM was not used was sixteen. By contrast, the average number of shots fired in a mass shooting where an LCM was used was *ninety-nine*." 2023 WL 4541027, at *13 (emphasis added) (record citations omitted).

PRAECIPE TO STATE DEFENDANTS' RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470

The corrected brief filed herewith makes the following change (deletion struck out, addition in **bold**):

> Relying on ~~Professor Klarevas'~~ **Lucy Allen's** testimony, Judge Immergut in *Oregon Firearms Federation* found that "[t]he average number of shots fired in a mass shooting where an LCM was not used was sixteen. By contrast, the average number of shots fired in a mass shooting where an LCM was used was *ninety-nine*." 2023 WL 4541027, at *13 (emphasis added) (record citations omitted).

No other changes were made to the State Defendants' brief.

DATED this 12th day of September 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew Hughes*
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
ANDREW HUGHES, WSBA #49515
BRIAN HUNT ROWE, WSBA #56817
Assistant Attorneys General
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
July.Simpson@atg.wa.gov
William.McGinty@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Brian.Rowe@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for Defendants Bob Ferguson and John R. Batiste*

PRAECIPE TO STATE DEFENDANTS' RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-05403-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470


**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 12th day of September 2023, at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

PRAECIPE TO STATE DEFENDANTS' RESPONSE AND CROSS MOTION FOR SUMMARY JUDGMENT
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia. WA 98504-0111
(360) 709-6470