HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BOB FERGUSON, et al., <br><br> *Defendants,* <br><br> and <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> *Intervenor-Defendant.* | No. 3:22-cv-05403-DGE <br><br> DECLARATION OF BRIAN DELAY CORRECTING EARLIER DECLARATION AND REPORT <br><br> NOTE ON MOTION CALENDAR: October 16, 2023 |

I, Brian DeLay, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge and information.

2. I previously submitted a declaration and expert report in this matter. I recently reviewed my report and discovered a mathematical error. In my initial report, I stated that reliable firearms with fixed high-capacity magazines accounted for "less than 0.002% of guns in the U.S. in 1868." Dkt. #128, Ex. A, ¶¶ 5, 58–59. I arrived at this number based on (1) an estimated 9,300 Henry and Winchester 1866 rifles being in the United States, and (2) a conservative estimate of

DECL. OF BRIAN DELAY CORRECTING
EARLIER DECLARATION AND REPORT- 1
3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

there being five million firearms in the United States at this time. *Id.* Dividing 9,300 by 5,000,000 yields 0.00186, or less than 0.002. In my initial report, I erroneously listed that decimal figure (0.002) as a percentage. The correct percentage is 0.2%.

3. Attached hereto as **Exhibit A** is a true and correct copy of the corrected expert report and my CV. The only change between this report and my initial report is the error I have described above and corrected in the attached report.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 22 day of September, 2023 at Albany, California.

_____
Brian DeLay

DECL. OF BRIAN DELAY CORRECTING
EARLIER DECLARATION AND REPORT- 2
3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 25th day of September, 2023.

_____
Legal Assistant

DECL. OF BRIAN DELAY CORRECTING
EARLIER DECLARATION AND REPORT- 3
3:22-cv-05403-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750