UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>BOB FERGUSON et al.,<br><br>　　　　　　　　Defendant. | CASE NO. 3:22-cv-05403-DGE<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE (DKT. NO. 130) |

On September 9, 2023, Brady Center to Prevent Gun Violence, Giffords Law Center to Prevent Gun Violence, and March for Our Lives moved for leave to file a brief as amici curiae. (Dkt. No. 130.) No party opposed the motion. Therefore, the Court **GRANTS** the Motion for Leave and will consider the brief of the amici. (Dkt. No. 130-1.)

It is so ordered.

DATED this 2nd day of October 2023.

　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE (DKT. NO. 130) - 1