HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN, SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington, <br><br> Defendants. | Case No.  3:22-cv-05403-DGE <br><br> **DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: <br> October 16, 2023 |

Defendants Rick Scott and Norma Tillotson (collectively, "Grays Harbor County Defendants") moved for summary judgment on Plaintiffs' 42 U.S.C. § 1983 claim against them because they are not liable to Plaintiffs' in their official capacity or personal capacity as a matter

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT - 1
CASE NO. 3:22-cv-05403-DGE
106610.0010/9542080.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

of law. Dkt. 124. Plaintiffs nominally oppose the motion but acknowledge that, under the law of the case, the Section 1983 claim against must be dismissed against the Grays Harbor County Defendants. *See* Dkt. 133 at 9. Because the Grays Harbor County Defendants established in their opening brief why dismissal of the Section 1983 claims is warranted as a matter of law and of the case, and Plaintiffs provided this Court with no valid argument otherwise, summary judgment should be granted to the Grays Harbor County Defendants. Plaintiffs' Section 1983 claim must be dismissed.

*I certify that this motion contains 135 words in compliance with the Local Civil Rules.*

DATED: October 16, 2023

         LANE POWELL PC

         By:  *s/Callie A. Castillo*
            Callie A. Castillo, WSBA No. 38214
            1420 Fifth Avenue, Suite 4200
            P.O. Box 91302
            Seattle, Washington 98111-9402
            Telephone: 206.223.7000
            castilloc@lanepowell.com

         *Attorneys for Attorneys for Defendants Rick Scott and Norma Tillotson*

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT - 2
CASE NO. 3:22-cv-05403-DGE
106610.0010/9542080.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

By *s/Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT - 3
CASE NO. 3:22-cv-05403-DGE
106610.0010/9542080.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107