The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., | NO. 3:22-cv-05403-DGE |
| Plaintiffs, | DECLARATION OF ANDREW HUGHES IN SUPPORT OF MOTION TO STAY |
| v. | |
| BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., | |
| Defendants, | |
| ALLIANCE FOR GUN RESPONSIBILITY, | |
| Intervenor-Defendant. | |

I, Andrew Hughes, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Assistant Attorney General representing Attorney General Bob Ferguson and John Batiste, Chief of the Washington State Patrol, in this matter.

3. Attached as Exhibit A is a true and correct copy of an October 9, 2023, email I sent to counsel for all parties, along with responses from counsel.

DECLARATION OF ANDREW HUGHES
NO. 3:22-cv-05403-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470

1    I declare under penalty of perjury under the laws of the State of Washington and the
2    United States that the foregoing is true and correct.
3    DATED this 16th day of October 2023 at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

| DECLARATION OF ANDREW HUGHES | 2 | ATTORNEY GENERAL OF WASHINGTON |
| NO. 3:22-cv-05403-DGE | | Complex Litigation Division |
| | | 7141 Cleanwater Dr SW |
| | | PO Box 40111 |
| | | Olympia, WA 98504-0111 |
| | | (360) 709-6470 |

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 16th day of October 2023, at Seattle, Washington.

*/s/ Andrew Hughes*
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

DECLARATION OF ANDREW HUGHES
NO. 3:22-cv-05403-DGE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
7141 Cleanwater Dr SW
PO Box 40111
Olympia, WA 98504-0111
(360) 709-6470