AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| GABRIELLA SULLIVAN, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-05403-DGE |
| BOB FERGUSON, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant Alliance for Gun Responsibility.

Date: 11/17/2023

s/W. Scott Ferron
*Attorney's signature*

W. Scott Ferron, WSBA No. 61154
*Printed name and bar number*

Pacifica Law Group LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
*Address*

scott.ferron@pacificalawgroup.com
*E-mail address*

(206) 245-1700
*Telephone number*

(206) 245-1750
*FAX number*