THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIELLA SULLIVAN, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> BOB FERGUSON, in his official capacity as Washington State Attorney General, et al., <br><br> Defendants. | NO.  3:22-cv-05403-DGE <br><br> NOTICE OF UNAVAILABILITY |

TO:     THE CLERK OF THE COURT

AND TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Katherine A. Cummings, Attorney for Defendants Chad M. Enright and John Gese, will be unavailable on the following dates: (1) May 13-31, 2024; and (2) June 26-27, 2024.  The undersigned respectfully requests that no hearings or trials be scheduled on these dates which require the attention or appearance of the undersigned.

Respectfully submitted this 17th day of April, 2024.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

_____
KATHERINE A. CUMMINGS, WSBA NO. 51646
Attorney for Defendants Chad Enright and John Gese

NOTICE OF UNAVAILABILITY
(3:22-cv-05403-DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 17th day of April, 2024.

*Batrice Fredsti*
Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF UNAVAILABILITY
(3:22-cv-05403-DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros