THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN, et al.,

    Plaintiffs,

-vs-

BOB FERGUSON, in his official capacity as Washington State Attorney General, et al.,

    Defendants.

NO. 3:22-cv-05403-DGE

NOTICE OF APPEARANCE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Anna K. Aruiza, Senior Deputy Prosecuting Attorney, hereby appears as co-counsel of record for CHAD M. ENRIGHT and JOHN GESE in the above-captioned matter, and requests all further pleadings, except original process, be served on the undersigned.

Respectfully submitted this 6th of June, 2024.

    CHAD M. ENRIGHT
    Kitsap County Prosecuting Attorney

    */s/ Anna K. Aruiza*
    ANNA K. ARUIZA, WSBA NO. 39663
    Senior Deputy Prosecuting Attorney
    Attorney for Defendants Chad Enright and John Gese

NOTICE OF APPEARANCE (3:22-cv-05403-DGE) – Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 6th day of June, 2024.

*Batrice Fredsti*

Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

NOTICE OF APPEARANCE  (3:22-cv-05403-DGE) – Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros