HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA SULLIVAN; RAINIER ARMS, LLC; DANIEL MARTIN, SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; DAN SATTERBERG, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,<br><br>Defendants. | Case No.  3:22-cv-05403-DGE<br><br>**NOTICE OF FIRM NAME CHANGE** *EFFECTIVE JANUARY 1, 2025*<br><br>*Clerk's Action Required* |

TO:         Clerk of the above-entitled court;

AND TO:    All Parties and Their Counsel of Record.

　　　PLEASE TAKE NOTICE, **effective January 1, 2025,** the firm name of LANE POWELL

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT - 1
CASE NO. 3:22-cv-05403-DGE
106610.0010/9967981.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

PC will change to Ballard Spahr LLP.  The new contact information is as follows, and all future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Ballard Spahr LLP at the contact information below (**please note that the email addresses will change but the telephone numbers, mailing address, and street address have remained the same**):

Callie A. Castillo<br>
Ballard Spahr LLP<br>
1420 Fifth Avenue, Suite 4200<br>
P.O. Box 91302<br>
Seattle, Washington 98111-9402<br>
Telephone:  (206) 223-7000<br>
Facsimile:  (206) 223-7107<br>
castilloc@ballardspahr.com

DATED: December 22, 2024

LANE POWELL PC

By: *s/Callie A. Castillo*
　　Callie A. Castillo, WSBA No. 38214
　　1420 Fifth Avenue, Suite 4200
　　P.O. Box 91302
　　Seattle, Washington 98111-9402
　　Telephone:  206.223.7000
　　castilloc@lanepowell.com

*Attorneys for Attorneys for Defendants Rick Scott and Norma Tillotson*

DEFENDANTS RICK SCOTT AND NORMA TILLOTSON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT - 2
CASE NO. 3:22-cv-05403-DGE
106610.0010/9967981.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107