The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

                    Plaintiffs,

    v.

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; LEESA MANION, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington,

                    Defendants.

No. 3:22-cv-5403-DGE

NOTICE OF APPEARANCE

**TO:**       **THE CLERK OF THE COURT; and**

**AND TO:**    **ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      YOU AND EACH OF YOU will please take notice that **Senior Deputy Prosecuting**

**Attorney HEIDI JACOBSEN-WATTS** hereby appears in the above-entitled action on behalf

NOTICE OF APPEARANCE
[No. 3:22-cv-5403-DGE] - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

of Defendants Patti Cole-Tindall and Leesa Manion (hereinafter "King County Defendants")

without waiving the question of:

1.    Lack of jurisdiction over the subject matter;
2.    Lack of jurisdiction over the person;
3.    Improper venue;
4.    Insufficiency of process;
5.    Insufficiency of service of process;
6.    Failure to state a claim upon which relief may be granted;
7.    Failure to join a party under Rule 19; and
8.    Statute(s) of limitation.

You are hereby further notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorneys at the addresses below-stated.

DATED this 20th day of July, 2026.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: s/ Heidi Jacobsen-Watts
HEIDI JACOBSEN-WATTS, WSBA #35549
Senior Deputy Prosecuting Attorney
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-8819
Heidi.jacobsen-watts@kingcounty.gov
*Attorney for King County Defendants*

NOTICE OF APPEARANCE
[No. 3:22-cv-5403-DGE] - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 20th day of July, 2026.

Mallory R. Triplett
Paralegal 1 – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF APPEARANCE
[No. 3:22-cv-5403-DGE] - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-8819