The Honorable Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLA SULLIVAN; RAINIER ARMS, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., )
)
)
)
)
Plaintiffs, )
v. )
)

No. 3:22-cv-5403-DGE

NOTICE OF WITHDRAWAL OF ATTORNEY

BOB FERGUSON, in his official capacity as Washington State Attorney General; JOHN R. BATISTE, in his official capacity as Chief of the Washington State Patrol; PATTI COLE-TINDALL, in her official capacity as Interim Sheriff for King County, Washington; JOHN GESE, in his official capacity as Sheriff for Kitsap County, Washington; RICK SCOTT, in his official capacity as Sheriff for Grays Harbor County, Washington; LEESA MANION, in his official capacity as County Prosecutor for King County, Washington; CHAD M. ENRIGHT, in his official capacity as County Prosecutor for Kitsap County, Washington; and NORMA TILLOTSON, in her official capacity as County Prosecutor for Grays Harbor County, Washington, )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
Defendants. )
)

**TO:         CLERK OF THE COURT;**

**AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD.**

YOU ARE HEREBY NOTIFIED of a withdrawal of attorney for Defendants Patti Cole-Tindall and Leesa Manion in the above-entitled action. Effective this date, Senior Deputy

NOTICE OF WITHDRAWAL OF ATTORNEY - 1
[No. 3:22-cv-5403-DGE]

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

Prosecuting Attorney ANN SUMMERS withdraws as attorney of record.

DATED this 20th day of July, 2026.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ Ann M. Summers*
ANN M. SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorney
ann.summers@kingcounty.gov

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 20th day of July, 2026.

Mallory R. Triplett
Paralegal 1 – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF WITHDRAWAL OF ATTORNEY - 2
[No. 3:22-cv-5403-DGE]

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191